ORIGINAL

RECEIVED
JAN 3 0 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

LOWRY ECONOMIC REDEVELOPMENT AUTHORITY

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Durward E. Timmons

Firm Name: Sherman & Howard L.L.C.

06-75 L

Post Office Box:

Street Address: 90 South Cascade Ave., #1500

City-State-Zip: Colorado Springs, CO 80903

Telephone & Facsimile Numbers: Phone: 719-475-2440 FAX: 719-635-4576

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 5 2 8 (528)
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain. See attached explanation.

Agency Identification Code: D O D (DOD)
See attached sheet for three-digit codes.

Amount Claimed: $ 6,300,000.00
Use estimate if specific amount is not pleaded.

Bid Protest: $ N/A
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2. N/A

**FORM 2**
**COVER SHEET – Page 2**

# In The United States Court of Federal Claims

Plaintiff(s) or Petitioner(s)
LOWRY ECONOMIC REDEVELOPMENT AUTHORITY

Nature of Suite Code: 528
Explanation: Indemnification pursuant to Section 330 of National Defense Authorization Act for 1993 and Breach of Deed Covenants.