# In the United States Court of Federal Claims

No. 06-75L

(Filed: April 24, 2006)

```
****************************************  *
                                          *
LOWRY ECONOMIC REDEVELOPMENT              *
AUTHORITY,                                *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

ORDER

On April 21, 2006, counsel for Defendant filed with the Court a Notice of Appearance and its Answer to Plaintiff's Complaint, each with Judge Margaret Sweeney's name appearing in the caption. The parties are reminded that this case is assigned to Judge Thomas Wheeler, and are requested to conform their captions accordingly in the future.

The filing of Defendant's defective Notice of Appearance and Answer will be allowed by leave of the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge