# In the United States Court of Federal Claims

No. 06-75L

(Filed: June 20, 2006)

************************************ *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**SCHEDULING ORDER**

On June 20, 2006 the Court held a telephonic scheduling conference with counsel for the parties pursuant to Rule 16(b) and Appendix A of the Court's rules ("RCFC"). With the agreement of the parties, the Court hereby adopts the following schedule concerning initial disclosures and discovery:

1. Initial Disclosures: Pursuant to RCFC 26(a)(1), all initial disclosures shall be made on or before June 23, 2006.

2. Fact Discovery: The parties may serve written interrogatories, requests for production of documents, or requests for admissions on any other party on or before January 19, 2007.

3. Depositions: Depositions may be taken in accordance with RCFC 28 through 31 within the time allowed for fact discovery.

4. Close of Fact Discovery: All fact discovery shall be completed on or before February 23, 2007.

5. Expert Discovery: Plaintiff shall serve its expert disclosures and reports on or before March 23, 2007. Defendant shall serve any rebuttal expert disclosures and reports on or before April 27, 2007. The parties shall complete all expert discovery on or before June 8, 2007. If the parties determine not to present expert testimony, counsel shall promptly notify the Court after the close of fact discovery so that this schedule may be amended.

6. Dispositive Motions: The parties shall file any dispositive motions on or before July 13, 2007.

The Court understands that the parties will observe the limitations established in the Court's rules regarding the allowable number of interrogatories and depositions. The parties are free to modify these limits by mutual agreement pursuant to RCFC 29, provided that such modifications do not extend the close of fact discovery. Any disagreement concerning the above limitations, or any other discovery concerns, may be brought to the attention of the Court for resolution.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge