# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE

Pursuant to Rule 29 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully submit the following Stipulated Motion to Extend Fact Discovery Deadline ("Motion"). As grounds for the Motion, the Parties state as follows:

1. Pursuant to the Court's Scheduling Order dated June 20, 2006, the current deadline for completing all fact discovery is February 23, 2007.

2. The Parties have exchanged written discovery requests and are in the process of scheduling depositions and completing document production in the most efficient manner.

3. The Parties require additional time through and including June 8, 2007, the current expert discovery deadline, to complete fact discovery.

4. Extending the fact discovery deadline will not require any extension to the Expert Discovery Deadline or the Dispositive Motion Deadline.

WHEREFORE, the Parties respectfully request that the Court grant their Motion and extend the deadline for fact discovery until June 8, 2007.

Plaintiff's counsel represents to the Court that Defendant supports this STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE.

A proposed Order is attached to this Motion for the Court's convenience.

Respectfully submitted this 1st day of February, 2007.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on February 1st, 2007, a copy of the foregoing STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Durward E. Timmons