# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | Case No. 06-75 C |
| Plaintiff, | ) | Judge Wheeler |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Extend Fact Discovery Deadline, having considered all responses thereto, and being fully advised in the premises,

ORDERS that:

1. The Stipulated Motion to Extend Fact Discovery Deadline is GRANTED; and
2. The deadline for completing all fact discovery is extended until June 8, 2007.

THOMAS C. WHEELER
JUDGE