# In the United States Court of Federal Claims

No. 06-75L

(Filed: February 6, 2006)

************************************ *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**AMENDED SCHEDULING ORDER**

On February 1, 2007, counsel for the parties filed a joint motion to extend the deadline for fact discovery in this case. For good cause shown, the parties' motion is GRANTED. Fact discovery shall be completed by June 8, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge