# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-75 C<br><br>Judge Wheeler |

## UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Pursuant to Rule 29 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully submit the following Unopposed Motion to Extend Expert Discovery Deadlines ("Motion"). As grounds for the Motion, Plaintiff states as follows:

1. Pursuant to the Court's Scheduling Order dated June 20, 2006, the current deadline for Plaintiff to file its expert disclosures is March 23, 2007.

2. The current deadline for Defendant to file its rebuttal expert disclosures is April 27, 2007.

3. The deadline for completing all expert discovery is June 8, 2007.

4. On February 22, 2007, Judge Baskir issued his ruling in Richmond American Homes v. United States, Case No. 1:05-cv-280, regarding Richmond's Motion for Summary Judgment and the United States' Motions to Dismiss and for Partial Summary Judgment. The

court granted Richmond's motion in part and denied the United States' Motions. As the Court is aware, Richmond Homes concerns the cleanup of the former Lowry Air Force Base (LAFB) in Denver, Colorado. The cleanup at LAFB is also the basis for the LRA's claims against the United States, so Judge Baskir's ruling has potential implications for this case.

5. Counsel for the United States and for the LRA have conferred regarding the import of the Richmond matter and how to manage the current action most effectively to conserve the resources of the parties and the court. To allow time for the Parties to complete their evaluations and jointly decide how best to proceed in this action, the Parties request that all expert discovery deadlines be extended for two weeks.

6. Extending the expert discovery deadlines will not require any extension to the Dispositive Motion Deadline.

WHEREFORE, the Parties respectfully request that the Court grant their Motion and extend all deadlines for expert disclosures by two weeks.

Plaintiff's counsel represents to the Court that Defendant supports this UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES.

A proposed Order is attached for the Court's convenience.

Respectfully submitted this _21st_ day of March, 2007.

SHERMAN & HOWARD L.L.C.

By: __s/ Durward E. Timmons____________
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff Lowry Economic Redevelopment Authority

CERTIFICATE OF FILING

I hereby certify that on March __21st__, 2007, a copy of the foregoing UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/ Durward E. Timmons______________