# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Extend Expert Discovery Deadlines, having considered all responses thereto, and being fully advised in the premises,

ORDERS that:

1. The Stipulated Motion to Extend Expert Discovery Deadlines is GRANTED; and
2. Each of the following expert discovery deadlines is extended by two weeks:
   a. Deadline for Plaintiff to file its expert disclosures is extended to April 6, 2007;
   b. Deadline for Defendant to file its rebuttal expert disclosures is extended to May 11, 2007; and
   c. Deadline for completing all expert discovery is extended to June 22, 2007.

________________________________

THOMAS C. WHEELER
JUDGE