# In the United States Court of Federal Claims

No. 06-75L

(Filed: March 26, 2007)

| | |
|---|---|
| ************************************** | * |
| | * |
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**SECOND AMENDED SCHEDULING ORDER**

On March 22, 2007 counsel for Plaintiff filed an unopposed motion to extend the expert discovery deadlines in this case. For good cause shown, the Court hereby modifies paragraph 5 of the June 20, 2006 Scheduling Order as follows:

> Expert Discovery: Plaintiff shall serve its expert disclosures and reports on or before April 6, 2007. Defendant shall serve any rebuttal expert disclosures and reports on or before May 11, 2007. The parties shall complete all expert discovery on or before June 22, 2007.

The remaining provisions of the June 20, 2006 Order, as modified by the Court's February 6, 2007 Amended Scheduling Order shall remain in effect. Accordingly, the parties shall complete all fact discovery by June 8, 2007, and shall file any dispositive motions on or before July 13, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge