# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

---

**UNOPPOSED MOTION TO EXTEND FACT, EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

---

Pursuant to Rule 29 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully submit the following Unopposed Motion to Extend Fact, Expert Discovery and Dispositive Motions Deadlines ("Motion"). As grounds for this Motion, Plaintiff states as follows:

1. Pursuant to the Court's Second Amended Scheduling Order dated March 26, 2007, the current deadline for Defendant to file its expert disclosures and reports was May 11, 2007.

2. The current deadline for the parties to complete all expert discovery is on or before June 22, 2007.

3. The deadline for completing all fact discovery is June 8, 2007, and any dispositive motions on or before July 13, 2007.

4. Due to the nature of this case, the large number of documents involved, the parties have exchanged thousands of pages of documents, both hard copy and electronic versions. The parties have also supplemented their Rule 26 disclosures. In addition, the parties have taken more than the expected time to schedule and take the depositions of fact witnesses, the most recent of which were taken during the week of May 21, 2007.

5. Counsel for the United States and for the LRA have conferred on several occasions to coordinate the disclosure of expert reports and disclosures and to complete fact discovery to most effectively conserve the resources of the parties and the court. In addition, counsel for the parties continue to explore possible settlement of this action. To allow time for the Parties to complete disclosures, complete both fact and expert witness discovery in an orderly manner, and determine whether settlement of this action is possible, the Parties request that the discovery deadlines be extended as follows: (a) the deadline for all expert disclosures and reports be extended until July 6, 2007; (b) the deadline for completing all fact discovery be extended until July 16, 2007; and (c) the deadline for any dispositive motions until August 27, 2007.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and extend the deadlines as set forth in paragraph 5 of this Motion.

Plaintiff's counsel represents to the Court that Defendant supports this UNOPPOSED MOTION TO EXTEND FACT, EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES.

A proposed Order is attached for the Court's convenience.

Respectfully submitted this 8th day of June, 2007.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on June 8, 2007, a copy of the foregoing UNOPPOSED MOTION TO EXTEND FACT, EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Durward E. Timmons