# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

---

THIRD AMENDED SCHEDULING ORDER

---

On June 8, 2007, counsel for Plaintiff filed an Unopposed Motion to Extend Fact, Expert Discovery and Dispositive Motions Deadlines in this case. For good cause shown, the Court hereby modifies the current Scheduling Order as follows:

Fact Discovery: The deadline for completing all fact discovery shall be July 16, 2007.

Expert Discovery: The deadline for completing all expert disclosures and reports shall be July 6, 2007.

Dispositive Motions: The deadline for filing any dispositive motions shall be August 27, 2007.

IT IS SO ORDERED.

______________________________
THOMAS C. WHEELER
JUDGE