# In the United States Court of Federal Claims

No. 06-75L

(Filed: June 12, 2007)

```
************************************  *
                                      *
LOWRY ECONOMIC REDEVELOPMENT          *
AUTHORITY,                            *
                                      *
                      Plaintiff,      *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                      Defendant.      *
                                      *
************************************  *
```

**THIRD AMENDED SCHEDULING ORDER**

On June 8, 2007 counsel for Plaintiff filed an unopposed motion to extend the deadlines for fact discovery, expert discovery, and dispositive motions. For good cause shown, Plaintiff's motion is GRANTED. Accordingly:

1. The parties shall file all expert disclosures and reports by July 6, 2007;
2. All fact discovery shall be completed by July 16, 2007;
3. Dispositive motions are due by August 27, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge