# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO STAY FACT AND EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

Pursuant to Rules 6.1 and 29 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff respectfully submits the following Unopposed Motion to Stay Fact, Expert Discovery and Dispositive Motions Deadlines ("Motion"). As grounds for this Motion, Plaintiff's counsel states as follows:

1. Plaintiff Lowry Economic Redevelopment Authority ("LRA")and Defendant United States have conferred through counsel and have determined it is in their best interests to engage in a settlement process designed to resolve LRA's claims.

2. Due to Defendant's counsel' trial schedule (trials July 23-27, 2007 and August 6-14, 2007) and to allow adequate time for review of relevant documents, the parties anticipate

settlement negotiations will begin in early September 2007. The parties propose to file a joint status report on or before September 28, 2007.

3. The settlement process will conserve the resources of the parties, as well as the Court.

4. Accordingly, the parties request the Court order a stay of all proceedings in this action until October 5, 2007, to permit the parties to focus their efforts on the settlement process.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and extend the deadlines as set forth in paragraph 4 of this Motion.

Plaintiff's counsel represents to the Court that he had conferred with Defendant's counsel and that Defendant supports this UNOPPOSED MOTION TO STAY FACT, EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES.

Respectfully submitted this 13th day of July, 2007.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on July 13, 2007, a copy of the foregoing UNOPPOSED MOTION TO STAY FACT, EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Durward E. Timmons