# In the United States Court of Federal Claims

No. 06-75L

(Filed: July 23, 2007)

| | |
|---|---|
| ************************************* | * |
| | * |
| LOWRY ECONOMIC REDEVELOPMENT | * |
| AUTHORITY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | * |

**ORDER STAYING CASE**

On July 13, 2007 counsel for Plaintiff represented to the Court that the parties have determined to pursue settlement discussions in this case. In connection with those discussions, Plaintiff has filed an unopposed motion to stay the deadlines for fact discovery, expert discovery, and dispositive motions.

For good cause shown, Plaintiff's motion is GRANTED. Accordingly, all proceedings in this are STAYED until October 5, 2007. The parties shall file a Joint Status Report on or before September 28, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge