IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

---

**JOINT STATUS REPORT AND UNOPPOSED MOTION TO EXTEND STAY**

---

Pursuant to the Court's July 23, 2007, ORDER STAYING CASE ("Order"), Plaintiff respectfully submits this JOINT STATUS REPORT AND UNOPPOSED MOTION TO EXTEND STAY on behalf of itself and Defendant.

(1) The Court's July 23, 2007, Order granted Plaintiff's UNOPPOSED MOTION TO STAY FACT AND EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES since the parties had determined to pursue settlement discussions. The Order stayed all proceedings until October 5, 2007, and required the parties to submit a Joint Status Report to be filed on or before September 28, 2007.

(2) Since the Court issued its July 23, 2007 Order, counsel for the parties have determined the process for attempting to negotiate a settlement of this action. In addition, Plaintiff has had an opportunity to review and consider Defendant's expert report concerning Plaintiff's damages. Counsel for the parties have agreed that Plaintiff will respond to

Defendant's expert report and then schedule direct negotiations. The parties anticipate that direct negotiations can be scheduled sometime in the latter part of October, depending on Defendant's counsel's trial schedule. The parties continue to believe that settlement of this action is possible and that the ongoing settlement process will conserve the resources of the parties as well as those of the Court.

(3) As the Court's July 23, 2007, Order stays all proceedings only until October 5, 2007, the parties request the Court to extend the stay until November 2, 2007.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and extend the existing stay as described in paragraph 3 of this Motion.

Plaintiff's counsel represents to the Court that he has conferred with Defendant's counsel and that Defendant agrees with and supports this JOINT STATUS REPORT AND UNOPPOSED MOTION TO EXTEND STAY.

Respectfully submitted this 28th day of September, 2007.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff

CERTIFICATE OF FILING

I certify that on September 28, 2007, the foregoing *Joint Status Report and Unopposed Motion to Extend Stay* was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/ Durward E. Timmons