IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | No. 06-75 C |
| | ) | (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Rules 6 and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of one day, to and including October 31, 2007, for the parties to file their joint status report concerning Court's current stay of proceedings in this case. Counsel of record for plaintiff, Lowry Economic Redevelopment Authority, states that plaintiff does not oppose this motion.

The joint status report is due today, pursuant to the Court's order dated October 1, 2007. Counsel for plaintiff has provided undersigned counsel a draft report, and we do not anticipate difficulties in making the filing tomorrow. However, owing to, among other things, an oral argument today in Continental Airlines, Inc. v. United States, No. 06-432C (Senior Judge Margolis), and expedited filings due today in a consolidated group of bid protests Serco Inc. v. United States, Consolid. No. 07-691 (Judge Allegra), undersigned counsel could not timely discuss the draft with plaintiff's counsel, or obtain supervisory review.

CONCLUSION

Accordingly, we respectfully request to enlarge the due date for the parties' joint status report by one day, to and including October 31, 2007.

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

DAVID R. VECERA
Environmental Attorney
Air Force Legal Services Agency
Environmental Law and Litigation Division
Arlington, VA

October 30, 2007