IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-75 C<br><br>Judge Wheeler |

**JOINT STATUS REPORT AND**
**SECOND UNOPPOSED MOTION TO EXTEND STAY**

Pursuant to the Court's October 1, 2007, ORDER EXTENDING STAY ("Order"), Plaintiff respectfully submits this JOINT STATUS REPORT AND SECOND UNOPPOSED MOTION TO EXTEND STAY on behalf of itself and Defendant.

(1) The Court's October 1, 2007, Order granted Plaintiff's September 28, 2007, JOINT STATUS REPORT AND UNOPPOSED MOTION TO EXTEND STAY. The Plaintiff's September 28th motion had been filed since the parties had determined to pursue settlement discussions but had not completed all necessary tasks to complete the settlement process. The Order stayed all proceedings until November 2, 2007, and required the parties to submit this Joint Status Report on October 30, 2007. The Court granted an unopposed motion for a one-day extension to file this Joint Status Report.

(2) The parties have continued pursuing a possible settlement of this lawsuit. More specifically, Defendant previously provided Plaintiff an expert report which

addressed Defendant's concerns related to the damages sought by Plaintiff. After reviewing Defendant's expert's report, Plaintiff provided a written response on October 12, 2007. Since that time, Defendant has been reviewing Plaintiff's response in anticipation of settlement discussions. In addition, the parties anticipate exchanging their respective legal positions prior to actual negotiations to ensure those positions can be addressed during the settlement negotiations.

(3) The timing of the settlement process was unavoidably impacted as a result of Defendant's counsel's participation in trial before this Court in another matter from October 15 through October 22, 2007.

(4) Counsel have consulted on several occasions and anticipate that direct negotiations can be scheduled and take place sometime in the latter part of November or early December, 2007. The parties are aware, however, that the Thanksgiving and Christmas holidays routinely impact the availability of individuals whose participation may be necessary to reach a mutually acceptable settlement. The parties will continue the settlement process as efficiently as possible taking into consideration the various schedules of both counsel and the required participants. Finally, the parties restate their continued belief that settlement of this action is possible and that the ongoing settlement process will conserve the resources of the parties as well as those of the Court.

(5) As the Court's October 1, 2007, Order extended the stay in proceeding until November 2, 2007, the parties request that the Court further extend the stay until January 21, 2008.

WHEREFORE, Plaintiff respectfully submits this JOINT STATUS REPORT AND SECOND UNOPPOSED MOTION TO EXTEND STAY.

Plaintiff's counsel represents to the Court that he has conferred with Defendant's counsel and that Defendant agrees with the representations made in this JOINT STATUS REPORT AND SECOND UNOPPOSED MOTION TO EXTEND STAY.

Respectfully submitted this 31th day of October, 2007.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff

CERTIFICATE OF FILING

I certify that on October 31, 2007, the foregoing *Joint Status Report and Second Unopposed Motion to Extend Stay* was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/ Durward E. Timmons