# In the United States Court of Federal Claims

No. 06-75L

(Filed: November 1, 2007)

************************************* *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**ORDER EXTENDING STAY**

On October 31, 2007 counsel for Plaintiff filed a joint status report and unopposed motion to extend the stay in the above-captioned case, on behalf of itself and Defendant. Plaintiff's counsel has represented to the Court that the parties are continuing to pursue settlement discussions in this case.

For good cause shown, Plaintiff's motion is GRANTED. Accordingly, all proceedings in this case are STAYED until January 22, 2008. The parties shall file a Joint Status Report on or before January 18, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge