IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND**
**THIRD UNOPPOSED MOTION TO EXTEND STAY**

Pursuant to the Court's November 1, 2007, ORDER EXTENDING STAY ("Order"), Plaintiff respectfully submits this JOINT STATUS REPORT AND THIRD UNOPPOSED MOTION TO EXTEND STAY on behalf of itself and Defendant.

(1) The Court's November 1, 2007, Order granted Plaintiff's October 31, 2007, JOINT STATUS REPORT AND SECOND UNOPPOSED MOTION TO EXTEND STAY. The Plaintiff's October 31st motion had been filed since the parties had determined to pursue settlement discussions but had not completed all necessary tasks to complete the settlement process. The Order stayed all proceedings until January 22, 2008, and required the parties to submit this Joint Status Report on January 18, 2007.

(2) The parties have continued pursuing a settlement of this lawsuit. More specifically, Plaintiff and Defendant have exchanged several rounds of letters identifying both

sides' concerns, legal arguments, and settlement positions. Plaintiff has agreed to submit an unconditional offer of settlement to Defendant on or before January 31, 2008. Defendant has pre-coordinated with both the Department of Justice and the Air Force to expedite review of the settlement offer.

(3) The parties anticipate that if a settlement is possible, a final resolution should be reached no later than February 29, 2008. The parties restate their continued belief that settlement of this action is possible and that the ongoing settlement process will conserve the resources of the parties as well as those of the Court.

(5) As the Court's November 1, 2007, Order extended the stay in proceeding until January 22, 2008, the parties request that the Court further extend the stay until February 29, 2008.

WHEREFORE, Plaintiff respectfully submits this JOINT STATUS REPORT AND THIRD UNOPPOSED MOTION TO EXTEND STAY.

Plaintiff's counsel represents to the Court that he has conferred with Defendant's counsel and that Defendant agrees with the representations made in this JOINT STATUS REPORT AND THIRD UNOPPOSED MOTION TO EXTEND STAY.

Respectfully submitted this 18th day of January, 2008.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff

CERTIFICATE OF FILING

I certify that on January 18, 20078 the foregoing *Joint Status Report and Third Unopposed Motion to Extend Stay* was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/ Durward E. Timmons