# In the United States Court of Federal Claims

No. 06-75L

(Filed: January 22, 2008)

************************************* *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**ORDER EXTENDING STAY**

On January 18, 2008 counsel for Plaintiff filed a joint status report and unopposed motion to extend the stay in the above-captioned case, on behalf of itself and Defendant. Plaintiff's counsel has represented to the Court that the parties are continuing to pursue settlement discussions in this case.

For good cause shown, Plaintiff's motion is GRANTED. Accordingly, all proceedings in this case are STAYED until February 29, 2008. The parties shall file a Joint Status Report on or before February 29, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge