IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 22, 2008, ORDER EXTENDING STAY ("Order"), Plaintiff respectfully submits this JOINT STATUS REPORT on behalf of itself and Defendant.

(1) The Court's January 22, 2008 Order granted Plaintiff's January 18, 2008, JOINT STATUS REPORT AND THIRD UNOPPOSED MOTION TO EXTEND STAY. The Plaintiff's January 18, 2008 Motion had been filed because the parties had determined to continue pursuing settlement discussions. The Order stayed all proceedings until January February 29, 2008, and required the parties to submit this Joint Status Report on February 29, 2008.

(2) The parties have concluded that given their respective positions, a settlement is not possible at this time, and the case should proceed.

WHEREFORE, Plaintiff respectfully submits this JOINT STATUS REPORT and requests that the Court extend the current stay on all proceedings

until a telephonic status conference can be held to set this matter for trial and establish new deadlines for any remaining discovery.

Plaintiff's counsel represents to the Court that he has conferred with Defendant's counsel and that Defendant agrees with the representations made in this JOINT STATUS REPORT.

Respectfully submitted this 29th day of February, 2008.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576
Email: dtimmons@sah.com

Attorneys for Plaintiff

CERTIFICATE OF FILING

I certify that on February 29, 2008 the foregoing *Joint Status Report* was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/ Durward E. Timmons