# In the United States Court of Federal Claims

No. 06-75L

(Filed: March 3, 2008)

************************************ *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On February 29, 2008 counsel for Plaintiff filed a joint status report, on behalf of itself and Defendant. Plaintiff's counsel has represented to the Court that the parties have concluded that a settlement is not possible at this time, and therefore, the above-captioned case should proceed. As discussed with counsel for the parties, the Court will conduct a telephonic status conference on the record, on March 7, 2008 at 11:00 AM (EST). Counsel for the parties shall be prepared to discuss a trial schedule and deadlines for any remaining discovery.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge