# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| | ) | Case No. 06-75 C |
| Plaintiff, | ) | |
| | ) | Judge Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

---

**RETURN OF SERVICE**
**(Executed)**

---

# RETURN OF SERVICE

Case No. 06-75 C

STATE OF COLORADO )
) ss.
City & County of Denver )

I, Cameron A. Hegedus, Jr., the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served NAN GLENN, a true and correct copy of the within Subpoena, and Plaintiff's Notice of Deposition of Nan Glenn, together with a witness and mileage fee of $51.57, by handing and delivering to NAN GLENN personally, at 12050 North Pecos Street, Unit 300, City of Westminister, County of Adams, State of Colorado, on April 3, 2008 at 1:44 P.M.

Cameron A. Hegedus, Jr.
Private Process Server

Subscribed and sworn before me on April 3, 2008.
My commission expires on 06-03-09.

HELEN B. HAYS NOTARY PUBLIC STATE OF COLORADO

Notary Public
438 Bannock Street
Denver, CO 80204

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-75 C<br><br>Judge Wheeler |

**PLAINTIFF'S NOTICE OF DEPOSITION OF NAN GLENN**

The Lowry Economic Redevelopment Authority ("LRA"), through its attorneys, Sherman & Howard L.L.C., hereby give Notice that, pursuant to the Rules of the United States Court of Federal Claims ("R.C.F.C."), it will take the deposition of Nan Glenn, pursuant to R.C.F.C. 30, beginning at 9:00 a.m. on April 18, 2008, and continuing from day to day until completed. The deposition will take place at the offices of Sherman & Howard L.L.C., 633 17th Street, Suite 3000, Denver, Colorado 80202, and the testimony shall be recorded by a certified court reporter. A Subpoena for Nan Glenn is attached to his Notice.

DATED this 2nd day of April, 2008.

SHERMAN & HOWARD L.L.C.

By: ______________________
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of April, 2008, a true and correct copy of the **PLAINTIFF'S NOTICE OF DEPOSITION OF NAN GLENN** was served via electronic mail (PDF) and via Federal Express overnight delivery, addressed to the following:

Kyle Eric Chadwick, Esq.
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, Room 7062
Washington, DC 20530
kyle.chadwick@usdoj.gov

______________________

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## SUBPOENA

To: Nan Glenn
Versar, Inc.
12050 N. Pecos, Suite 300
Westminster, CO 80234
(303) 452-5700

1. YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above-captioned case.
   *Place* of *Testimony*:____________________
   *Date* and *Time*:____________________
2. YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above-captioned case.
   *Place of Deposition:* Sherman & Howard L.L.C., 633 17th Street, Suite 3000, Denver, Colorado 80202
   *Date and Time:* April 18, 2008, 9:00 a.m.
3. YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
   *Place:* ____________________
   *Date* and *Time:* ____________________
4. YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.
   *Premises:*____________________
   *Date and Time:*____________________

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

D. E. J., Attorney for Plaintiff 4-2-08

ISSUING OFFICER SIGNATURE, AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

Durward E. Timmons, Esq., 90 South Cascade Avenue, Suite 1500, Colorado Springs, Colorado 80903, (719) 448-4008

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

NOTE - If the place of travel is more than 100 miles (by the shortest usual means of travel) from the place where the subpoena is served, or if the place of the deposition is more than 100 miles from the place where the deponent resides, is employed, or transacts business in person, the person served may regard the command as optional unless there is attached to the subpoena an order of the court requiring his/her appearance notwithstanding the distance of travel. In any event, response to the subpoena will entitle the person to the fees and mileage allowed by law. (28 U.S.C. §1821)

PROOF OF SERVICE

DATE PLACE

SERVED

SERVED ON (PRINT NAME) MANNER OF SERVICE

☐ Fees tendered for one day's attendance and mileage allowed by law. (Fees and mileage need not be tendered when the subpoena is issued on behalf of the United States or an officer or agency thereof.)

DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: ______________________

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

RCFC 45.

**(c) Protection of Persons Subject to Subpoenas.**

**(1)** A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

**(2)(A)** A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

**(B)** Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

**(3)(A)** On timely motion, the court shall quash or modify the subpoena if it

**(i)** fails to allow reasonable time for compliance;

**(ii)** requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place, or

**(iii)** requires disclosure of privileged or other protected matter and no exception or waiver applies, or

**(iv)** subjects a person to undue burden.

**(B)** If a subpoena

**(i)** requires disclosure of a trade secret or other confidential research, development, or commercial information, or

**(ii)** requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

**(iii)** requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**

**(1)** A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

**(2)** When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim