IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | No. 06-75 C |
| | ) | (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS

Pursuant to Rules 6 and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for dispositive motions in this matter by 28 days, from this Friday, May 23, to and including June 20, 2008. This is our first such request concerning this deadline. We have consulted with Durward E. Timmons, Jr., counsel of record for plaintiff, Lowry Economic Redevelopment Authority, who states that plaintiff does not oppose this motion.

We request this enlargement principally because the parties are still in the process of supplementing their prior discovery responses. In addition to clarifying the parties' contentions for the purposes of potential dispositive motions, the parties believe the supplemental responses should facilitate discussions concerning settlement.

Most significantly, plaintiff is engaged in supplementing its original response, served in April 2008, to defendant's interrogatory 20, which asks:

> For every location at which any substance or material was allegedly remediated, abated, or removed, and for which you seek to recover the costs of such remediation, abatement, or removal in this case, identify as specifically as possible: (i) the location (in descending order of specificity: by street address; cross streets; or filing, block, and lot number); (ii) all substance(s) or material(s)

> that you allege were remediated, abated, or removed at that location (distinguishing, e.g., ACM from disaggregated asbestos); (iii) the earliest document of which you are aware that reflects or records plaintiff's discovery of each identified substance or material at that location; and (iv) whether you seek to recover costs arising at that location under the first claim for relief in the complaint, the second claim for relief, or both.

Plaintiff estimates that it will take until the latter part of next week (May 28-30) to complete its supplemental response. Beginning approximately 10 days later, from June 9-13, undersigned counsel for defendant will be away from his office, providing training. As a result, we request that the dispositive motion deadline be enlarged to and including the Friday of the following week, June 20.

The parties appreciate the Court's indulgence and regret any inconvenience that this postponement may cause for the Court. Although both parties anticipate that the motions to be filed by June 20 will be focused and concise, we are prepared to jointly propose an accelerated briefing schedule, should the Court so desire.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

DAVID R. VECERA
Environmental Attorney
Air Force Legal Services Agency
Environmental Law and Litigation Division
Arlington, VA

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

Attorneys for Defendant

May 20, 2008

CERTIFICATE OF FILING

I hereby certify that on May 20, 2008, this document was filed electronically. I understand that service is complete upon filing, and parties may access this filing through the Court's electronic system.

s/Kyle Chadwick