# In the United States Court of Federal Claims

No. 06-75L

(Filed: May 21, 2008)

************************************ *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

SCHEDULING ORDER

On May 21, 2008, counsel for Defendant filed an unopposed motion for a 28-day enlargement of time in which the parties may file dispositive motions. For good cause shown, Defendant's motion is GRANTED. Accordingly, the parties shall file their dispositive motions, if any, on or before June 20, 2008. All other provisions of the Court's March 7, 2008 Pretrial Order remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge