# In the United States Court of Federal Claims

No. 06-75L

(Filed: June 2, 2008)

************************************* *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**AMENDED PRETRIAL ORDER**

Pursuant to paragraph 3 of the March 7, 2008 Pretrial Order, the Court is notifying the parties of additional information regarding trial. The Court has reserved Courtroom C-202 of the Bryon G. Rogers Courthouse in Denver from September 8 through 17, 2008 for the trial of this matter. The courthouse is located at 1929 Stout Street, Denver, Colorado. The parties may have access to the courtroom if necessary on September 8, 2008 to prepare for the start of trial the following day.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge