# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-75 C<br><br>Judge Wheeler |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Lowry Economic Redevelopment Authority ("LRA"), through its attorneys, Sherman & Howard L.L.C., hereby files its Motion for Partial Summary Judgment pursuant to R.C.F.C. 56. In support of the Motion for Partial Summary Judgment, Plaintiff files simultaneously herewith its Brief in Support of Plaintiff's Motion for Partial Summary Judgment, Proposed Findings of Uncontroverted Fact, and Exhibits.

On January 30, 2006, Plaintiff filed a Complaint against the United States ("United States"), acting through the United States Department of Defense ("DoD") and the United States Department of the Air Force ("Air Force") (collectively known as the "Government"), for failing to fulfill its obligations under Section 330 of the National Defense Authorization Act for Fiscal Year 1993, Pub. L. No. 102-484, Div. A, Title III, § 330, 106 Stat. 2371 (Oct. 23, 1992), *amended by* Pub. L. No. 103-60, Div. A, Title X, § 1002, 107 Stat. 1745 (Nov. 30, 1993) ("Section 330"), and for breaching deed covenants made pursuant to Section 120(h) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9620(h), regarding the release, threatened release, and cleanup of hazardous substances,

pollutants, contaminants, and petroleum products or their derivatives at the former Lowry Air Force Base ("LAFB") located in Denver and Aurora, Colorado. For the reasons stated in Plaintiff's Brief in Support, the Court should grant Plaintiff's Motion for Partial Summary Judgment on Plaintiff's claim for Section 330.

Respectfully submitted this 20th day of June, 2008.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of June, 2008, a true and correct copy of **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was filed electronically and served on the following party. Service is complete upon filing, and parties may access this filing through the Court's system.

Kyle Eric Chadwick
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
kyle.chadwick@usdoj.gov

s/ Durward E. Timmons