# EXHIBIT 2


LEGEND
Area 1 (Former Air Force Hospital Complex)
Area 2 (Former Barracks and Undeveloped Areas)
Area 3 (Former Columbine and Blue Spruce Buildings and Sites with No Air Force Construction)
Defined areas of asbestos – containing material
Areas tested and deemed clean
• Surface Asbestos
Asbestos Sites
1 Basement/subsurface excavation found in Block 10 and moved to Block 11– 07–02
Block 11 surface remediation complete 12–02
2 Gas line subsurface excavation found 09–25–02
Subsurface contamination removal began 4–03
3 Gas line subsurface excavation–3 pieces found 10–02
Covered and fenced
4 Basement subsurface excavation found 12–02
Subsurface contamination removal complete 04–03
5 2 pieces surface ACM found 03–03 and removed
Soil samples non–detect
6 Basement/subsurface excavation found 04–14–03
covered and fenced
7 Surface ACM – 11 pieces found and removed
04–17–03, 04–21–03 and 04–22–03
Block 4 Writer
Block 5 Richmond
Block 6 Metropolitan
Block 11 McStain
Block 12 Richmond
Block 13 Writer
Filing 16 LRA
11th Avenue
Uinta Way
Touchstone Development
Goebel
Park
Park
Filing 18 LRA
E. 9th Avenue
Block 7 Richmond
Block 10 Writer
Block 10 McStain
E. 8th Place
Block 2 Metropolitan
Writer
Block 8
McStain
Block 9
Writer
Block 9
Block 1 McStain
E. 8th Avenue
Block 1 Richmond
Filing 15
Block 2 Metropolitan
Severn Drive
8th Avenue
LOWRY REDEVELOPMENT AUTHORITY
555 UINTA WAY, DENVER CO 80230 (303) 343–0276
Lowry Northwest Neighborhood Asbestos Cleanup Program
For Illustrative Purposes Only