# EXHIBIT 3

# COMPLIANCE ADVISORY

**In the Matter of the Former Lowry Air Force Base ("Lowry")**

**Issued By:**

**HAZARDOUS MATERIALS AND WASTE MANAGEMENT**
**and AIR POLLUTION CONTROL DIVISIONS**
**COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**
**4300 CHERRY CREEK DRIVE SOUTH, DENVER, CO 80246-1530**

**Issued To:**

U.S. Air Force; Lowry Redevelopment Authority ("LRA"); and the following Lowry developers: Colorado Land Company; Decherd Custom Homes, LLC; GO Builders; Harvard Communities; Iris Building Group, Inc.; Latsis Custom Homes, LLC; Lowry Lifestyles, LLC; McStain Enterprises, Inc.; Metropolitan Homes; Paragon; Richmond American Homes; Touchstone Homes, LLC;Wall Custom Homes; Wiggs Custom Homes, LLC; and Writer Corporation.

(The above-named are hereinafter referred to collectively as (the " Recipients")

DATE: April 24, 2003

---

This Compliance Advisory, issued by the Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division and the Air Pollution Control Division (the "Department") provides notice related to information obtained from a series of inspections and related communications during March and April 2003 conducted in the area bounded by 11[th] Avenue to the north, 8[th] Avenue to the south, Quebec Street to the west, and Uinta Way to the east (hereinafter, "the Northwest Neighborhood") at the former Lowry Air Force Base ("Lowry"). We advise you that the Department believes that present conditions in the Northwest Neighborhood present a threat to public health and the environment. Department personnel will review the facts established during the inspections and associated communications and documents, and this notice may be revised to include additions or clarifications as a result of that review.

Please be aware that you are responsible for complying with the State hazardous waste and air regulations and that there are substantial administrative and civil penalties for failing to do so. Section 25-15-309, C.R.S., of the Colorado Hazardous Waste Act ("Waste Act"), Sections 25-15-101 to 316, C.R.S., and the Colorado Hazardous Waste Regulations, 6 CCR 1007-3; and Section 25-7-115(3)(b), C.R.S., of the Air Quality Control Act ("Air Act"), sections 25-7-101 to 1309, C.R.S., and the Colorado Air Quality Control Commission Regulations, 5 C.C.R. 1001, authorize the Department to assess administrative penalties of up to $15,000.00 per day for violations of the Waste and Air Acts and final orders. The issuance of this Compliance Advisory does not limit or preclude the Department from pursuing its enforcement options concerning the inspections and related communications including issuance of a Compliance Order and assessment of penalties. Also, this Compliance Advisory does not constitute a bar to enforcement action for conditions that the inspector(s) did not observe or evaluate, or conditions found during future inspections of Lowry.

To avoid additional enforcement action or reduce the penalties described above you must either correct the deficiencies as outlined below, or you must demonstrate to the Department that the deficiencies are not violations of Colorado hazardous waste and/or air laws.

I. Lowry is an approximately 1866-acre site located in southeast Denver. From 1937 through September 1994, the United States Department of Defense used Lowry for multiple purposes, including an active Air Force base. Lowry Air Force base was formally closed in September 1994. In July 1995, the U.S. transferred ownership of approximately 758 acres of Lowry to the LRA. Since that time, the LRA has sold individual parcels and/or larger tracts or blocks to individual Lowry developers.

II. The Department has recently discovered asbestos contamination within soils at Lowry. To date, there have been at least twenty-three (23) discoveries of asbestos contamination in the Northwest Neighborhood. Upon

information and belief, recent construction activities (including excavation, soil grading, and landscaping) by the Recipients have resulted in some of the previously buried asbestos contamination being dug up, moved or otherwise handled, made airborne and deposited on the surface and subsurface soils in the Northwest Neighborhood.

