# EXHIBIT 5
# (Part 2)

Among other things, the above-referenced 1994 ACT report discusses soil samples collected from nine LAFB playgrounds/recreational facilities (including Facility 1114, Area 3). The ACT report further notes that five (5) of these facilities showed lead contamination in the playground soils in concentrations ranging from 88 mg/kg to 760 mg/kg - lead possibly attributed to the normal weathering of the LBP used on the old playground equipment of surrounding structures. Accordingly, I recommend revising pertinent EBSS and/or FOST text so as to adequately address the current environmental condition of these facilities and any restrictions on the use of these facilities by "unrestricted" populations following transfer.

When entering into a deed for transfer under section 120(h)(3) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C.§ 9620, the Air Force is required to include in such deed(s) a covenant warranting that all remedial action necessary to protect human health and the environment with respect to any hazardous substance remaining on the Parcel has been taken before the date of transfer. Also, as provided in the covenant required pursuant to CERCLA 120(h)(4), the Air Force will perform any additional response action or corrective action on this Parcel, including with respect to lead from LBP, found to be necessary after the date of transfer of this property, where a significant risk to human health and the environment can be demonstrated. Accordingly, the Air Force will include a deed restriction that will restrict the property from being used a residential habitation or by children under six (6) years of age (including child care and recreation facilities) unless and until all LBP hazards are evaluated and, as necessary, abated prior to such use.

As stated earlier, EPA has determined that the release of lead to soils from LBP on structures falls within the CERCLA definition of a hazardous substance release. Based on the review of the available documentation, which does not address potential hazards associated with LBP, EPA agrees that, except for the potential lead contamination, any residual contaminant concentrations found on the 536 FOST Parcel do not require remedial action. However, because hazards associated with LBP have not been fully evaluated, EPA does not believe that there is an adequate basis for the Air Force determination that all remedial action necessary to protect human and the environment with respect to any hazardous substances remaining within the parcel has been taken. If the Air Force chooses to transfer this parcel, and if at some time sampling data establishes that remedial action, including action relating to LBP risks is found to be necessary after the date of property transfer, EPA believes such action is the responsibility of the Department of Defense (DoD).

**AFBCA Response #4:** With regard to the release of lead from lead-based paint on structures due to normal weathering, the current DoD position is that residential property is covered by Title X and that normal weathering does not constitute a CERCLA release. Therefore, we will continue to insert the current FOST LBP language while DoD and EPA continue to work toward a common FOST language for residential and non-residential facilities and a joint LBP policy.

With regard to LBP residential hazards (both that posed by facilities and playgrounds), virtually all residential property is or eventually will be transferred to the Local Reuse Authority (LRA). As part of the Economic Development Conveyance (EDC) between the Air Force and the LRA, the LRA agreed to properly manage/abate all lead-based paint hazards prior to unrestricted occupancy and to comply with all applicable laws and requirements in return of other considerations. The Air Force, for its part, is responsible for disclosing all known

.BP to the LRA. Further, with the exception of two (2) housing units owned by all of the residential property being deeded under this FOST is already under lease .nder the EDC, and the LRA was required, under terms of the lease, to properly .oate LBP per conditions of the lease. Therefore, management and abatement of LBP .operty, both now and after transfer, are the responsibility of the LRA. Additionally, .gard to the playgrounds, there is only one (1) playground area where lead contamination .ds the lead screening level of 400ppm; the only playground area on Poplar Street. .centrations at this location are 760ppm, but this area is currently covered with grass. Per JD guidance, this vegetative cover is an acceptable interim-control measure. However, it is .ir Force policy to place a deed restriction on residential property containing or assumed to contain high levels of LBP that will restrict the property from being used for residential habitation by children under Six (6) years of age (including child care and the recreation facilities) until applicable laws and requirements have been met, and we will do so in this case. We will also note in the FOST/EBSS that the playground soils were sampled, and the data will be provided to the transferee along with all other LBP-related information we possess.

**EPA Comment #5:** The review of this documentation was completed pursuant to section 120(h)(3) for the sole purpose of addressing the requirements of that provision. EPA expressly reserves all rights and authorities relating to information not contained in the documentation, whether such information is known as of this date or is discovered in the future. Unless the issues relating to LBP are resolved, DoD Policy requires the forgoing information be made available to the public with the signed FOST.

