# EXHIBIT 5
# (Part 3)


In-process Revised Map
April 11, 1999
Existing Buildings (1999)
Demolished
Existing
Site Features
LRA Proposed Roads
IRP Sites
Proposed Transfer Areas
for BCT Review
OU5
Attachment 1


REVISED3
In-process Revised Map
April 11, 1999
Existing Buildings (1999)
Demolished
Existing
Site Features
Proposed Transfer Areas
LRA Proposed Roads
IRP Sites
Proposed Transfer Areas
for RCI Review
OU 5 LZRG
OU 5 LZRG
CSSA
Approximately 7 1/2 acres
Attachment 2

# ATTACHMENT 3

## Facilities Matrix

| Facility No. | Facility Description | Year Const. | Existing | Category[6] Original/ Current | ID[1] | Status | Type of Inspection | Hazardous Substances, Petroleum Products, & IRP[1] | Tanks, Separators, Sumps | | | ACM[3] | LBP[4] | Other[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Type[2] | Contents | Capacity (gal) | | | |
| 595 | Warehouse/Storage | 1942 | No | 2/1 | P | Removed | Visual | | | | | | P | |
| | | | | | | | | | | | | | | |

# Facility Matrix
## Footnotes

Footnotes

1. HM = hazardous materials
HW = hazardous wastes
PP = petroleum products
PW = petroleum wastes
IRP = installation restoration program (Site no.)
-R = removed

2. UST = underground storage tank
AST = aboveground storage tank
OWS = oil/water separator
S = sump
ST = septic tank
SF = septic field
GT = grease trap
SA = sand trap
SP = sludge pit
GD = grease dumpster
NR = no record
-NR = no record of status
-R = removed
-AD = abandoned
-I = inactive

3. ACM = asbestos-containing material
NF = nonfriable
F = friable
U = friable/nonfriable unspecified
-R = removed
-PR = partially removed

4. LBP = lead
P = paint (possible)
S = lead in soil

5. M = medical/biohazardous wastes
O = ordnance
P = pesticides
PCB = polychlorinated biphenyls
PH = photochemical materials/wastes
RAD = radioactive materials/wastes
Rn = radon
SW = solid waste
WW = wastewater
-R = removed

6. 1 = Areas where no release or disposal of hazardous substances or petroleum products has occurred (including no migration of these substances from adjacent areas)
2 = Areas where only release or disposal of petroleum products has occurred
3 = Areas where release, disposal, and/or migration of hazardous substances has occurred, but at concentrations that do not require a removal or remedial response
4 = Areas where release, disposal, and/or migration of hazardous substances has occurred, and all removal of remedial actions to protect human health and the environment have been taken
5 = Areas where release, disposal, and /or migration of hazardous substances has occurred, and removal or remedial actions are underway, but all required remedial actions have not yet been taken
6 = Areas where release, disposal and/or migration of hazardous substances has occurred, but required actions have not yet been implemented
7 = Areas that are not evaluated or require additional evaluation

7. Base reuse disposal parcel identification.
NR - no record of exact location.

8. Facility listed in asbestos summary (Lowry AFB, 1992a) but not on *Real Property Inventory List* (Lowry AFB, 1992c).

# Attachment 4

# Regulators' Comments

# STATE OF COLORADO

Bill Owens, Governor
Jane E. Norton, Executive Director
*Dedicated to protecting and improving the health and environment of the people of Colorado*
HAZARDOUS MATERIALS AND WASTE MANAGEMENT DIVISION
http://www.cdphe.state.co.us/hm/

4300 Cherry Creek Dr. S.
Denver, Colorado 80246-1530
Phone (303) 692-3300
Fax (303) 759-5355

222 S. 6th Street, Room 232
Grand Junction, Colorado 81501-2768
Phone (970) 248-7164
Fax (970) 248-7198

Colorado Department of Public Health and Environment

May 19, 2000

Mr. Mark Spangler
AFCEE-ERB / Operating Location at Lowry AFB, CO
P.O. Box 200788
Denver, Colorado 80220-0788

Re: Draft Environmental Baseline Survey Supplement (EBSS) and the Draft Final Finding of Suitability for Transfer (FOST) for Economic Development Conveyance RODs:
1. Priority 23 Portion of Parcel P
2. Coal Storage Yard West Portion of Parcel L

Dear Mr. Spangler:

The Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division (the Division) has reviewed the above mentioned reports submitted on April 27, 2000 and we have the following comments:

**Priority 23 Portion of Parcel P**

1. Under Section 3.3 (Inspection of the Property) on page 5 the scope of the visual site inspection (VSI) is described, but this section does not document the results of the VSI for this property. If no stained areas or other environmental factors were identified during the VSI, this should be mentioned here.

