# EXHIBIT 5
# (Part 4)

# ATTACHMENT 1

## Property Map - 1(a)
## Extraction Well Location - 1(b)




1 (a)

EXHIBIT
NORTHWEST NEIGHBORHOOD
PORTION OF ROD PARCEL L
AND PP AREA

DENVER COLORADO

| Scale: | Drawn by: JKB | Sheet No. 1 | Drawing Name: |
|---|---|---|---|
| 1"=400' | Checked by: ADJ | of 1 Sheet(s) | L011EX-A.DWG |

E NAME: L:\LWRY\CADD\011\CADD\EXHIBIT\L011EX-A.dwg
CP FILE: LwryFull.PCP or LwryHalf.PCP
PLOT DATE: Jan 10, 2002 11:45am

DATE: 2/5/02




# EXTRACTION WELL LOCATION

EXHIBIT
NORTHWEST NEIGHBORHOOD
PORTION OF ROD PARCEL L
AND PP AREA

| DENVER | | | COLORADO |
|---|---|---|---|
| Scale: | Drawn by: JKB | Sheet No. 1 | Drawing Name: |
| 1"=400' | Checked by: ADJ | of 1 Sheet(s) | L011EX-A.DWG |

E NAME: L:\LWRY\CADO\011\CADO\EXHIBIT\L011EX-A.dwg
P FILE: LwryFull.PCP or LwryHalf.PCP
OT DATE: Jan 10, 2002 11:45am

DATE: 2/20/02

# ATTACHMENT 2

# Environmental Factors Considered

Attachment 2

FINDING OF SUITABILITY TO TRANSFER (FOST)
Northwest Neighborhood Portion of ROD Parcels L and PP
Lowry Air Force Base - Denver, CO

| Deed Restriction or Notification Required? | | Environmental Factors Considered |
|---|---|---|
| No | Yes | |
| | | *Environmental Restoration, Hazardous Substances, Petroleum* |
| X | | Hazardous Substances (Notification) |
| | X | Installation Restoration Program (IRP) and Areas of Concern |
| X | | Medical/Biohazardous Wastes |
| X | | Oil/Water Separators (OWSs) |
| X | | Unexploded Ordnance |
| X | | Radioactive & Mixed Wastes |
| X | | Storage Tanks (USTs/ASTs) |
| | | *Disclosure Factors/Resources:* |
| X | | Asbestos |
| X | | Drinking Water Quality |
| X | | Indoor Air Quality |
| X | | Lead-Based Paint (High-Priority Facilities) |
| X | | Lead-Based Paint (Other Facilities) |
| X | | PCBs |
| X | | Radon |
| | | *Other Factors:* |
| X | | Air Conformity/Air Permits |
| X | | Energy (Utilities) |
| X | | Flood plains |
| X | | Hazardous Waste Management (By Transfer) |
| X | | Historic Property (Archeological/Native American, Palentological) |
| X | | OSHA (Occupational Safety & Health Administration) |
| X | | Outdoor Air Quality |
| X | | Prime/Unique Farmlands: |
| X | | Sanitary Sewer Systems (Wastewater) |
| X | | Sensitive Habitat |
| X | | Septic Tanks (Wastewater) |
| X | | Solid Waste |
| | X | Threatened and Endangered Species |
| X | | Transportation |
| X | | Wetlands |

# ATTACHMENT 3

# Notice of Hazardous Substances Release

Attachment 3

FINDING OF SUITABILITY TO TRANSFER (FOST)
Northwest Neighborhood Portion of ROD Parcels L and PP
Lowry Air Force Base - Denver, CO

NOTICE OF HAZARDOUS SUBSTANCES RELEASE

Notice is hereby provided that the information set out below from the EBS, EBSS, and SEBS provide notice of hazardous substances that have known to have been released on or adjacent to the Property at Lowry Air Force Base, and the dates the release took place. The information contained in this notice is required under the authority of regulations promulgated under section 120(h) of the Comprehensive Environmental Response, Liability, and Compensation Act (CERCLA or "Superfund") 42 U.S.C. section 9620(h).

