# EXHIBIT 6

THE UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 06-75 C
Judge Wheeler

---

DEPOSITION OF PAUL CARROLL
Wednesday, May 23, 2007

---

LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

---

APPEARANCES:

For the Plaintiff: Sherman & Howard, L.L.C.
By Durward E. Timmons, Esq.
90 South Cascade Avenue
Suite 1500
Colorado Springs, Colorado 80903
719.475.2440
dtimmons@sah.com

For the Defendant: U.S. Department of Justice
By Kyle Chadwick, Esq.
L Street, N.W., Room 7062
Washington, D.C. 20530
202.305.7562
kyle.chadwick@usdoj.gov

Also Present: David R. Vecera, Esq.
Air Force Environmental Law & Litigation Division
AFLOA/JACE
112 Luke Avenue, Suite 343
Bolling AFB, D.C. 20032
202.767.8913



6b356bea-c64f-4736-aeb1-715d239fa446

Page 118

the LRA's infrastructure work at Lowry? And by that I mean, the rough grading for streets, curbs, and gutters.
A Not in our office. I'm not aware of any documents that track soil movement by LRA.
Q Do you know whether or not the Air Force had any documents that track contemporaneously any soil movements by the builders?
A No, I'm not aware of any documents that track that either.
MR. TIMMONS: Excuse me for just a minute. We can take a couple minute break.
(Recess taken, 1:43 p.m. to 1:50 p.m.)
Q (BY MR. TIMMONS) Are you familiar with the term technical review committee, TRC?
A Vaguely.
Q What's your recollection of what a technical review committee is?
A I'm not familiar with what they did at Lowry. But when we were at Reese, we had a technical review committee that consisted of some experts from the community and the BRAC environmental coordinator and the regulators who looked at the environmental investigations and planning for remedial actions and discussed the technical aspects of those.

Page 119

Q To the best of your recollection, was there a technical review committee that functioned at Lowry either before or during your tenure there?
A There was not one during my tenure, and I'm -- I don't even know that one existed prior to my tenure.
Q Was there a base civil engineer that was at Lowry and functioned as a base civil engineer either before or during your tenure?
A Before. I know there would have had to have been.
Q By before being before 1994?
A Yes. Before the base closed.
Q Do you know whether Lowry had an ongoing base civil engineer function after Lowry closed and parcels started being turned over to the LRA?
A No. That active base civil engineer function left when the base closed.
Q I'll represent to you that we ran across a couple of documents in our review of those 300-some-odd boxes that indicated that a technical review committee was functioning at some point and that it was chaired by the base civil engineer?
A Okay.
Q You have no present recollection of that?

Page 120

A No.
Q Obviously if you don't remember you didn't participate on it?
A No, I didn't.
Q As part of the FOST process that we talked about earlier, did the Air Force conduct any soil sampling?
A Not specifically that -- in the FOST process, no.
Q When you say not specifically, did the FOST process consider prior soil sampling reports?
A Yes.
Q And so there was soil sampling, the results of which were considered in the FOST process?
A Yes.
Q And who did that soil sampling?
A A lot of different entities. A lot of the consultants that worked for us that I described it for.
Q No Air Force personnel conducted soil sampling themselves?
A During the time the base was active that could have happened because generally bioenvironmental engineering where I was at Reese, bioenvironmental engineering did some sampling and

Page 121

that could have occurred.
Q At Lowry?
A Yeah, that could have occurred at Lowry.
Q Are you aware of any specific soil sampling that Air Force personnel conducted?
A No, not at Lowry.
Q So far as you know, all bio consultants of the Air Force?
A As far as I know.
Q Are you familiar with the results of that soil sampling?
A Some of them I'm familiar with, although probably not all.
Q Have you reviewed any soil sampling reports that were prepared prior to April 2003 that indicated the presence of asbestos in the northwest neighborhood?
A Prior to what date?
Q Prior to the compliance advisories of 2003.
A No.
Q And you say no because you know that there are none?
A Ask that question again.
Q Are you aware of any soil sampling reports,

Page 122

based on soil sampling of soils in the northwest neighborhood, that indicated the presence of asbestos in soils in the northwest neighborhood prior to the compliance advisories of 2003?
A Yes.
Q And what reports are you referring to?
A There was a letter sent to us by Deanna Kaskie where I believe it was February 2003 that indicated some sampling of asbestos in the northwest neighborhood and showed what the results were.
Q Sampling of asbestos or sampling of soils that indicated asbestos?
A Sampling of soils that indicated asbestos.
Q Do you recall where or to what sampling effort that related to?
A There was a location in filing 16 -- can I point to the map?
Q Absolutely.
A In this general area I believe of what we call filing 16 that was what I -- where I remember that sampling occurred.
Q Let the record reflect that the witness was pointing to Deposition Exhibit No. 2 to the green highlighted area immediately to the east of priority area 19 and just south of 11th Avenue. Did I

Page 123

describe that correctly?
A Yes.
Q And tell me -- can you tell me any more about the soil sampling that Ms. Kaskie was referring to?
A Let's see. I believe the letter stated that there was an apparent old building foundation and the sampling was done near that old building foundation. I don't remember how many samples, but several samples were taken from potholing that they had done in that area.
Q Do you know whether that potholing had occurred?
A Not specifically. I know it was.
Q Would it have been five or ten years prior to that or months prior to Ms. Kaskie's e-mail?
A Think it was pretty close to the time of her e-mail.
Q And to the best of your recollection, the e-mail was sometime in the February 2003 time frame?
A Yes.
Q And that time frame is after McStain uncovered asbestos digging a basement; correct?
A I believe that's right.
Q In the FOSTs that were prepared by the Air

Page 124

Force, which form the basis for transfer of individual parcels either by lease or sale from the Air Force to the LRA, are you aware of any FOST that identified asbestos as being a contaminant that the LRA should be aware of?
A In what time frame are you asking? I forgot what time frame.
Q Prior to the discovery of asbestos by McStain in the northwest neighborhood.
A Not that I'm aware of.
Q When the Air Force transferred certain buildings to the LRA, it was known at the time of the transfer that those buildings contained asbestos; correct?
A It was either known or assumed because of the construction date whether they contained asbestos or not.
Q And is it your testimony that the Air Force and the LRA both knew that certain buildings either did or probably would contain asbestos?
A Yes.
Q And are you aware that the LRA put together a plan and carried it out to identify and remediate or encapsulate or otherwise properly dispose of that asbestos?

Page 125

A I understand there was a plan to that effect.
Q And to the best of your knowledge, was that plan carried out?
A In most -- most of the time I believe it was, yes.
Q Can you point to any specific instance where the LRA didn't carry out its obligations with regard to remediate -- identification and remediation of asbestos in structures?
A There was one letter that I looked at in the files that was in -- I believe it was right around Thanksgiving 2001 where Bob Lackey had written to the LRA that he had indicated that they were in violation of their lease in that some asbestos debris was present in a crawl space.
Q Do you know whether upon notification the LRA took appropriate action?
A No, I didn't see any follow-up documentation on that.
Q But do you have any information that the LRA did not take appropriate action?
A No.
Q There has been testimony concerning steam lines running from the main steam plant at Lowry to



HULAC COURT REPORTING, LLC
(303) 331-0131, (303) 331-9898 FAX

6b356bea-c64f-4736-aeb1-715d239fa446