# EXHIBIT 8

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | Case No. 06-75 C |
| Plaintiff, | ) | Judge Wheeler |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF GREGORY F. PALCANIS

STATE OF COLORADO )
) ss.
CITY AND COUNTY OF DENVER)

Gregory F. Palcanis, being first duly sworn, deposes and says of his own personal knowledge as follows:

1. I have been a licensed attorney in Colorado since April, 1971. From February 2, 1998 to the present, I have worked for the Lowry Economic Redevelopment Authority ("Plaintiff") as General Counsel.

2. As part of my job duties, I reviewed deeds and Findings of Suitability to Transfer ("FOSTs") prepared and sent by the Air Force to the Plaintiff for review prior to the property referenced in the deeds being transferred to Plaintiff.

3. Plaintiff made various representations/covenants in the deeds and the FOSTs regarding the environmental condition of the property to be transferred and actions that had been taken by the United States. Plaintiff relied on those statements as a condition of accepting title to the property. For example, with respect to the deed and FOST for Priority Area 19, which is located within the former Lowry Air Force Base's Northwest Neighborhood and encompasses areas where asbestos in soils was discovered, no mention was made about asbestos in soils. Further, both of those documents state that a hazardous substance notification need not be given because no hazardous substances in quantities exceeding certain statutorily established threshold limits were stored on the property, or were known to have been release, treated, or disposed of on the Property.

DATED this 20th day of June, 2008.

Gregory F. Palcanis

Subscribed and sworn to before me this 20th day of June, 2008.

My commission expires: 9-18-2010.

Notary Public

[SEAL]

LINDA R. DYMOND
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 09/18/2010