# EXHIBIT 9

THE UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 06-75 C
Judge Wheeler

---

DEPOSITION OF TOM BERGER
Friday, April 18, 2008

---

LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

---

APPEARANCES:

For the Plaintiff: Sherman & Howard, L.L.C.
By Durward E. Timmons, Esq.
90 South Cascade Avenue
Suite 1500
Colorado Springs, Colorado 80903
719.475.2440
dtimmons@sah.com

For the Defendant: U.S. Department of Justice
By Kyle Chadwick, Esq.
1100 L Street, N.W., Room 7062
Washington, D.C. 20530
202.305.7562
kyle.chadwick@usdoj.gov



226d0c31-8671-44bf-86ed-50abd5445043

the pipe and remove as much as you could?
A Correct.
Q What about any natural gas lines? What was the approach to -- I take it it was standard, was the same as what you've said, 22 inches?
A Correct. That's right.
Q Were the natural gas lines, do you recall, any larger or smaller?
A Smaller.
Q Were there also instances in which natural gas lines would be removed?
A When?
Q I'm asking you.
A Were there? Yes.
Q Why would that occur?
A The -- at some point in time -- and I don't remember the exact date -- it was discovered that there was a natural gas line that was wrapped in an asbestos containing material. Henceforth we would use a similar procedure for the removal of natural gas lines if they were also wrapped in the same type of material.
Q Does it sound plausible to you that the discovery of the asbestos wrapping would have been in approximately '02?



A Yes.
Q But prior to '02, are you aware of any instances in which natural gas pipes were removed at all in the course of the work in this northwest neighborhood area?
A I'm not.
Q I'm going to show you -- this is Exhibit 3 from Mr. Voigt's deposition.
A Okay.
Q Without asking you to flip through every page, it's something called Preliminary Infrastructure Report and Strategy. It's dated '93, May '93. From the cover do you recognize that document at all?
A No.
Q On page -- page 17 of the document there's a -- what's indicated to be a natural gas distribution system map. Have you seen any map resembling that for the natural gas distribution system?
A Not this map.
Q What kind of map?
A We -- we were also given -- well, let me back up. At some point in time I had in my possession other utility maps that appeared to be



from some point in time Air Force infrastructure maps when the Base was active or upon Base closure.
Q If we focus on the area, defining the northwest neighborhood as north of 6th Avenue inside the base in that area. Just looking at this, is there anything that looks to you that's sort of implausible about this map in the natural gas system or is that basically the way you had understood it to be laid out?
MR. TIMMONS: Objection. Vague.
MR. CHADWICK: Well, I'm going to get a vague answer.
MR. TIMMONS: As to the use of the term "implausible."
Q (BY MR. CHADWICK) You understand what I'm getting at? I'm trying to see if this map -- is there any reason that jumps out at you to suggest that this map is not -- I understand your answer is going to be just looking at it here, but I'm asking if there is something that jumps out at you that this map does not show the layout that you would have understood of the natural gas system?
A In that it follows the basic layout of the roadway system, it's plausible.
Q Right. Okay. On this same document,



recognizing you hadn't seen it before, the -- I guess the buyer, as I understand it of the report, is indicated as Lowry Economic Recovery Project. Do you understand what that entity is or was? Does that ring a bell?
A I never heard those four words put together.
Q I mean, we can all intuit what it must mean. You can't think of some people that you know that are involved in something called that?
A Well, I work for the Lowry Redevelopment Authority, and we are sometimes referred to as the Lowry Economic Redevelopment Authority.
Q Right. There is a consultant team indicated on this document of HOH Associates, Inc., and Merrick and Company. Did you ever work at Lowry work with either of those two firms?
A No.
Q Okay. Let's try to get back to -- we are thinking how we get from the 1999ish state of the site in the northwest neighborhood to the spring of '01. We were talking about demolition and removal of objects. I asked you about removal of some utilities. We talked about streets. Would there have to be any regrading? Was there some regrading





226d0c31-8671-44bf-86ed-50abd5445043

Page 26

that occurred?
A Yes.
Q Did you start at the most general? Can you kind of -- looking at the site can you tell me what had to be changed or increased?
A It's a big site. Can you be more specific?
Q I'm ignorant, completely ignorant of what had to be changed, and I actually don't even know where to start.
Can you just give me in general why -- why would the gradeant have to be changed at the site? What reason or reasons would there be?
A Well, in general terms it needs to be regraded to conform to the neighborhood layout such that it drains appropriately.
Q Okay. So let's try to take it, if we can, then, by steps. You say there would have to be demolition. There would be removal. What happens after the streets are removed and all evidence of the trailer park is removed and the like? What happened next?
A Any remaining vegetation is cleared.
Q Okay. So then you have a clear site that I would take it looks just like a big empty field?

