# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | Case No. 06-75 C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S AMENDED EXHIBIT 8 TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Lowry Economic Redevelopment Authority ("Plaintiff"), through its attorneys, Sherman & Howard L.L.C., hereby files its Amended Exhibit 8 to Plaintiff's Brief in Support of Motion for Partial Summary Judgment as follows:

1. On June 20, 2008, Plaintiff filed its Motion for Partial Summary Judgment, Proposed Findings of Uncontroverted Facts, and Brief in Support of Motion for Partial Summary Judgment ("Brief in Support") with Exhibits.

2. Plaintiff has noticed an inadvertent error in Exhibit 8 to the Brief in Support.

3. Accordingly, Plaintiff files the attached Amended Exhibit 8 to the Brief in Support.

Respectfully submitted this 23rd day of June, 2008.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2008, a true and correct copy of **PLAINTIFF'S AMENDED EXHIBIT 8 TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** was filed electronically and served on the following party. Service is complete upon filing, and parties may access this filing through the Court's system.

Kyle Eric Chadwick
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
kyle.chadwick@usdoj.gov

s/ Durward E. Timmons