III. Pursuant to its authority in §§ 25-15-301(4)(a), 25-7-112, and 25-7-113, C.R.S., the Department advises the Recipients to comply with all provisions of the following requirements:

A. Excavation, Grading or Other Intrusive Activities. The Recipients are prohibited from engaging in any further excavation, grading or other intrusive activities that may result in the disturbance of the soil in the Northwest Neighborhood, and shall not resume such activities at Lowry without first receiving authorization to do so from the Department.

X B. Asbestos Emission Control Plan. The Recipients shall, within seven (7) calendar days of receipt of this Advisory, submit for Department review and approval a proposed Asbestos Emission Control Plan to: 1) adequately control generation of dust and other airborne pollutants during construction activities in the Northwest Neighborhood; 2) properly identify asbestos contamination that may be encountered during construction activities; and 3) properly manage and dispose of any asbestos contamination that is, or was previously, encountered during construction activities. The Asbestos Emission Control Plan must be sufficient to protect people and the environment from airborne asbestos.

X C. Lots Where Construction is Complete and Bare Soils Exist. The Recipients shall, within seven (7) calendar days of receipt of this Advisory, submit for Department review and approval a proposed Sampling Work Plan that provides a detailed description of how the Recipients will characterize the nature and extent of any asbestos contamination that may exist in any lot in the Northwest Neighborhood where construction is complete and bare soils exist. This plan shall include, but not be limited to, sampling locations, sampling depths, sampling and analytical methods, contaminants of concern, health and safety plans, schedules, and all measures that will be taken to eliminate the generation of dust and airborne asbestos.

D. Lots or Areas Where Excavation, Grading or Construction Has Not Been Initiated or Completed. The Recipients shall, within twenty-one (21) calendar days of receipt of this Advisory, submit for Department review and approval a proposed Sampling Work Plan that provides a detailed description of how the Recipients will characterize the nature and extent of any asbestos contamination that may exist in any lot or area in the Northwest Neighborhood where excavation, grading or construction has not been initiated or completed. This plan shall include, but not be limited to, sampling locations, sampling depths, sampling and analytical methods, contaminants of concern, health and safety plans, schedules, and all measures that will be taken to eliminate the generation of dust and airborne asbestos.

E. Lots or Areas Which Have Been Covered (e.g. Landscaped, Sodded, or Paved). The Recipients shall, within twenty-one (21) calendar days of receipt of this Advisory, submit for Department review and approval proposed a Sampling Work Plan that provides a detailed description of how the Recipients will characterize the nature and extent of any asbestos contamination that may exist in any lot or area in the Northwest Neighborhood which has been covered (e.g. landscaped, sodded, or paved). This plans shall include, but not be limited to, sampling locations, sampling depths, sampling and analytical methods, contaminants of concern, health and safety plans, schedules, and all measures that will be taken to eliminate the generation of dust and airborne asbestos.

X F. Implementation of Sampling Work Plan. Within seven (7) calendar days of receipt of the Department's approval, or approval with modifications, the Recipients shall implement each Sampling Work Plan in accordance with the procedures and schedules set forth in that plan as approved or approved with modifications.

X G. Site Characterization Reports. The Recipients shall, within seven (7) calendar days of completion of the fieldwork described in the Sampling Work Plans, submit to the Department Site Characterization Reports that describes the extent of asbestos contamination found in the Northwest Neighborhood. In addition, the Site Characterization Reports shall include Response Plans, for Department review and approval, that include, but are not limited to, the following: a list of response alternatives considered by the Recipients to eliminate current and future exposures of asbestos to people and the environment; the Recipients' preferred response alternative(s); and health and safety plans, schedules, and all measures that will be taken to eliminate the generation of dust and airborne asbestos.

XH. Response Plans. Within fourteen (14) calendar days of receipt of the Department's approval, or approval with modifications, the Recipients shall implement the Response Plans in accordance with the procedures and schedules set forth in the Response Plans as approved or approved with modifications.

XI. Closeout Reports. The Recipients shall, within thirty (30) calendar days of completion of the

requirements of the Response Plans, submit to the Department Closeout Reports that describe all aspects of how the response actions were completed.