**AFBCA Response #5:** As per DoD and Air Force policy, a copy of EPA's (and CDPHE's) comments will be placed at Attachment 3 of this FOST.

# Attachment 4

## Air Force Response to Regulator's Comments

# Air Force Response to CDPHE's Comments

**CDPHE Comment #1:** All building debris from the demolition of these structures that contain lead-based paint must be disposed of in a state permitted solid waste landfill. Additional concerns with the management of materials containing lead-based paint have been identified in EPA's review comments on this report, dated December 10, 1998 (F. Nichols to B. Kroehl). The Division concurs with EPA's concerns with this issue.

**AFBCA Response #1:** When transferred, the lead-based paint (LBP) within these facilities is not considered a waste; it is part and parcel of the facility as a wall covering. It does not become a solid waste until the LBP is either removed or the building demolished, at which point the transferee (not the Air Force) is required to meet all applicable laws and regulations for proper and safe disposal. However, we spoke with the Local Reuse Authority (LRA) on their demolition and disposal policies and confirmed that all building debris is taken to a state-permitted solid waste landfill. Please refer to AFBCA's response in this attachment to EPA's comments on your/EPA's additional LBP concerns.

**CDPHE Comment #2:** Unless additional characterization of potential contamination is provided, the debris from Building 329, a structure known to store numerous types of pesticides, insecticides, and herbicides, should be disposed of in a state-permitted solid waste landfill.

**AFBCA Response #2:** As there are no records of any spills or releases occurring within the facility, nor were there any contaminants found during soil sampling around the facility during the Facility Assessment (FA), we do not plan on performing any additional characterization to this facility. (Which was the FA's recommendation - no further characterization required - in its final report.) However, as noted above, we spoke with the LRA and confirmed that they dispose of all building debris in a state-permitted solid waste landfill, so this facility will be disposed of as you require. We also confirmed that they were aware of CDPHE's specific concerns with this facility.

# FINDING OF SUITABILITY TO TRANSFER (FOST)
# PORTION OF ECONOMIC DEVELOPMENT CONVEYANCE ROD
# FOR THE COAL STORAGE YARD WEST PORTION OF PARCEL L

## 1.0 PURPOSE

1.1 The purpose of this Finding of Suitability to Transfer (FOST) is to document environmentally related findings and the suitability to transfer the proposed deed of real property and any improvements contained in the Coal Storage Yard West portion of Parcel L at Lowry Air Force Base (AFB), Colorado to the Lowry Redevelopment Authority (LRA). The property is described in Section 2 below. The property will be transferred by deed and its anticipated uses include rights of way and residential development.

1.2 This FOST is a result of a thorough analysis of information contained in the following documents:

- Halliburton NUS Corp. (Halliburton). December 1993. Basewide Environmental Baseline Survey (BEBS), Lowry Air Force Base, Colorado.
- ATC Environmental Inc. (ATC). March 1994. Lead Based Paint Inspection. Lowry Air Force Base, Colorado.
- Halliburton NUS Corp. (Halliburton). June 1994. Final Environmental Impact Statement (FEIS), Lowry Air Force Base, Colorado.
- AFBCA. June 1995. Environmental Baseline Survey Supplement for the Economic Development Conveyance Lease, Lowry Air Force Base, Colorado.
- Parsons Engineering Science, Inc. May 1996. Final Installation Restoration Program Facility Assessment Technical Report, Lowry Air Force Base, Colorado.
- Versar, Inc. (Versar) February 1999. Final Mercury Survey Report Phase II Environmental Baseline Survey, Lowry Air Force Base, Colorado.
- Versar, Inc. (Versar) March 1999. Final Phase II Environmental Baseline Survey Investigation Report.
- Radiometric Measurement Reports, October 1996 and December 1998 (Laboratory and Radiation Services Division, Colorado Department of Public Health and Environment).
- Environmental Baseline Survey Supplement, Portion of Economic Development Conveyance ROD of Parcel L, November 1999.
- Versar, Inc. (Versar) August 1999. Draft Work Plan for Phase III Environmental Baseline Survey Investigations, Lowry Air Force Base, Colorado.
- Visual Site Inspection (VSI), April 12, 2000.
- Environmental Baseline Survey Supplement, Portion of Economic Development Conveyance ROD for the Coal Storage Yard West Portion of Parcel L, July 2000.
- Final Coal Storage Yard (West), Record of Decision (ROD), July 2000.