2. Under Section 4.2.2.1 the document states that "No groundwater contamination has been detected associated with this landfill (LF-02)". This section should state that no groundwater contamination has been detected "on the transfer property" from the landfill or any other source. Some isolated areas of groundwater contamination have been found on LF-02.

**Coal Storage Yard West Portion of Parcel L**

1. Under Section 3.3 (Inspection of the Property) on page 5 the scope of the visual site inspection (VSI) is described, but this section does not document the results of the VSI for this property. If no stained areas or other environmental factors were identified during the VSI, this should be mentioned here.

The Finding of Suitability to Transfer process requires buildings and parcels that are going to be transferred

be remediated prior to transfer, or that the deeds transferring such buildings or parcels contain covenants



warranting that all remedial action found to be necessary after the date of such transfer will be conducted by the United States. In addition, the transferee should be made aware that the Comprehensive Environmental Response Compensation and Liability Act (CERCLA), section 120 (h) may impose additional restrictions and requirements on the deed of transfer. Therefore, the transferee should review the actual transfer documents to determine the additional restrictions and requirements on its use of the transferred premises.

The CDPHE is committed to ensuring that the Base Realignment and Closure at Lowry Air Force Base proceeds efficiently. Participation by CDPHE in the FOST process is intended to ensure that the property transfer activities at Lowry Air Force Base are protective of human health and the environment. We are supportive of transfer activities whenever it can be assured that contamination associated with these properties has been remediated in a manner which is protective of all users of these facilities. Our comments are intended to fulfill the assurance of the continued protection of public health and the environment.

If you have any questions, please call me at (303) 692-3332.

Sincerely,

Sheila Gaston
Environmental Protection Specialist
Remediation and Restoration Unit
Federal Facilities Program
Hazardous Materials and Waste Management Division

cc: Jeff Edson, CDPHE-HMWMD
Monica Sheets, AGO
Floyd Nichols, EPA-Region 8
John Student, Denver Department of Environmental Health
Deanna Kaskie, LRA
Michael Galvin, Versar
File - LAFB, RD013-1

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO 80202-2466
http://www.epa.gov/region08

May 16, 2000

Mark Spangler
BRAC Environmental Coordinator
AFBCA/DD Lowry
P. O. Box 200788
Denver, CO 80220-0788

Dear Mr. Spangler:

On April 27, 2000, I received for review and comment the draft *Environmental Baseline Survey Supplement (EBSS)* and the *Finding of Suitability to Transfer (FOST) Portion of Economic Development Conveyance (EDC) ROD for the Coal Storage Yard West Portion of Parcel L* (the 'CSYW FOST'). The CSYW FOST parcel, a 7 ½ acre area on the northeast corner of the 6th Avenue - Rosemary Street intersection, is destined for subdivision into several ingle family home lots.

On my copy of the draft documents, the CSYW FOST Parcel footprint and placement description varies from text to Attachment. Where the text mostly discusses contamination under and/or within the 3-acre coal storage pile footprint area, the related maps define a much-larger, 7-acre area as the FOST Parcel. I recommend reconciling the EBSS and FOST text and the referenced maps.

I have no further comment on the CSYW FOST. If you have any questions, please call me at 303.312.6983.

Sincerely,

Floyd D. Nichols
BRAC Project Manager, LAFB BCT

cc (by e-mail):
Sheila Gaston, CDPHE

Printed on Recycled Paper

# Attachment 5

## Air Force Responses to Regulators' Comments

CDPHE comment: Under Section 3.3 (Inspection of the Property) on page 5 the scope of the visual site inspection (VSI) is described, but this section does not document the results of the VSI for this property. If no stained areas or other environmental factors were identified during the VSI, this should be mentioned here.

Air Force response: The following sentence was added to EBSS Section 3.3: "No stained areas, distressed vegetation, or other environmental factors were identified."

US EPA comment: On my copy of the draft documents, the CSYW FOST Parcel footprint and placement description varies from text to Attachment. Where the text mostly discusses contamination under and/or within the 3-acre coal storage pile footprint area, the related maps define a much-larger, 7-acre area as the FOST Parcel. I recommend reconciling the EBSS and FOST text and the referenced maps.

Air Force response: The size of the Transfer Parcel was changed from 3.0 acres to 7.5 acres in the first sentence of section 2.0 of the FOST and in the second sentence of section 2.2 of the EBSS. To clarify, the 3-acre CSYW IRP site lies entirely within the 7.5-acre Transfer Parcel.