IRP Site (OU-5, OT-17) Basewide Ground Water Contamination

| Substance | Regulatory Synonym(s) | CAS Registry Number | Quantity kg/pounds | Date | Hazardous Waste ID Number (if applicable) | Response | Remarks |
|---|---|---|---|---|---|---|---|
| VOCs | TCE,<br>PCE,<br>1,1-dichloro-ethene,<br>1,2-dichloro-ethene,<br>vinyl chloride,<br>1,1,1-trichloroethan e<br>toluene | 79016<br>127184<br>75354<br>156605<br>75014<br>71556<br>108883 | Unknown | Unk | N/A | Interim actions in place, additional interim action and final response pending. | Release on adjacent property. [Final Operable Unit 5 - Groundwater Remedial Investigation report (Versar; May - 2001)] Contamination levels under the property are below levels of regulatory concern. |



S:\Environmental\Conveyance\Fost\NW Neighborhood\FOST.doc; 1/31/02

# ATTACHMENT 4

# Regulatory Agency Comments

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO 80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

January 14, 2002

Mark Spangler
BRAC Environmental Coordinator
AFBCA/DD Lowry
P. O. Box 200788
Denver, CO 80220-0788

Dear Mr. Spangler:

Thank you for the opportunity to review and comment on the *Draft Finding of Suitability to Transfer (FOST)* and the *Draft Supplemental Environmental Baseline Survey (SEBS) for Northwest Neighborhood Portion of ROD Parcels L and PP at Lowry Air Force Base* (the 'NW Neighborhood FOST'). This 20 acre Parcel in the northwest quadrant of LAFB is destined to be redeveloped for residential and community service uses.

Several statements in these documents refer to contaminant concentrations in the ground water underlying the Parcel. For the most part, those concentrations are, indeed, below applicable MCL criteria. However, the various MCL-related statements are not consistent with the Parcel fraction along 8th Avenue, just west of Uinta Way. I recommend correcting the appropriate FOST and SEBS statements which reference this particular location.

If you have any questions, please call me at 303.312.6983.

Sincerely,

Floyd D. Nichols
BRAC Project Manager, LAFB BCT

cc (by e-mail):
Sheila Gaston, CDPHE
Deanna Kaskie, LRA



Printed on Recycled Paper

# STATE OF COLORADO

Bill Owens, Governor
Jane E. Norton, Executive Director

*Dedicated to protecting and improving the health and environment of the people of Colorado*

4300 Cherry Creek Dr. S.
Denver, Colorado 80246-1530
Phone (303) 692-2000
TDD Line (303) 691-7700
Located in Glendale, Colorado

http://www.cdphe.state.co.us

Laboratory and Radiation Services Division
8100 Lowry Blvd.
Denver, Colorado 80230-6928
(303) 692-3090

Colorado Department of Public Health and Environment

January 16, 2002

Mr. Mark Spangler
AFCEE-ERB / Operating Location at Lowry AFB, CO
P.O. Box 200788
Denver, Colorado 80220-0788

Re: Draft Supplemental Environmental Baseline Survey (SEBS)
and the Draft Finding of Suitability for Transfer (FOST)
for the Northwest Neighborhood Portion of ROD Parcels L and PP

:ar Mr. Spangler:

The Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division (the Division) has completed our review of the above mentioned documents and we have the following comments:

## Supplemental Environmental Baseline Survey

1. Installation Restoration Program (IRP) Status
The second sentence of the second paragraph should say "the data are from well that are on or near the Property, not on and near the Property". This sentence also goes on to say "...were reviewed by the Regulators...". This should actually say "were reviewed by the BCT...". I would rewrite the next sentence to say "The BCT agreed that the data demonstrated that the groundwater beneath the Property does not contain any contamination levels above the State of Colorado Ground Water Standards.

   To the third paragraph, I would add, "Ground water contamination beneath this property is, therefore, not a concern...".

   Also, weren't we going to attach some approved minutes from the December 18, 2001 meeting to this FOST which reiterated the decision on the ground water contamination?

ATTACHMENT 1 – Property Map
_ would recommend that the plume line be labeled as "current groundwater standards line" or something

similar to that and not "assumed plume line". This line is actually more than an assumption. It is drawn using the most recent groundwater data.