Page 27

A Yes.
Q And then what? If we were heading toward the configuration that we have in the spring of '01, what's the next step or steps that have to be taken?
A We're -- the construction department would be presented with a grading plan, and we would commence bulk grading the site.
Q And bulk grading, does this occur before the streets are laid out?
A Yes.
Q So as compared to what we have seen before the bulk grading started and then after the bulk grading is done, what looks different about the site afterward?
A After the bulk grading?
Q Yeah.
A It's just the elevations are altered.
Q And are they -- were the elevations altered in such a way that someone looking at it could essentially see where the streets were likely to go? In other words, was it lower -- was the gradeant sort of built around the street layout?
A Usually but not always.
Q After the bulk grading then what happens?
A The utilities are installed.

Page 28

Q And that -- does that include water lines?
A Yes.
Q And gas lines?
A Yes.
Q And electric?
A Yes.
Q And storm drain system?
A Yes.
Q And was LRA actually responsible for laying the electrical lines?
A No.
Q Did the local utility do that?
A Yes.
Q Did LRA lay the gas lines?
A No.
Q Local utility did that?
A Yes.
Q And the water system? Who did that?
A Contractors employed by the LRA.
Q I mean the water supply system?
A Yes.
Q And the storm drainage system, LRA?
A Yes.
Q And the LRA also installed the sewer system?

Page 29

A Yes.
Q All right. So utilities are installed and after that -- first, were there -- were the streets -- if we look at the March of '01 or just from your memory, were the streets constructed as of March of '01, did the streets all exist?
A They appear to exist on the drawing or the photo so I assume that they did.
Q All right. Fair enough. I don't want to take it out of order. So once the utilities are laid in, then what happens next at the site?
A The streets are constructed.
Q And they are cut and also paved?
A Yes.
Q Based on what appears to be the situation in the photo that is supposed to be in March of '01, are there any other construction steps that you can see that were taken after the construction of the streets? Anything more?
A Well, in some instances the dry utilities, meaning electric, gas, phone, cable, can go in after the streets are constructed.
Q Because they're on poles?
A No. Because they don't -- they generally don't go under the street. It appears as though

Page 30

there are some homes in some phase of construction from the photo.
Q In the '01 photo?
A Correct.
Q Now, in the course of the work that you've described from '99 to roughly spring of '01, did the LRA's contractors maintain stockpiles of soil, to your knowledge, in the northwest neighborhood area?
A Yes.
Q And where were they located or --
A To the best of my recollection, they were located generally towards the eastern portion of the site.
Q Near Building 670? If we look on the big map that's been marked as Exhibit 2 earlier, that's Building 600. I'm pointing actually -- you're referring to near Building 667?
A Generally in that area. I don't remember the exact locations of the stockpiles, but they were over in that portion of the base.
Q And again focusing on the northwest neighborhood now as the area -- let's call it north of 6th Avenue and within that corner of the base, anywhere else other than in that area where you recall in the '99 to '01 period where contractors

Page 31

maintained stockpiles?
A I think we also stockpiled soil a little further to the south in -- in this general vicinity (indicating).
Q Sort of between Ulster and Trenton and south of Eighth Avenue?
A Yes.
Q Does that area have any kind of geographic name designation?
A Montclair Rec Center.
Q Anywhere else other than those two areas we talked about where you recall there being soil stockpiles in the northwest neighborhood?
A No.
Q When we talk about soil stockpiles, what -- how big sort of at its largest extent? How large of a stockpile are we talking about?
A I don't remember the biggest stockpile we've had. We may have had stockpiles of roughly 50,000 yards, but that's a bit of a guess.
Q Well, let's talk about in height. Are we talking about a pile two or three stories high in building terms?
A I don't know.
Q What about in length? Would it have been

Page 32

about 100 yards end to end?
A No. That's a pretty big stockpile. That's a pretty big stockpile. Probably not that big but maybe 50 yards.
Q 50 yards.
A Maybe two stories high.
Q Okay. Does -- is there any -- are there time periods that stand out in your mind when one area or another that we've just discussed was in use between '99 and '01, one before the other or after the other or anything like that?
A Well, this one would have come first.
Q The one you said at the Montclair Rec Center?
A Yes.
Q Would have been used first?
A Correct. Because we constructed this neighborhood first.
Q The neighborhood that's to the west of Trenton?
A Correct. That probably would have been, I want to say around 2000 time frame. Year 2000.
Q And the next one -- when would the next area come into use, do you think?
A Probably 2001 time frame roughly speaking.

Page 33

In this area we were constructing the park and beginning construction on Phase I of what was called filing 11.
Q Do you have any knowledge of -- let's focus on stockpile that existed, you said, at what we call the Montclair Rec Center area. Where did that soil go?
A At the moment I don't recall.
Q What about same question for the soil pile in the '01 time frame near Building 667, what happened? What use was made of that soil, do you know?
A To the best of my recollection, that soil was taken to the sports complex.
Q If we look at the big map that's been used in two other depositions, where is the sports complex?
A It's over here (indicating) south of Jackie Robinson Stadium.
Q And it's on Sports Boulevard; correct?
A Correct.
Q And approximately when do you recall that the soil from this stockpile near Building 667 would have been taken to the sports complex?
A Probably 2002 is my guess.





226d0c31-8671-44bf-86ed-50abd5445043