J. Additional Requirements. Nothing shall preclude the Department from imposing additional requirements in the event that new information is discovered that indicates such requirements are necessary to protect human health or the environment.

---

**To close out this Compliance Advisory, we encourage you to contact the Compliance Officer listed below.**

Jeff Edson, Unit Leader
Remediation and Restoration Unit
Hazardous Materials and Waste Management Division
Colorado Department of Public Health and Environment
4300 South Cherry Creek Drive South
Denver, Colorado 80246-1530
Tel: 303-692-3388

---

**Failure to respond in a timely fashion to this Compliance Advisory will be considered in any subsequent enforcement action and the assessment of administrative and/or civil penalties.**

# COMPLIANCE ADVISORY

**In the Matter of the Former Lowry Air Force Base ("Lowry")**

**Issued By:**

**HAZARDOUS MATERIALS AND WASTE MANAGEMENT**
**and AIR POLLUTION CONTROL DIVISIONS**
**COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**
**4300 CHERRY CREEK DRIVE SOUTH, DENVER, CO 80246-1530**

**Issued To:**

United States Air Force; Lowry Redevelopment Authority ("LRA"); and the following Lowry developers/builders: Colorado Land Company; Farrelly Building Group; Harvard Communities; Iris Building Group, Inc.; Latsis Custom Homes, LLC; McStain Enterprises, Inc.; Metropolitan Homes; Richmond American Homes; Touchstone Homes, LLC; Wall Custom Homes; Wiggs Custom Homes, LLC; and Writer Corporation.

(The above-named are hereinafter referred to collectively as (the " Recipients")

**Issue Date: April 30, 2003**

---

This Compliance Advisory, issued by the Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division and the Air Pollution Control Division (the "Department") provides notice related to information obtained from a series of inspections and related communications during March and April 2003 conducted in the area bounded by 11th Avenue to the north, 8th Avenue to the south, Quebec Street to the west, and Uinta Way to the east (hereinafter, "the Northwest Neighborhood") at the former Lowry Air Force Base ("Lowry"). This Compliance Advisory shall serve as an addendum to the Compliance Advisory originally issued to the above named Recipients on April 24, 2003. We advise you that the Department believes that present conditions in the Northwest Neighborhood present a threat to public health and the environment. Department personnel will review the facts established during the inspections and associated communications and documents, and this notice may be revised to include additions or clarifications as a result of that review.

Please be aware that you are responsible for complying with the State hazardous waste and air regulations and that there are substantial administrative and civil penalties for failing to do so. Section 25-15-309, C.R.S., of the Colorado Hazardous Waste Act ("Waste Act"), Sections 25-15-101 to 316, C.R.S., and the Colorado Hazardous Waste Regulations, 6 CCR 1007-3; and Section 25-7-115(3)(b), C.R.S., of the Air Quality Control Act ("Air Act"), sections 25-7-101 to 1309, C.R.S., and the Colorado Air Quality Control Commission Regulations, 5 C.C.R. 1001, authorize the Department to assess administrative penalties of up to $15,000.00 per day for violations of the Waste and Air Acts and final orders. The issuance of this Compliance Advisory does not limit or preclude the Department from pursuing its enforcement options concerning the inspections and related communications including issuance of a Compliance Order and assessment of penalties. Also, this Compliance Advisory does not constitute a bar to enforcement action for conditions that the inspector(s) did not observe or evaluate, or conditions found during future inspections of Lowry.

To avoid additional enforcement action or reduce the penalties described above you must either correct the deficiencies as outlined below, or you must demonstrate to the Department that the deficiencies are not violations of Colorado hazardous waste and/or air laws.