## 2.0 PROPERTY DESCRIPTION

The Transfer Property (see map in Attachment 1) is comprised of approximately 7.5 acres of open land, which includes the site of a former warehouse/storage facility that was demolished in 1999. The southern portion, a 100-ft wide strip, was overlain by a 1997 widening of 6th Avenue.

## 3.0 NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) COMPLIANCE

The environmental impacts of this proposal have been adequately analyzed and disclosed in compliance with NEPA. Based on this analysis, the environmental impacts of proceeding with the transfer of the portion of the Economic Development Conveyance ROD Parcel L are not sufficiently adverse to human health and the environment to outweigh the other advantages to the community and the public interest and prevent the transfer of the property. The findings of the Air Force's environmental analysis are documented in the FEIS, dated June 1994.

## 4.0 ENVIRONMENTAL CONDITION OF THE PROPERTY

The property classifications in Table 4-1 are based on a review of the documents listed in section 1.0 of this FOST. The condition of these three listed areas has changed from that identified in the Basewide EBS (1993). Additional information is provided in the EBSS (April 2000).

Table 4-1

| Description | BEBS Category | EBSS Category | Property Condition Change |
|---|---|---|---|
| North portion CSYW | 5 | 4 | Excavation and relocation of soils to LF-02 complete |
| South portion CSYW | 5 | 3 | Regulators agree that underlying soils pose less than residential risk, and require no institutional controls |
| Facility 595 (demolished 7/99) | 2 | 1 | Hazardous materials storage, but no releases |

## 5.0 DEED RESTRICTIONS AND NOTIFICATIONS

The environmental documents listed in Section 1.2 were evaluated to identify environmental factors or resources that might present a threat to human health or the environment and require either specific restrictions under the Deed or notifications to the Transferee. These factors are listed in Attachment 2 and further discussed in the following sections.

### 5.1 Hazardous Substances Notification

There were no known releases of reportable quantities of hazardous substances on the property. Facility 595, a former warehouse/storage facility which was demolished in 1999, contained a flammable storage locker. There are no storage records available, but due to the small size of the locker, it is unlikely that it stored reportable quantities of hazardous substances, or a total of more than 1000 kilograms. No hazardous substances storage notice need be given due to the lack of available records, and the likelihood that reportable thresholds were not exceeded.

### 5.2 Installation Restoration Program (IRP)

OT-03 (Coal Storage Yard West) is the only IRP site located in the transfer property. This area was used to stockpile coal for the base coal-fired heating plant. An Air Force contract collected and analyzed soil and groundwater samples. No groundwater contamination was detected, and only low grade, non-hazardous soil contamination was encountered. This soil was removed during April-May 2000 to a 12-foot depth in the north portion, and was overlain (capped) in 1997 by an extension of 6th Avenue in the southern 100 ft. The CDPHE also concurred in its 7 April 2000 letter that due to the low risk, the contaminants in place in the capped portion do not require institutional controls. There is no migration potential of contamination off site. The US EPA and CDPHE agree that no further action is required, which is reflected in the Final CSYW ROD, July 2000.

A list of the IRP sites adjacent to the transfer property (within 1/4 mile of the parcel boundaries), and their descriptions, is provided in the EBSS. There are no areas on the property having known releases of hazardous substances above reportable quantities.

Covenants will be included in the Deeds to ensure that any response or corrective action found to be necessary after the date of delivery of the Deeds, that are the responsibility of the Air Force, will be conducted by the United States. Provisions will be included in the Deeds allowing the United States access to the property whenever such response or corrective action is found to be necessary, or where such access is necessary to carry out a response or corrective action on an adjoining property.