# Attachment 6

# Regulators' Concurrence

# STATE OF COLORADO

Bill Owens, Governor
Jane E. Norton, Executive Director
*Dedicated to protecting and improving the health and environment of the people of Colorado*
HAZARDOUS MATERIALS AND WASTE MANAGEMENT DIVISION
http://www.cdphe.state.co.us/hm/

4300 Cherry Creek Dr. S.
Denver, Colorado 80246-1530
Phone (303) 692-3300
Fax (303) 759-5355

222 S. 6th Street, Room 232
Grand Junction, Colorado 81501-2768
Phone (970) 248-7164
Fax (970) 248-7198

Colorado Department of Public Health and Environment

June 12, 2000

Mr. Mark Spangler
AFCEE-ERB / Operating Location at Lowry AFB, CO
P.O. Box 200788
Denver, Colorado 80220-0788

Re: Draft Final Environmental Baseline Survey Supplement (EBSS) and the Final Finding of Suitability for Transfer (FOST) for the Coal Storage Yard West portion of Parcel L

Dear Mr. Spangler:

The Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division (the Division) has completed it's review of the resubmitted above mentioned document. The Air Force has assured the Division that through visual inspections and/or environmental sampling the properties identified in this transfer do not contain hazardous wastes or hazardous substances that pose an unacceptable risk to human health and the environment. At this time the Division has no independent data or knowledge to verify or refute this assurance. Therefore, the Division concurs with the contents of the report and we have determined that our previous comments have been addressed.

The Finding of Suitability to Transfer process requires buildings and parcels that are going to be transferred be remediated prior to transfer, or that the deeds transferring such buildings or parcels contain covenants warranting that all remedial action found to be necessary after the date of such transfer will be conducted by the United States. In addition, the transferee should be made aware that the Comprehensive Environmental Response Compensation and Liability Act (CERCLA), section 120 (h) may impose additional restrictions and requirements on the deed of transfer. Therefore, the transferee should review the actual transfer documents to determine the additional restrictions and requirements on its use of the transferred premises.

The CDPHE is committed to ensuring that the Base Realignment and Closure at Lowry Air Force Base proceeds efficiently. Participation by CDPHE in the FOST process is intended to ensure that the property transfer activities at Lowry Air Force Base are protective of human health and the environment. We are supportive of transfer activities whenever it can be assured that contamination associated with these properties has been remediated in a manner which is protective of all users of these facilities. Our comments are intended to fulfill the assurance of the continued protection of public health and the environment.

If you have any questions, please call me at (303) 692-3332.

Sincerely,

Sheila Gaston

Sheila Gaston
Environmental Protection Specialist
Remediation and Restoration Unit
Federal Facilities Program
Hazardous Materials and Waste Management Division

cc: Jeff Edson, CDPHE-HMWMD
Monica Sheets, AGO
Floyd Nichols, EPA-Region 8
John Student, Denver Department of Environmental Health
Deanna Kaskie, LRA
Michael Galvin, Versar
File - LAFB, RD013-1

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO 80202-2466
http://www.epa.gov/region08

June 14, 2000

Mark Spangler
BRAC Environmental Coordinator
AFBCA/DD Lowry
P. O. Box 200788
Denver, CO 80220-0788

Dear Mr. Spangler:

On April 27, 2000, I received for review and comment the draft *Environmental Baseline Survey Supplement (EBSS)* and the *Finding of Suitability to Transfer (FOST) Portion of Economic Development Conveyance (EDC) ROD for the Coal Storage Yard West Portion of Parcel L* (the 'CSYW FOST'). The CSYW FOST parcel, a 7 ½ acre area on the northeast corner of the 6th Avenue - Rosemary Street intersection, is destined for subdivision into several single family home lots.

EPA comments on the draft CSYW FOST were returned to you on May 16, 2000. By letter of June 9, 2000, you transmitted to me a copy of the Final CSYW FOST which included my suggested corrections to the earlier draft. Accordingly, I have no further comment on the CSYW FOST.

If you have any questions, please call me at 303.312.6983.