Finding of Suitability to Transfer

2. PROPERTY DESCRIPTION
I would recommend rewriting the third sentence to read, "Building 630, a former convenience store built in 1975, was on the Property and was demolished in _?_." Do we know when the building was demolished?

3. ENVIRONMENTAL CONDITION OF THE PROPERTY
The second sentence states, "...exists under the Property (from off-site contaminant migration)...". This makes it sound like the contamination is coming from off-base, which it isn't in this case. I would clarify that this is contamination from the Main TCE plume, released from the outfall source area. The sentence goes on to say, "though it is below levels that require remediation". I would change this statement to say something like, "though recent groundwater data (2001), is below the State Groundwater Standards. I would add to the third sentence, "the 1993 EBS labels the Property...". I would also add to the fourth sentence, "Previous information from the...".

5. DEED RESTRICTIONS AND NOTIFICATIONS

5.1 Hazardous Substances Notification
The first sentence in the second paragraph could read, "there is, however, a hazardous substances release to the ground water on the adjacent property and...".

5.2 Installation Restoration Program (IRP)
In the second paragraph, I would specifically mention the need for access and continued maintenance of the current extraction wells.

The Finding of Suitability to Transfer process requires buildings and parcels that are going to be transferred be remediated prior to transfer, or that the deeds transferring such buildings or parcels contain covenants warranting that all remedial action found to be necessary after the date of such transfer will be conducted by the United States. In addition, the transferee should be made aware that the Comprehensive Environmental Response Compensation and Liability Act (CERCLA), section 120 (h) may impose additional restrictions and requirements on the deed of transfer. Therefore, the transferee should review the actual transfer documents to determine the additional restrictions and requirements on its use of the transferred premises.

The CDPHE is committed to ensuring that the Base Realignment and Closure at Lowry Air Force Base proceeds efficiently. Participation by CDPHE in the FOST process is intended to ensure that the property transfer activities at Lowry Air Force Base are protective of human health and the environment. We are supportive of transfer activities whenever it can be assured that contamination associated with these properties has been remediated in a manner which is protective of all users of these facilities. Our comments are intended to fulfill the assurance of the continued protection of public health and the environment.

If you have any questions, please call me at (303) 692-3332.

Sincerely,

Sheila Gaston
Remediation and Restoration Unit
Federal Facilities Program
Hazardous Materials and Waste Management Division

cc: Brad Wright, Lowry AFB/AFBCA
Jeff Edson, CDPHE-HMWMD
Monica Sheets, AGO
Floyd Nichols, EPA-Region 8
John Student, Denver Department of Environmental Health
Deanna Kaskie, LRA
Michael Galvin, Versar
File - LAFB, RD013-1

# ATTACHMENT 5

# AFBCA Response to Regulatory Comments

Attachment 5

FINDING OF SUITABILITY TO TRANSFER (FOST)
Northwest Neighborhood Portion of ROD Parcels L and PP
Lowry Air Force Base - Denver, CO

AFBCA RESPONSE TO REGULATORY COMMENTS

The EPA submitted comments in response to the December 19, 2001, consolidated draft of the subject FOST and SEBS. Their comments are addressed as follows:

1. Comment: Several statements in these documents refer to contaminant concentrations in the ground water underlying the Parcel. For the most part, those concentrations are, indeed, below applicable MCL criteria. However, the various MCL-related statements are not consistent with the Parcel fraction along 8th Avenue, just west of Uinta Way. I recommend correcting the appropriate FOST and SEBS statements which reference this particular location.

   AFBCA response: The statements in the FOST and SEBS are accurate. The statements appear inaccurate due to the fact that the assumed plume line drawn by the LRA contractor does not match the plume line determined by AFBCA. The parcel map is modified to show the "plume line" as determined by the AFBCA and supported by the AFBCA contractor

The CDPHE submitted comments in response to the December 19, 2001, consolidated draft of the subject FOST and SEBS. Their comments are addressed as follows:

1. Comment: Regarding the SEBS. 1. Installation Restoration Program (IRP) Status. The second sentence of the second paragraph should say "the data are from well that are located on or near the property, not on and near the Property". This sentence also goes on to say "...were reviewed by the Regulators...". This should actually say "were reviewed by the BCT...". I would rewrite the next sentence to say "The BCT agreed that the data demonstrated that the groundwater beneath the Property does not contain any contamination levels above the State of Colorado Ground Water Standards.