Pursuant to its authority in §§ 25-15-301(4)(a), 25-7-112, and 25-7-113, C.R.S., the Department advises the Recipients to comply with all requirements set forth in the April 24, 2003 Compliance Advisory, as well as the following requirements:

A. **Indoor Sampling Workplan.** No later than five (5) calendar days after receipt of this Compliance Advisory, the Recipients shall submit, for Department review and approval, a proposed Indoor Sampling Workplan to systematically assess and define the nature and the full extent of any indoor asbestos contamination in the homes and other structures in the northwest neighborhood. The Indoor Sampling Workplan shall include, at a minimum: sampling methodology (including collection of dust samples);

locations and numbers of samples; and name of laboratory and analytical methodology. The results of this Workplan will be used to determine whether asbestos contamination is present in homes and other structures in the northwest neighborhood. For homes or structures where asbestos contamination is determined to be present, the Recipients shall: 1) immediately (within 24 hours of receipt of the results) offer the resident(s) of those homes or other structures temporary relocations; and 2) within ten (10) calendar days of the relocation offer the Recipients shall report to the Department in writing which residences accept or decline the foregoing offer.

B. Implementation of Indoor Sampling Workplan. No later than three (3) calendar days (unless otherwise modified by the Department) after receipt of the Department's approval, or approval with modifications, the Recipients shall implement the Indoor Sampling Workplan described above in accordance with the procedures and schedules set forth in the plan as approved or approved with modifications.

C. Indoor Site Characterization Report. The Recipients shall, no later than five (5) calendar days (unless otherwise modified by the Department) after completion of the fieldwork described in the Indoor Sampling Workplan, submit to the Department an Indoor Site Characterization Report that describes the nature and extent of indoor asbestos contamination found in the northwest neighborhood. In addition, the Indoor Site Characterization Report shall include an Indoor Response Plan, for Department review and approval, that includes, but is not limited to, the following: a list of response alternatives considered by the Recipients to eliminate the current and future exposures of people to indoor asbestos; the Recipients' preferred response alternative(s); and health and safety plans, schedules, and all measures that will be taken to eliminate the generation of dust and airborne asbestos. The Indoor Response Plan for indoor asbestos contamination should comply with the major asbestos spill response requirements contained in 5 CCR 1001, Regulation 8, Section III.T.1 (unless granted, in writing, a variance from the Department) and a post-response indoor sampling plan.

D. Implementation of Indoor Response Plan. No later than three (3) calendar days (unless otherwise modified by the Department) after receipt of the Department's approval, or approval with modifications, the Recipients shall implement the Indoor Response Plan in accordance with the procedures and schedules set forth in the Indoor Response Plan as approved or approved with modifications.

E. Indoor Closeout Report. The Recipients shall, within thirty (30) calendar days of completion of the requirements of the Indoor Response Plan, submit to the Department an Indoor Closeout Report that describes all aspects of how the response actions were completed. The Indoor Closeout Report shall include post-response action indoor sampling results to ensure that the response actions that were taken protect human health and the environment.

F. Additional Requirements. Nothing shall preclude the Department from imposing additional requirements in the event that new information is discovered that indicates such requirements are necessary to protect human health or the environment.

---

**To close out this Compliance Advisory, we encourage you to contact the Compliance Officer listed below.**

Jeff Edson, Unit Leader
Remediation and Restoration Unit
Hazardous Materials and Waste Management Division
Colorado Department of Public Health and Environment
4300 South Cherry Creek Drive South
Denver, Colorado 80246-1530
Tel: 303-692-3388

---

**Failure to respond in a timely fashion to this Compliance Advisory will be considered in any subsequent enforcement action and the assessment of administrative and/or civil penalties.**

COMPLIANCE ADVISORY
In the Matter of the FORMER LOWRY AIR FORCE BASE

cc: H. Roitman, CDPHE
D. Ouimette, APCD
M. Sheets, APCD
J. Sowinski, HMWMD
J. Edson, HMWMD
S. Gaston, HMWMD
C. Burns, APCD
G. Kaufman, CAGO
W. Allison, CAGO
J. Bendixen, DDEH
J. McCulley, EPA