### 5.3 Lead-Based Paint (LBP)

Building 595 may have contained LBP before it was demolished in 1999, since it was constructed prior to 1979 when LBP was commonly used throughout the United States, including at military installations. While there has been a prohibition against the sale of LBP for use on residential structures since 1978, there has been no prohibition against the use of LBP on non-residential structures. The Air Force had a policy since 1993 not to use LBP on non-residential buildings. Additionally, the Air Force has managed its properties to ensure that LBP contamination of the soil is not a problem (i.e., pediatric lead blood level testing).

Building 595 was not considered a high-priority facility because its use did not include children under the age of seven. During the VSI, no LBP residuals were observed.

### 5.4 Historic Property

The Air Force has completed all actions required of it by the terms of the Programmatic Agreement with the Colorado State Historic Officer, Advisory Council on Historic Preservation, and by the National Historic Preservation Act. This consisted primarily of recordation of the affected facilities, after which the property could be disposed of as the Air Force saw fit. While no deed restrictions are required, the recipient of the transferred property will be notified that the property may be designated a local landmark and subject to local land use restriction and control.

### 5.5 Threatened and Endangered Species

Threatened or endangered species which may be sighted on or use the transfer property include three mammals, six birds, one fish, one insect, and three plants. FEIS Table 3.4.11 and Section 3.4.5.3 respectively, lists and describes these candidates and known threatened or endangered species. No associated habitat is believed to be located on the transfer property. Notice of the threatened or endangered species will be given in the Deeds.

## 6.0 REGULATOR COORDINATION

The Colorado Department of Public Health and Environment (CDPHE) and the United States Environmental Protection Agency (EPA) Region VIII were notified of the initiation of the FOST and EBSS and were invited to participate in preparing the working draft documents. Consolidated draft final FOST documents were provided to CDPHE and EPA for their formal review and comment in June 2000. CDPHE documented by letter dated June 12, 2000, that they concur with the contents of the draft final FOST document; EPA documented by letter dated June14, 2000, that they had no further comments on the FOST (Attachment 6).

## 7.0 FINDING OF SUITABILITY TO TRANSFER

The deed proposal has been adequately assessed and evaluated for (a) environmental hazards, (b) environmental impacts anticipated from future use of the property, and (c) adequate notice of disclosure resources. The future use of this property does not present a current or future risk to human health or the environment, subject to inclusion and compliance with the appropriate deed covenants as addressed above. The property, therefore, is suitable for transfer.

August 2, 2000
Date

ALBERT F. LOWAS, JR.
Director

Attachments:
1. Property Map
2. Environmental Factors Considered
3. Environmental Baseline Survey Supplement
4. Regulators' Comments
5. Air Force Response to Regulators' Comments
6. Regulator Concurrence

Attachment 1

Property Map

---

Lowry AFB, Colorado


REVISED3
In-process Revised Map
April 11, 1999
Existing Buildings (1999)
Demolished
Existing
Site Features
Proposed Transfer Areas
LRA Proposed Roads
IRP Sites
Proposed Transfer Areas
for BCT Review
OU 6 ZRG
OU 5 ZRG
CSW
Approximately 12 acres

# Attachment 2

## Environmental Factors Considered

| Deed Restriction or Notification Required? | | Environmental Factors Considered |
|---|---|---|
| No | Yes | |
| | | Environmental Restoration, Hazardous Substances, Petroleum |
| X | | Hazardous Substances (Notification) |
| | X | Installation Restoration Program (IRP) |
| X | | Petroleum Products and Derivatives |
| X | | Oil/Water Separators (OWSs) |
| X | | Unexploded Ordnance |
| X | | Radioactive & Mixed Wastes |
| X | | Storage Tanks (USTs/ASTs) |
| | | Disclosure Factors/Resources: |
| X | | Asbestos |
| X | | Drinking Water Quality |
| X | | Indoor Air Quality |
| X | | Lead-Based Paint (Housing) |
| | X | Lead-Based Paint (Facilities other than Housing) |
| X | | PCBs |
| X | | Radon |
| | | Other Factors |
| X | | Air Conformity/Air Permits |
| X | | Energy (Utilities) |
| X | | Flood plains |
| | X | Historic Property (Archeological, Native American, Paleontological) |
| X | | Outdoor Air Quality |
| X | | Prime/Unique Farmlands: |
| X | | Sanitary Sewer Systems (Wastewater) |
| X | | Sensitive Habitat |
| X | | Septic Tanks (Wastewater) |
| X | | Solid Waste |
| | X | Threatened and Endangered Species |
| X | | Transportation |
| X | | Wetlands |