Sincerely,

Floyd D. Nichols
BRAC Project Manager, LAFB BCT

cc (by e-mail):
Sheila Gaston, CDPHE



Printed on Recycled Paper

# STATE OF COLORADO

Bill Owens, Governor
Jane E. Norton, Executive Director
*Dedicated to protecting and improving the health and environment of the people of Colorado*

4300 Cherry Creek Dr. S.
Denver, Colorado 80246-1530
Phone (303) 692-2000
TDD Line (303) 691-7700
Located in Glendale, Colorado

Laboratory and Radiation Services Division
8100 Lowry Blvd.
Denver CO 80230-6928
(303) 692-3090

*http://www.cdphe.state.co.us*

Colorado Department of Public Health and Environment

June 14, 2000

Mr. Albert F. Lowas, Jr., Director
Air Force Base Conversion Agency
1700 N. Moore St., Suite 2300
Arlington, VA 22209

Re: Letter of Concurrence in the Revised Draft Final Coal Storage Yard West, Record of Decision (ROD), Lowry Air Force Base, Denver, CO

Dear Mr. Lowas:

The Colorado Department of Public Health and Environment (the Department), has reviewed the above mentioned document and concurs with the chosen remedial action.

As you may recall, the Department previously sent a ROD concurrence letter, dated March 10, 2000, regarding cleanup of the Coal Storage Yard West (CSYW) property. However, in order to address additional comments on the South Parcel of the CSYW, the Air Force revised the ROD and removed the institutional control requirement for this portion of the property. In a letter dated April 11, 2000, the Department agreed that, "due to the low level of the PAHs measured in the soil, the relatively immobile nature of the contaminants, the shallow depth of the detections and the asphalt road that has been placed over these soils, the (Hazardous Materials and Waste Management) Division does not believe that any restrictions or institutional controls need to be placed on the disturbance or the reuse of these soils in the future."

If you have any technical questions, please call Sheila Gaston of the Hazardous Materials and Waste Management Division, at (303) 692-3332.

Sincerely,

Douglas Benevento,
Director, Office of Environmental Programs
Colorado Department of Public Health
and Environment

RECEIVED
JUN 19 2000
BY:

cc: Mark Spangler, AFCEE-ERB/Operating Location at Lowry AFB, CO
Joan Sowinski, CDPHE-HMWMD
Jeff Edson, CDPHE-HMWMD
Monica Sheets, AGO
Floyd Nichols, EPA-Region 8
John Student, Denver Department of Environmental Health
Deanna Kaskie, LRA
Michael Galvin, Versar
File - LAFB, RD013-1

PRIOR, TY 19

# FINDING OF SUITABILITY TO TRANSFER (FOST)
## Northwest Neighborhood Portion of ROD Parcels L and PP
## Lowry Air Force Base - Denver, Colorado

## 1. PURPOSE

The purpose of this Finding of Suitability to Transfer (FOST) is to document environmentally-related findings and the suitability to transfer for the proposed deed of real property at Lowry Air Force Base (AFB), Colorado, to the Lowry Redevelopment Authority. The Property is described in Section 2 below. The Property will be transferred by deed for unrestricted use. The anticipated use of the Property is community services and residential[1].

This FOST is a result of a thorough analysis of information contained in the following documents: (1) the Final Environmental Impact Statement (FEIS) Record of Decision (ROD) dated August 1, 1994; (2) the Environmental Baseline Survey (EBS) for Lowry AFB dated December 1993; (3) the Environmental Baseline Survey Supplement (EBSS) dated June 27, 1995; (4) the Supplemental EBS (SEBS) (February 2002); and (5) the Visual Site Inspection (VSI) conducted in November 2001.

## 2. PROPERTY DESCRIPTION

The Property is shown on the map (Attachment 1(a)) and is approximately 19 acres. The Property is a portion of ROD Parcel L and PP and is vacant. Building 630, a former convenience store built in 1975, was on the Property and was demolished.

## 3. NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) COMPLIANCE

The environmental impacts of this proposal have been adequately analyzed and disclosed in compliance with NEPA. These impacts are analyzed in the FEIS. The major environmental impacts identified are insignificant when applicable regulations are followed.

## 4. ENVIRONMENTAL CONDITION OF THE PROPERTY

Based on a review of the VSI, the EBSS, and the SEBS, the Property is considered Department of Defense Environmental Condition Category 3 - "Areas where release, disposal, or migration of hazardous substances has occurred, but at concentrations that do not require a removal or remedial action". The Property is considered Category 3 since ground water information indicates that some ground-water contamination exists under the Property (from migration of contamination outside of the Property), though it is below levels that require remediation. The EBS labels the Property as

[1] The Property is now unoccupied and is planned for development into offices, retail establishments, restaurants, public service facilities, and single-family residential homes.

Category 1[2]. The condition of the Property has changed from that identified in the EBS (1993). Information from the Remedial Investigation/Feasibility Study initiated in 1995 indicates that some volatile organic compound contamination of ground water exists beneath the Property[3].