   AFBCA response: The SEBS is modified to include the suggested use of the word "or". The SEBS documents regulator review of the ground-water data, which is an important statement. Use of a less generic term such as BCT, which requires definition and explanation, obfuscates the point. With this exception, the SEBS is modified to include the suggested language, as well as reference the BCT minutes.

2. Comment: Regarding the SEBS. 1. Installation Restoration Program (IRP) Status. To the third paragraph, I would add, "Ground water contamination beneath the property is, therefore, not a concern..."

AFBCA response: The SEBS is modified to include the suggested language.

3. Comment: Regarding the SEBS. 1. Installation Restoration Program (IRP) Status. Also, weren't we going to attach some approved minutes from the December 18, 2001 meeting to this FOST which reiterated the decision on the ground water contamination?

   AFBCA response: The SEBS is modified to include the suggested attachment.

4. Comment: Regarding the SEBS. ATTACHMENT 1 - Property Map. I would recommend that the plume line be labeled as "current groundwater standards line" or something similar to that and not "assumed plume line". This line is actually more than an assumption. It is drawn using the most recent groundwater data.

   AFBCA response: The map is modified to replace the term "assumed plume line" and with "plume line". The term "assumed plume line" was included at the suggestion of the Environmental Protection Agency to indicate uncertainty due to the source of the map (as mentioned above). The plume line represents the current ground water standards line.

5. Comment: Regarding the FOST. 2. PROPERTY DESCRIPTION. I would recommend rewriting the third sentence to read. "Building 630, a former convenience store built in 1975, was on the Property and was demolished in _?_." Do we know when the building was demolished?

   AFBCA response: The FOST is modified to include the suggested language. The demolition date for Building 630 is not known.

6. Comment: Regarding the FOST. 3. ENVIRONMENTAL CONDITION OF THE PROPERTY. The second sentence states, "...exists under the Property (from off-site contaminant migration)..." This makes it sound like the contamination is coming from off-base, which is isn't in this case. I would clarify that this is contamination from the Main TCE plume, released from the outfall source area. The sentence goes on to say, "though it is below levels that require remediation". I would change this statement to say something like, "though recent groundwater data (2001), is below the State Groundwater Standards. I would add to the third sentence, "the 1993 EBS labels the Property...". I would also add to the fourth sentence, "Previous information from the...".

   AFBCA response: The FOST is modified to clarify that contamination under the Property comes from migration of contamination outside the Property. The suggested clarification regarding reference to the Main TCE plume is not included in the FOST. The suggested modification of the statement about "levels that require remediation" is not included since this is addressed in the FOST footnote number 3. The addition of "1993" is not included since this is included in the EBS definition in Section 1. The addition of "previous" to the fourth sentence is not included, since this word would confuse the purpose of this sentence, which is to indicate that more recent information exists.

7. Comment: Regarding the FOST. 5. DEED RESTRICTION AND NOTIFICATIONS. 5.1 Hazardous Substances notification. The first sentence in the second paragraph could read, "there is, however, a hazardous substances release to the ground water on the adjacent property and..."

AFBCA response: The existing language: "There were, however, hazardous substances releases to the ground water at adjacent property and" best describes the situation and is retained.

8. Comment: Regarding the FOST. 5. DEED RESTRICTION AND NOTIFICATIONS. 5.2 Installation Restoration Program (IRP). In the second paragraph, I would specifically mention the need for access and continued maintenance of the current extraction wells.

AFBCA response: The FOST is modified to include the suggested language.