Note: Each item identified with an "X" in the "Yes" column is discussed in Section 5

# Attachment 3

# Environmental Baseline Survey Supplement

DRAFT FINAL
ENVIRONMENTAL BASELINE SURVEY SUPPLEMENT
PORTION OF ECONOMIC DEVELOPMENT CONVEYANCE ROD
FOR THE COAL STORAGE YARD WEST PORTION OF PARCEL L

## 1.0. EXECUTIVE SUMMARY

This Environmental Baseline Survey Supplement (EBSS) has been prepared to document the environmental condition of real property at Lowry Air Force Base (AFB), Colorado, resulting from the storage, use, release, and disposal of hazardous substances and petroleum products and their derivatives throughout the base history and other environmental issues of concern. Either a complete and current Final Basewide Environmental Baseline Survey (FBEBS) or a FBEBS augmented by an EBSS is required by Department of Defense (DOD) policy before any property can be sold, leased, transferred, permitted, licensed or otherwise acquired.

As a management tool, the 1994 Disposal and Reuse Record of Decision (ROD) for Lowry AFB, amended in the supplemental ROD dated June 28, 1995, assigned alphabetical designations for parcels on the entire base. This EBSS was prepared for the Economic Development Conveyance (EDC) ROD of portions of Parcels L, to include the Coal Storage Yard West (CSYW), known in this document as the "Transfer Property." A map of the Transfer Property is included at Attachment 2.

The data used to prepare this EBSS were obtained through a records search, ad hoc interviews, and visual site inspections (VSIs) conducted between November 1994 and April 2000 by ~~the Air Force Base Conversion Agency (AFBCA)~~. These VSIs were performed subsequent to the completion of the FBEBS in December 1993, and again in April 12, 2000.

The FBEBS, which included analysis of available data, classified property at Lowry AFB into one of the following seven DOD Environmental Condition Categories:

- Category 1 - Areas where no storage, release, or disposal of hazardous substances or petroleum products has occurred (including no migration of these substances from adjacent areas)
- Category 2 - Areas where only storage of hazardous substances or petroleum products has occurred (but no release, disposal, or migration from adjacent areas has occurred)
- Category 3 - Areas where storage, release, disposal, and/or migration of hazardous substances or petroleum products has occurred, but at concentrations that do not require a removal or remedial action
- Category 4 - Areas where storage, release, disposal, and/or migration of hazardous substances or petroleum products has occurred, and all remedial actions necessary to protect human health and the environment have been taken
- Category 5 - Areas where storage, release, disposal, and/or migration of hazardous substances or petroleum products has occurred, removal and/or remedial actions are under way, but all required remedial actions have not yet been taken

- Category 6 - Areas where storage, release, disposal, and/or migration of hazardous substances or petroleum products has occurred, but required response actions have not yet been implemented
- Category 7 - Areas that are unevaluated or require additional evaluation

Property in DOD Environmental Condition Categories 1 through 4 is eligible for transfer/assignment. Property in DOD Environmental Condition Categories 5 through 7 is generally not considered suitable for transfer/assignment until all necessary environmental restoration actions have been taken and the property has been reclassified by the Base Realignment and Closure (BRAC) Cleanup Team (BCT) into one of the first four DOD Environmental Condition Categories.

In response to the FBEBS categorizations of Lowry AFB buildings and facilities, both the US Environmental Protection Agency (EPA) and the Colorado Department of Public Health and Environment (CDPHE) stated in March 1994 letters that they were unable to concur at that time with those categorizations. Each agency listed their reasons for non-concurrence. Note that non-concurrence by CDPHE and EPA on DOD Environmental Condition Categories under CERFA does not prevent the Air Force from transferring property.