## 5. DEED RESTRICTIONS AND NOTIFICATIONS

The environmental documents listed in Section 1 were evaluated to identify environmental factors (Attachment 2) which may warrant constraints on certain activities in order to minimize substantially or eliminate any threat to human health or the environment. Such constraints typically are embodied as permanent restrictions in the transfer document or as specific notification to the Transferee. The factors that require either transfer document restrictions or specific notifications are identified in Attachment 2 and are discussed below. Please reference the EBS, EBSS, SEBS, and applicable VSIs for specific information on each resource category.

The Air Force has determined that the remaining factors listed in Attachment 2 pose no threat to human health or the environment and, therefore, require neither deed restrictions nor notifications to the Transferee.

### 5.1 Hazardous Substances Notification

A hazardous substance notification need not be given because no hazardous substances in quantities exceeding 1,000 kilograms or the hazardous substance's reportable quantity found at 40 CFR Part 302.4 (whichever is greater) were stored for one (1) year or more, or were known to have been released, treated, or disposed of on the Property. In addition, no evidence of release of any hazardous substances to the environment was identified during the VSIs.

There were, however, hazardous substances releases to the ground water at adjacent property and a notice of hazardous substances release is provided in Attachment 3. Hazardous substance contamination of the Property is below levels of regulatory concern for unrestricted use (see SEBS). A hazardous substance notice will be given in the transfer documents of the type and quantity of hazardous substances released.

### 5.2 Installation Restoration Program (IRP)

There are no IRP sites on the Property. The IRP Site OT-17, Operable Unit 5 Basewide Ground Water, is located near the Property. The SEBS includes a description of this site. Attachment 1 and the SEBS include a map that shows the IRP site and the Property[4]. A groundwater extraction well[5]

---

[2] The EBS labels the Property as Category 1 according to the pre-1996 definition: "Areas where no storage, release, or disposal of hazardous substances or petroleum products has occurred, including no migration of these substances from adjacent areas".

[3] Ground-water contamination is at levels below State of Colorado Ground Water Standards (see SEBS).

[4] The SEBS indicates that ground water beneath the Property does not contain any contamination levels above the State of Colorado Ground Water Standards.

[5] The transfer documents will provide notification to the Transferee of the need to protect the integrity of the Air Force's remedial systems [such as the extraction well on the Property, see Attachment 1(b)].

that is part of the Lowry Boundary Area Hydraulic Containment System is located on the Property. This well is part of an effort to provide interim remediation of IRP Site OT-17 and continued access to this well for maintenance, etc., is necessary.

Covenants will be included in the transfer documents to ensure that any response or corrective actions that are the responsibility of the Air Force, found to be necessary after the date of delivery of the Deed, will be conducted by the United States. Provisions will be included in the transfer documents to allow the United States access to the Property in any case in which any such response or corrective action is found to be necessary, or where any such access is necessary to carry out a response or corrective action on adjoining property. Also, provisions will be included in the transfer documents to prohibit subsurface drilling and withdrawal of ground water unless the Transferee demonstrates to the satisfaction of Federal and State regulatory agencies and the Air Force that there will be no adverse impact to the cleanup process.

### 5.3 Threatened and Endangered Species

Threatened or endangered species that may be on the Property include three mammals, six birds, one fish, one insect, and three plants. The FEIS lists and describes these candidates and known threatened or endangered species. Associated habitat may be located on the Property.

Notice of the threatened or endangered species will be given in the Deed.

## 6. REGULATOR COORDINATION

The Colorado Department of Public Health and the Environment (CDPHE) and the U.S. Environmental Protection Agency (EPA) were notified on September 18, 2001, of the initiation of the FOST and SEBS and were invited to participate in preparing the working draft documents. Consolidated draft documents were provided on December 19, 2001 for their formal review and comment. EPA comments were received on January 16, 2002 (Attachment 4). CDPHE comments were received on January 16, 2002 (Attachment 4). AFBCA response to regulator comments is included in Attachment 5. Regulator concurrence with the Draft Final FOST is included in Attachment 6.

7. **FINDING OF SUITABILITY TO TRANSFER**

The deed proposal has been adequately assessed and evaluated for environmental hazards, environmental impacts anticipated from future use of the Property, and appropriate notifications to the Transferee. The future use of this Property does not present a current or future risk to human health or the environment, subject to inclusion and compliance with the appropriate deed covenants as addressed above. The Property, therefore, is suitable for transfer.

February 25, 2002
Date

ALBERT F. LOWAS, JR.
Director
Air Force Base Conversion Agency

Attachments:
1. (a) Property Map and (b) Extraction Well Location
2. Environmental Factors Considered
3. Notice of Hazardous Substances Released
4. Regulatory Agency Comments
5. AFBCA Response to Regulatory Comments
6. Regulatory Agency Concurrence