# ATTACHMENT 6

# Regulatory Agency Concurrence

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO 80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

February 6, 2002

Mark Spangler
BRAC Environmental Coordinator
AFBCA/DD Lowry
P. O. Box 200788
Denver, CO 80220-0788

Dear Mr. Spangler:

Thank you for the opportunity to review and comment on the *Draft Final Finding of Suitability to Transfer (FOST)* and the *Draft Final Supplemental Environmental Baseline Survey (SEBS) for Northwest Neighborhood Portion of ROD Parcels L and PP at Lowry Air Force Base* (the 'NW Neighborhood FOST'). This 20 acre Parcel in the northwest quadrant of LAFB is destined to be redeveloped for residential and community service uses.

EPA comments on the draft FOST and SEBS were returned to your office on January 14, 2002. The past three weeks, the BCT continued to discuss information contained in the draft documents, and suitability issues raised by EPA and CDPHE. These draft final documents have been appropriately revised pursuant to those discussions. Accordingly, I have no further comment on the Draft Final NW Neighborhood FOST.

If you have any questions, please call me at 303.312.6983.

Sincerely,

Floyd D. Nichols
BRAC Project Manager, LAFB BCT

cc (by e-mail):
Sheila Gaston, CDPHE
Deanna Kaskie, LRA



Printed on Recycled Paper

# STATE OF COLORADO

Bill Owens, Governor
Jane E. Norton, Executive Director

*Dedicated to protecting and improving the health and environment of the people of Colorado*

4300 Cherry Creek Dr. S.
Denver, Colorado 80246-1530
Phone (303) 692-2000
TDD Line (303) 691-7700
Located in Glendale, Colorado

*http://www.cdphe.state.co.us*

Laboratory and Radiation Services Division
8100 Lowry Blvd.
Denver, Colorado 80230-6928
(303) 692-3090

Colorado Department
of Public Health
and Environment

February 6, 2002

Mr. Mark Spangler
AFCEE-ERB / Operating Location at Lowry AFB, CO
P.O. Box 200788
Denver, Colorado 80220-0788

Re: Draft Final Supplemental Environmental Baseline Survey (SEBS)
and the Draft Final Finding of Suitability for Transfer (FOST)
for the Northwest Neighborhood Portion of ROD Parcels L and PP
Lowry AFB, Denver, CO

Dear Mr. Spangler:

The Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division (the Division) has completed our review of the above mentioned documents. The Air Force has assured the Division that through visual inspections and/or environmental sampling the properties identified in this transfer do not contain hazardous wastes or hazardous substances that pose an unacceptable risk to human health and the environment. At this time the Division has no independent data or knowledge to verify or refute this assurance. Therefore, the Division concurs with the contents of these documents and we have determined that our previous comments have been addressed.

The Finding of Suitability to Transfer process requires buildings and parcels that are going to be transferred be remediated prior to transfer, or that the deeds transferring such buildings or parcels contain covenants warranting that all remedial action found to be necessary after the date of such transfer will be conducted by the United States. In addition, the transferee should be made aware that the Comprehensive Environmental Response Compensation and Liability Act (CERCLA), section 120 (h) may impose additional restrictions and requirements on the deed of transfer. Therefore, the transferee should review the actual transfer documents to determine the additional restrictions and requirements on its use of the transferred premises.

The CDPHE is committed to ensuring that the Base Realignment and Closure at Lowry Air Force Base proceeds efficiently. Participation by CDPHE in the FOST process is intended to ensure that the property ransfer activities at Lowry Air Force Base are protective of human health and the environment. We are supportive of transfer activities whenever it can be assured that contamination associated with these

)

Mr. Spangler
February 6, 2002
Page 2

properties has been remediated in a manner which is protective of all users of these facilities. Our comments are intended to fulfill the assurance of the continued protection of public health and the environment.

If you have any questions, please call me at (303) 692-3332.

Sincerely,

Sheila Gaston
Remediation and Restoration Unit
Federal Facilities Program
Hazardous Materials and Waste Management Division

cc: Brad Wright, Lowry AFB/AFBCA
Jeff Edson, CDPHE-HMWMD
Monica Sheets, AGO
Floyd Nichols, EPA-Region 8
John Student, Denver Department of Environmental Health
Deanna Kaskie, LRA
Michael Galvin, Versar
File - LAFB, 1.1