After publication of the FBEBS, Section 120(h)(4)(A) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) was revised to clarify the meaning of uncontaminated property for purposes of transfer by the United States. The statement "stored for one year or more" was deleted from the definition of uncontaminated property. At that time, the DOD decided to remove the term "petroleum products" from Categories 2-6. The modified DOD Environmental Condition Categories that apply to this property are:

Category 1 - Areas where no release or disposal of hazardous substances or petroleum products has occurred (including no migration of these substances from adjacent areas)

Category 2 - Areas where only release or disposal of petroleum products has occurred

Category 3 - Areas where release, disposal, and/or migration of hazardous substances has occurred, but at concentrations that do not require a removal or remedial response

Category 4 - Areas where release, disposal, and/or migration of hazardous substances has occurred, and all removal or remedial actions to protect human health and the environment have been taken.

The following table summarizes the EBSS Property buildings and facilities by their current DOD Environmental Condition Categories:

| DoD Environmental | Transfer Property Building and Facility Numbers |
|---|---|

| Condition Category | |
|---|---|
| Category 4 | North portion CSYW |
| Category 3 | South portion CSYW |
| Category 1 | Facility 595 |

Note: No buildings or facilities were categorized as DOD Environmental Condition Categories 5, 6, or 7 in this EBSS.

The DOD Environmental Condition Categories (DOD ECCs) were changed from the original CERFA determination as shown below. The Facility Matrix at Attachment 3 lists individual buildings and current DOD Environmental Condition Category.

The excavation remediation at the north portion was completed May 2000, so is now DOD ECC 4 vs the orginal designation of DOD ECC 5. Contaminants in the southern portion were determined to be below residential risk levels, so DOD ECC is 3, vs the original DOD ECC designation of 5. No releases were detected at the site of former Facility 595, although it was expected to have stored hazardous materials below reportable thresholds in a small flammables locker, so is now designated DOD ECC 1, vs the original designation of 2.

2.0. INTRODUCTION

2.1. Purpose of Survey

This EBSS updates information on the environmental condition of the CSYW portion of the Economic Development Conveyance ROD of Parcel L (the Transfer Property) at Lowry AFB, CO subsequent to the FBEBS and the EDC Lease EBSS. The FBEBS documents the physical condition of the property through December 1993. The Air Force will use the information within this document in making decisions concerning proposed deed transfers of this property.

2.2. Parcel Boundaries and Scope of Survey

In general terms, the Transfer Property lies in the west-central part of the base within Parcel L, as show on the map at Attachment 2. It is comprised of approximately 7.53 ~~7.0~~ acres of open land, which includes the site of a former warehouse/storage facility that was demolished in 1999. The southern portion, or a 100 ft. strip, was overlain by a 1997 widening of 6th Avenue.

2.3. Site History and Current Use

The site history for Lowry AFB is provided in the Final Basewide Environmental Baseline Survey. The use of the subject property prior to base closure was that of warehouse/storage at Facility 595, and open space elsewhere. A portion of 6th Avenue has been extended over the southern 100 ft portion of the CSYW.

2.4. Environmental Settings

The environmental setting of the base affecting this and adjacent property is unchanged from the FBEBS.

## 3.0. SURVEY METHODOLOGY

### 3.1. General

Data was collected and examined for evidence of any hazardous substances, hazardous wastes; petroleum wastes; Installation Restoration Program (IRP) CERCLA-related contamination; aboveground storage tanks (ASTs); underground storage tanks (USTs); other tanks; sludge pits; oil/ water separators (O/WSs), septic tanks; hydrant, fueling, and piping systems; sanitary sewer systems; silver recovery systems, pesticides and herbicides; ordnance; medical/biohazards, radioactive and mixed wastes; mercury, asbestos-containing material (ACM); lead-based paint (LBP); polychlorinated biphenyls (PCBs); radon; drinking water, indoor air, and outdoor air quality; transportation; wastewater; energy; solid waste; threatened and endangered species; sensitive habitat; air conformity/ air permits; wetlands; floodplains; historic properties; archeological, prehistoric, and Native American sites; paleontological sites; prime and unique farmlands; and Occupational Safety and Health (OSHA) factors. The record search focused on files and records maintained by the Air Force Base Conversion Agency (AFBCA).

### 3.2 List of Sources Reviewed

Documents reviewed during the records search included existing and completed environmental and Bioenvironmental Engineering surveys and inspection reports; Lowry AFB BRAC Cleanup Plan (BCP); IRP reports; applicable regulatory agency reports; current and/ or discontinued permits; and real property records. Current and historic aerial photographs of the base were reviewed as part of the FBEBS and during the Phase II Environmental Baseline Survey Investigations (Phase II EBS). The following documents were also reviewed:

- Halliburton NUS Corp. (Halliburton). December 1993. Basewide Environmental Baseline Survey (BEBS), Lowry Air Force Base, Colorado.
- ATC Environmental Inc. (ATC). March 1994. Lead Based Paint Inspection, Lowry Air Force Base, Colorado.
- Halliburton NUS Corp. (Halliburton). June 1994. Final Environmental Impact Statement (FEIS), Lowry Air Force Base, Colorado.
- AFBCA. June 1995. Environmental Baseline Survey Supplement for the Economic Development Conveyance Lease, Lowry Air Force Base, Colorado.
- Parsons Engineering Science, Inc. May 1996. Final Installation Restoration Program Facility Assessment Technical Report (FEIS), Lowry Air Force Base, Colorado.
- Versar, Inc. (Versar) Feb 1999. Final Mercury Survey Report Phase II Environmental Baseline Survey, Lowry Air Force Base, Colorado.
- Versar, Inc. (Versar) March 1999. Final Phase II Environmental Baseline Survey Investigation Report, Lowry Air Force Base Colorado.

- Versar, Inc. (Versar) August 1999. Draft Work Plan for Phase III Environmental Baseline Survey Investigations, Lowry Air Force Base, Colorado.
- April 12, 2000 Visual Site Inspection (VSI).
- Final Coal Storage Yard (West) ROD, June 2000.

### 3.3. Inspection of the Property

A Visual Site Inspection (VSI) for this property was conducted on April 12, 2000. This VSI supplements the information contained in the FBEBS VSI and the EDC Lease EBSS. During the VSI, the environmental condition of the property was determined. No stained areas, distressed vegetation, or other environmental factors were identified.

The scope of each VSI includes, but is not limited to, identifying stained areas, stressed vegetation, equipment leaks, unnatural odors, damaged or deteriorated suspected asbestos-containing materials, peeling paint that may be lead-based, and other environmental factors, including areas of recent demolition, to determine conditions that might pose an unacceptable risk to human health or the environment.

## 4.0. FINDINGS

### 4.1. Hazardous Substances and Petroleum Products

No reportable quantities of hazardous materials are known to have been stored or released on the property.

### 4.2. Installation Restoration Program (IRP) Contamination

A map showing the locations of known IRP sites existing in or adjacent to the transfer property is provided at Attachment 1 and discussed below:

4.2.1. OT-03 (Coal Storage Yard-West) is the only IRP site located in the transfer property. This area was used to stockpile coal for the base coal-fired heating plant. An Air Force contract collected and analyzed soil and groundwater samples. No groundwater contamination was detected, and only low grade, non-hazardous soil contamination was encountered. This soil was removed May 2000 to a 12 foot depth in the north portion, and was overlain (capped) in 1997 by an extension of 6th Avenue in the southern 100 ft. The CDPHE also concurred in its April 7th, 2000 letter that due to the low risk, the contaminants in place in the capped portion do not require institutional controls. There is no migration potential of contamination off site. The US EPA and CDPHE agree that no further action or institutional controls are required, which is reflected in the final CSYW ROD, June 2000.

4.2.2. Adjacent IRP Sites

Several IRP Sites are located within one-quarter mile from the transfer property:

4.2.2.1. ST-07 : ST-07 consists of the Former Jet Fuel Storage Yard and the Petroleum, Oil, and Lubricant (POL) Yard. The Former Jet Fuel Storage Yard was the site of numerous small spills of jet fuel during the 1950's and 1960's. A second-level site assessment was conducted, and the State of Colorado has concurred in its April 10, 2000 letter that no further action is required at the Former Jet Fuel Storage Yard. Thirteen USTs, one AST, and a petroleum transfer station were removed from the POL yard. Numerous environmental investigations followed, and a bioventing system was installed in 1995 to remediate petroleum-contaminated soil. A XXXX 2000 State of Colorado letter approves of no further action for the POL yard.

4.2.2.2. ST-08: ST-08 consists of USTs A, B and C located near Building 369. USTs A and B were presumed abandoned in the mid 1960's and could not be located by the Air Force in 1990. Tank C's closure-in-place was approved by a September 29, 1994, CDPHE letter. The CDPHE also concurred in its April 10, 2000 letter that no further action is required at USTs A and B.

4.2.2.3. OT-17 (Groundwater Zone, OU-5): A zone of potential groundwater contamination lies within 0.25 miles of the area to be transferred. The source area for the contamination is under investigation. The property boundaries for this transfer were chosen to avoid overlap with the OU-5 study.

Based upon the results of ongoing Air Force investigation, there has not been, nor is there expected to be, any impact on the transfer property by these IRP sites.

**4.3. Hazardous Waste Accumulation Points**

There were no hazardous waste accumulation points operated on the property.

**4.4. Storage Tanks**

There are no aboveground and or underground storage tanks associated with the subject properties of this EBSS.

**4.5. Oil/Water Separators, Grease Traps, Grease Dumpsters and Sumps**

None associated with this property.

**4.6. Asbestos**

No asbestos is associated with this property.

**4.7. Polychlorinated Biphenyls (PCBs)**

No PCBs are associated with this property.

**4.8. Ordnance**

There was no ordinance use or stored with the Transfer Property.

4.9. Radioactive Wastes

Radioactive material or wastes were not used or stored within the facilities of the Transfer property.

**4.10. Radon**

The Air Force conducted a one (1)-year radon survey of facilities at Lowry AFB and provided a report in September 1992. There were no facilities within the Transfer Property associated with radon.

**4.11. Lead-Based Paint (LBP)**

LBP may have been associated with building 595 before it was demolished in 1999 since it was constructed before 1978 (1942). VSI revealed no evidence of LBP residue.

4.12. Threatened and Endangered Species

A number of Federal threatened and endangered species are known to be present in the vicinity of the base. The threatened, endangered, or species of concern which may be present at Lowry AFB include three (3) mammals, six (6) birds, one (1) fish, one (1) insect, and three (3) plants (Table 3.4-11, FEIS). One of the birds that was observed at different locations on the base, the loggerhead shrike, prefers semi-open country and uses wires and scrub for lookout posts. The loggerhead shrike is a federal candidate (Category 2) species (Halliburton NUS Environmental Corporation, 1992). These species could be found on the transfer property.

4.13. Cultural Resources

In a 1992 opinion, the Colorado State Historic Preservation Officer (SHPO) designated two historic districts at the base as potentially eligible for inclusion in the National Register of Historic Places. All of the buildings within the Transfer Property were located within Historic District #1. No deed restrictions are required, although state and local officials may designate the location as a local landmark.

A Programmatic Agreement (PA) regarding disposition of these historic buildings was executed in October 1995 by the Colorado State Historic Officer, Advisory Council on Historic Preservation and the Air Force. The Air Force has completed all actions required of it by the terms of the PA (to include compliance with sections 106 and 110 of the National Historic Preservation Act). This consisted primarily of recordation of the affected facilities, after which the Air Force was free to dispose of the facilities.

4.14 Wetlands

Portions of the base are designated as Wetlands (Figure 3.4-5, FEIS). With regard to this property transfer, there are no Wetlands located within the Transfer Property.

5.0. CONCLUSION

The buildings within the Transfer Property are in non-residential areas (e.g., industrial,

administrative, classroom, etc.). The environmental condition of the transfer property is not expected to be impacted by adjacent (within ¼ mile) properties.

There are no known, "remaining" environmental issues or concerns that could negatively impact human health or the environment within this property.

## 6.0. CERTIFICATION

I certify that the property conditions stated in this report are based on a thorough review of available records, visual/physical inspections, sampling and analysis as noted and are true and correct, to the best of my knowledge and belief.

MARK E. SPANGLER
BRAC Environmental Coordinator
AFBCA/DD-Lowry

7 July 2000
Date

Attachments:
1. IRP Site Map
2. Property Map
3. Facilities Matrix