COPY



THE UNITED STATES COURT OF FEDERAL CLAIMS
Case No. 06-75 C
Judge Wheeler

DEPOSITION OF BILLY VOIGT
Thursday, April 17, 2008

LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,
Plaintiff,
vs.
THE UNITED STATES OF AMERICA,
Defendant.

APPEARANCES:

For the Plaintiff: Sherman & Howard, L.L.C.
By Durward E. Timmons, Esq.
90 South Cascade Avenue
Suite 1500
Colorado Springs, Colorado 80903
719.475.2440
dtimmons@sah.com

For the Defendant: U.S. Department of Justice
By Kyle Chadwick, Esq.
L Street, N.W., Room 7062
Washington, D.C. 20530
202.305.7562
kyle.chadwick@usdoj.gov

WHEREUPON, the following proceedings were taken pursuant to the Federal Rules of Civil Procedure:

BILLY VOIGT,

having been first duly sworn to state the whole truth, testified as follows:

EXAMINATION

BY MR. CHADWICK:

Q Good morning, Mr. Voigt. As you were just told off the record, my name is Kyle Chadwick. I'm an attorney with the Department of Justice in the Civil Division. I represent the government in this lawsuit in what we call the LRA against the United States about the environmental conditions discovered at Lowry Air Force Base.

I guess let's just jump right in. Where are you employed today?

A Today?

Q Yeah.

A Retired.

Q Oh, are you. Where did you retire from?

A Lowry Redevelopment Authority.

Q When was that that you retired?

A March 31st of last year, 2007.

Q Okay. And what was your job title when you



retired?

A Environmental project manager.

Q And when did you start with the LRA?

A November 10, 1994.

Q All right. And what was your job title, if you recall, when you started?

A When I started?

Q Yes.

A Building inspector.

Q And if you can just give me roughly sort of months and years when your title -- I don't know how many times it changed, when it changed as you went along.

A First it was building inspector because the LRA was like in a maintenance contract, I think it was, with the Air Force. We had to go around to buildings and check them out to see that it wasn't vandalism or there wasn't things -- what things might be wrong with them structurally and stuff like that. That for a couple of years.

And then they put me in -- they started -- we got our own sign shop, the sign-making machine. And they put me in charge of the sign -- well, I was the sign shop for a while. And then I had this gal helping me, and then I kind of got her doing the



signs and everything.

And they put me -- then I was for what they call special projects manager for a while. And if something came up, the operations manager put me in charge of -- I mean, we had one building that we rented out for a little while, and I was getting that all set up. Things like that.

And after that I was put in charge of the demolition contractor that we had and also the two housing movers -- house movers.

Q Okay.

A That were moving houses out of the southwest neighborhood.

Q And when did you get the title of environmental project manager?

A Probably -- let's see. Summer of '98, I believe.

Q Okay. Were you also known as an asbestos inspector at any point?

A I was -- after I moved into working for Deanna in the asbestos department, then we -- we had a consultant, Bill Oleskevich, and I went around with him, and he showed me the different types of asbestos, and I helped him or watched him do some -- taking samples and things like that. And then I went



to classes which he happened to be the teacher of was at Front Range Community College. And that was in December of '98. And then I still went with him until May of 1999, and that's when I went and took my state test and became a licensed inspector for asbestos.

Q And you refer to Deanna. That's Deanna Kaskie?

A I'm sorry, what?

Q I think you mentioned Deanna?

A Right.

Q Was this Deanna Kaskie?

A She was my boss.

Q At what point did she become your boss? Was that when you were special projects manager?

A No. When I was -- let's see. It would have been July of '97. I was still in charge of demo then.

Q So when was it that you moved into being in charge then of a demolition contractor? When did you get that post?

A I'm not sure of the date.

Q Before July '97?

A Oh, yes.

(Deposition Exhibit 1 was marked.)

Page 74

information?
A No.
(Deposition Exhibit 11 was marked.)
Q (BY MR. CHADWICK) Mr. Voigt, as Deposition Exhibit 11 I've given you two pages stapled together; on the top is an invoice No. 2346 from EEM; attached to that, because we think it goes with it, is purchase order -- LRA Purchase Order No. 00-3630 from March of '00.
Start with the second page, if we could. I don't want to rush you. Down at the bottom under requestor, is that your signature there?
A Yes.
Q And where it says ops manager, whose signature is that?
A Deanna Kaskie.
Q And still focusing on this purchase order, vendor up at the top is identified as EEM. There's a description in the grid in the center "abate steam tunnel at Building 373." That's what it says; right? Am I reading that right?
A Yes.
Q Is that your handwriting?
A Yes.
Q And below that, though, it says "40 linear

Page 75

feet." Is that also your handwriting?
A No.
Q Any idea whose handwriting it is?
A No.
Q Building -- the reason I brought this Exhibit 2 map back out is just so we could orient Building 373 is -- I don't even know how to describe it -- it's shown in this dusky purple -- it's next to Building 401; right?
A Okay.
Q Do you remember what those -- given the color, I take it 372 and 373 were demolished sometime in 2000?
A Uh-huh.
Q According to the map; right?
A Right.
Q Do you know what those buildings were?
A What they were?
Q Yeah.
A Yes.
Q What?
A Buildings with big rooms in them. I don't know what they're used for.
Q Okay. Now, I realize it was more than eight years ago now, but do you remember anything

Page 76

about this particular purchase order for abating a steam tunnel at Building 373? Do you remember why you had reason to write this?
A I don't remember.
Q Let's look at the first page now, the invoice. Does it look to you like this invoice matches up with the purchase order? If you look on the -- in the boxes at the upper right below the invoice number it says Building No. 373 steam tunnel pipe, and then it says purchase order 00-3630.
A Yes.
Q So that matches the purchase order on the second page; right?
A Correct.
Q And then the description -- this first page here, invoice, this would have been generated by EEM; is that right?
A Correct.
Q And the description of the work says "asbestos project, management/coordination $65 an hour." Do you know what individual or individuals from EEM would have been performing that service?
A Yes.
Q Who would that have been?
A Bill Oleskevich.

Page 77

Q And do you see below the typed out description of the work there's some handwriting appears to say okay or something and then maybe there's some initials below that. Do you understand what that's about?
A It looks like Deanna Kaskie.
Q Okay. And it looks like her handwriting. Okay.
A I don't know. I mean, I couldn't guarantee it.
Q That it's her handwriting?
A Yeah. It looks like MDH. Her name is M. Deanna Kaskie or MDK it looks like.
Q Could be. And looking at the invoice, does it bring back any memories at all about what the work involved? No?
A No, it doesn't.
(Deposition Exhibit 12 was marked.)
Q (BY MR. CHADWICK) I apologize for the quality of some of these copies. Some of these things are scans of copies that have been producing in pdf and then printed back out, but unfortunately this is what I have to work with at the moment.
We're looking here at a work order. At the bottom right it indicates BT Construction. Does

Page 78

that -- do you know what kind of work BT Construction did, if any, at Lowry?
A I'm not sure.
Q In the lower left where it says "approved," it looks like there's a signature there. Do you recognize whose name that is?
A No, I don't. I can't read it close enough.
Q It says "title, inspector." Does that give us any clues?
A I don't know which inspector it would be.
Q Okay. This is in -- the date of the work orders in December of '01, and then it -- there's a line below where it says "bill to: LRA" it says "attention Earl." Do you know who Earl is?
A Yes.
Q Who's Earl?
A One of the construction inspectors.
Q Did he work for LRA?
A He worked for LRA.
Q What's his last name?
A Hedgecoke.
Q Okay. It says "location and description of work 8th and Syracuse continue to excavate trench and remove foundation." I think there's a period.

Page 79

"Remove concrete" and I think it's "old pipes." "Backfill," and then I have no idea what that next word is. Any idea on this bad copy what that next word looks like "backfill" something "stockpile." Trench?
A Uh-huh.
Q "Stockpile old concrete and blocks" and maybe "pipes." "Call in additional locates." I basically read that the way you'd read it?
A Uh-huh.
Q Yes. And then below that, though, there's some handwriting where it says "Crescent Park"?
A Yes.
Q To me, I will say, first of all since it's not all in capitals and it's in cursive, it looks different from the handwriting above it. Any idea whose handwriting it is where it's written "Crescent Park"?
A No.
Q Do you know where Crescent Park is?
A Yes.
Q Is Crescent Park -- is 8th and Syracuse adjacent to Crescent Park?
A This area is Crescent Park (indicating).
Q So you're referring to an area immediately

Page 80

below -- this is 8th Avenue?
A Correct.
Q South of 8th Avenue between -- this is Unita?
A Uh-huh.
Q And what is that street?
A Roslyn.
Q Roslyn. Okay.
Q Do you have a memory of being involved in any asbestos inspection in Crescent Park?
A No.
Q Do you see on the face of this work order anything that would indicate that it involves asbestos?
A No.
(Deposition Exhibit 13 was marked.)
Q (BY MR. CHADWICK) Exhibit 13 is another single page, appears to be another BT Construction work order for Lowry job. This one up in the attention line says "attention." It looks like "Denny." Do you know who that refers to?
A Right.
Q Who's Denny?
A He was another construction inspector.
Q For the LRA?

Page 81

A Correct.
Q And down at the bottom left where it says "approved" there's what appear to some initials there. Do you recognize what that is?
A No.
Q "Location and Description of work" says "1st and Popular." Do you think that should be Poplar?
A Poplar, yep.
Q And then there's -- I don't know what is in parentheses there.
A What?
Q After where it says "1st and Popular" there's something in parentheses. Maybe an HH or MH.
A I can't tell.
Q "Excavate around" something, the same letters, "remove ring and cover. Remove cone section and three feet" -- possibly "barrel section." Replace with four feet by one feet barrel section. Replace cone section plus four-inch ring and cover. Backfill and compact. Remove surplus material. Send truck to" something "to collect materials." Have I read that basically the way you read it? Is that the way you read it too?

A Yes.
Q Do you know where it says -- last line says "send truck to," any idea what that next word is?
A I can't read that one. The one word in there I can't read.
Q Where is 1st and Poplar on Exhibit 2?
A It's in here (indicating). Here's 1st (indicating). Poplar is one of these streets.
Q And what was that apartment development called?
A Sunset.
Q So it's in Sunset Village somewhere?
A Uh-huh.
Q Do you see any indication that this -- the work described here involved asbestos or potential asbestos?
A No.
(Deposition Exhibit 14 was marked.)
Q (BY MR. CHADWICK) This is the next work order that's Exhibit 14. It's similar to our Exhibit 12, which was dated December 19 of '01. This is dated December 20th of '01. Down in the lower left the signature where it says approved. That is Earl Hedgecoke?
A Hedgecoke.



Q He's the man we talked about earlier?
A Right. He's the Earl on top.
Q Again, the "location and description of work, 8th and Syracuse remove surplus foundation material, take to dump area. Excavate for additional foundation. Remove old pipes and concrete. Backfill holes." Do you see any indication on the face of this work order that this work involved asbestos or potential asbestos?
A Nope.
Q Do you know what's at 8th and Syracuse, remove surplus foundation material? Do you have any recollection of what the foundation is at 8th and Syracuse what's being referred to here?
A It says Crescent Park. No. I wasn't involved at all.
(Deposition Exhibit 15 was marked.)
Q (BY MR. CHADWICK) This one is really faded. I don't even know if I'll try to read it all. Let me ask you about the signature in the lower left where it says "approved." It looks to me like it's somebody named Ken. Do you recognize the signature?
A Yes.
Q Who is that?



A I recognize the name.
Q Who is it?
A Ken Brenneman.
Q What was his job?
A Kind of like supervisor.
Q Of what?
A Road construction and, you know, projects like that. Mostly road construction.
Q If you see across from at the top where it says "attention Kenny," up above that same line it looks like in somewhat different handwriting it says "bld No. 1307." I'll interpret that to mean Building 1307. Do you see any other indication other than that on this work order that this work relates to Building 1307?
A No. But I can't hardly read the job description.
Q Yeah, I understand.
(Deposition Exhibit 16 was marked.)
Q (BY MR. CHADWICK) This one seems a little clearer. It's again BT Construction. "Location and description of work 8th and Syracuse excavate and remove old foundation. Remove old pipe. Push into one pile. Backfilling excavations. Locates called in for other locations." Is that the way you'd read



it also?
A Uh-huh. Yes.
Q Any idea what this refers to when it says "locates called in for other location," what does that mean?
A Well, locates would be utility locates. I have no idea what other locations means.
Q All right. We talked about the location before. Do you see any indication on this work order that this work involves asbestos or potential asbestos?
A No. Low.
(Deposition Exhibit 17 was marked.)
Q (BY MR. CHADWICK) Location description of work on Exhibit 17, which is dated December 21, '01, "department -- d-e-p-t -- "of public health and environment" something illegible, something in parentheses, maybe "cut and caps," "cut plus caps" maybe. "Cut and remove asphalt in driveway. Take to" something, maybe with a question mark after it. "Excavate trench and expose pipes." Is that the same way you'd read that?
A Pretty much so. You can't read clearly.
Q Right. Any indication that you can see on this work order that this work involves asbestos or

Page 86

potential asbestos?
A No.
(Deposition Exhibit 18 was marked.)
Q (BY MR. CHADWICK) Here on Exhibit 18, which is another single page, it's dated December 22 of '01. Here it says "location and description of work at lab building" and then possibly "8001 Lowry Boulevard plus Fremont"? Is that the way you read that?
A Uh-huh. "And Fremont."
Q And can we -- on Exhibit 2 can you just indicate to me where Lowry Boulevard and Fremont is?
A Here's Lowry Boulevard (indicating). I think it's Fairmount.
Q Okay.
A Fairmount.
Q So if it's Fairmount --
A This would be the building. It's the CDPHE's building.
Q I see. 1307?
A Uh-huh.
Q It's near that sort of roundabout --
A Roundabout.
Q -- interchange? Okay.
Then if we keep reading the description of

Page 87

work it says "remove" something. Any idea what that next word is? Maybe blankets? Do you think it's blankets?
A I would say it's blankets. It's in December.
Q Do you remember, does this jog your memory of doing any inspection of potential asbestos at the CDPHE building in this area?
A No.
Q Okay. Thanks.
(Deposition Exhibit 19 was marked.)
Q (BY MR. CHADWICK) Mr. Voigt, I've marked as Exhibit 19 now work order No. 3225 for BT Construction, and it has a lot of similar information to what we've looked at. Down -- let me just ask you. In the lower left corner there that's Earl Hedge --
A Hedgecoke.
Q Hedgecoke's signature; right? That's his signature?
A Yes, that's his name. I'm not sure he signed it.
Q It looks like his signature?
A Yeah.
Q Here it says in the "location description

Page 88

of work 8th and Syracuse remove old concrete and blocks from site and take to dump area. Cut old gas pipe. Take to dump area." Before gas pipes would have been pulled out and removed at this time in January of '02, would you have been involved in inspecting the pipes at all?
A No.
Q When it refers to the dump area, do you know where that's referring to in this time period of January '02?
A Yes.
Q Where is that?
A Look at the map. In this area (indicating).
Q Way over near Building 1034?
A Yeah. Back in here (indicating).
Q Thanks.
(Deposition Exhibit 20 was marked.)
Q (BY MR. CHADWICK) Exhibit 20 again is a one-page work order of BT Construction. It's work order No. 3227. The reason I want to ask you about this one is under "location and description of work" where it says "8th and Syracuse" and then in parentheses there -- I know it's faint, but that's what we have to work with -- would you read that

Page 89

within the parentheses to say "park area"?
A That's what I would guess. I couldn't be sure. Right above it says Crescent Park, so I imagine it's 8th and Syracuse in Crescent Park.
Q That's all I have on that.
(Deposition Exhibit 21 was marked.)
Q (BY MR. CHADWICK) Here at last we have an exhibit with your name on it. First two pages are invoice of 2583 for EEM, and your name appears in the bill to block. And then the last page it looks like some LRA financial data.
Focusing on the invoice, the first two pages, in the -- okay. First of all, where it says bill -- in the block where it says "bill to," it looks like there's an "OK" maybe followed by "B" and a check mark?
A It isn't a check mark. It's BV.
Q Did you write that?
A Yes.
Q Then over in the block to the right of that it describes the work, and there's an asterisk and a date and some other writing. I take it that's probably not your handwriting?
A No.
Q Do you recognize the handwriting?

to waste money on it. And then CDPHE was called.
Q Okay. All right. So when we look at exhibit -- if you look at Exhibit 21, it's an invoice from January of '02. Do you remember approximately when this situation with the pile took place? Was it right in this same time period?
A We did the -- we did the steam tunnel. We covered the pile.
Q Right.
A And then we abated the pile.
Q So was it like within -- the abatement of the pile would it have been in the same month, you guess, January of '02 or two months later?
A Well, it was probably in -- I would guess January.
Q Okay.
A This is the final billing so that work was done in December.
Q I see. Okay. Right. Fair enough. And was -- was there ever any testing done of the soil back where the trench had been? Was that soil -- not the pile but the soil back where the trench had been, was that tested?
A Visual inspection only.
Q At surface level?



A In the trench.
Q Before it was backfilled?
A Correct.
Q Did you do that inspection?
A No.
Q Who did?
A Representative for EEM.
MR. CHADWICK: I don't know how long we've been going. Should we take a quick break?
THE DEPONENT: Fine with me.
MR. CHADWICK: Let's take a short break.
(Recess taken, 1:33 p.m. to 1:47 p.m.)
(Deposition Exhibit 22 was marked.)
Q (BY MR. CHADWICK) Mr. Voigt, here's another sort of faint work order. It's No. 3239 I've marked as Exhibit 22. Has a lot of similar information I don't want to go over again and again, but it does refer -- if you'll see in the location of description of work there's some locations are circled. I didn't do that. Someone has circled locations. And you'll see on the third line at the end it says at Montclair Rec Center. If I get Exhibit 2 back out, do you know where Montclair Rec Center is on the map?
A Where does it say?



Q That's the way I'm reading it. It says there's the circles of the locations. The first one is 8th and Quebec, and then it says at park area, and then it's circle at it looks like Montclair Rec Center.
(A discussion was held off the record.)
Q (BY MR. CHADWICK) 22, instead of what I said before, Exhibit No. 22 is actually work order No. 3234, January 9 of '02. 8th and I guess I want to focus here on the location of work, 8th and Syracuse and 8th and Quince; is that what that says?
A Quince.
Q Would you consider 8th and Quince to be in the northwest neighborhood?
A I mean 8th is the border and Quince -- I'd have to -- I got to be refreshed in my mind.
Q Okay. The streets aren't here, but do you have any recollection -- 8th is near Crescent Park; right?
A Quince. Wait a minute.
Q Olive. I see a bunch of tree names just purely to see if this refreshes your recollection. This, yeah, is a map shows this as being here (indicating).
A Okay. It's in this one (indicating).



Q It's in that, this is, what, the blue?
A It would be right there. It must be this one. I don't see a mark on it, but here is Quebec (indicating).
Q Right.
A And this is Roslyn and Quince is in between, according to this.
Q 8th and Quince would be on the north end of this apartment complex?
A Well, this is really part of it (indicating).
Q Again, I realize you didn't write this, but you know more about it than I do. The second line of location or description of work it appears to say "cut old gas pipes," and then a plus sign meaning "and." And I'm not sure what that says. I would read it as and "I.D. W, slash pipes." Do you have any idea what that means?
A No.
Q One other thing. The third line, the line, the one below that on location description of work carrying over some the second line, it says "remove old concrete foundation and push into stockpile, parentheses, park area." Do you recall there being a stockpile in the Crescent Park area?

Page 98

A No, I don't.
(Deposition Exhibit 23 was marked.)
Q (BY MR. CHADWICK) Exhibit 23 is work order No. 3226, BT Construction, again similar. The reason why I ask you about this one is you'll see location description of work it says "Lowry Boulevard" and it looks to me like Golfers Way?
A All right.
Q If we get the map, would you be able to find that?
A Yeah.
Q Show me where that is.
A Right there, that's good right there (indicating).
Q I'm sorry. Pointing out Golfers Way?
A Lowry Boulevard and Golfers Way. There's Lowry Boulevard, and there's Golfers Way (indicating).
Q So it's sort of near Building 1477, between there and Building 962?
A Right.
Q Thanks. That's all on No. 23.
(Deposition Exhibit 24 was marked.)
Q (BY MR. CHADWICK) Now No. 24, which you have.

Page 99

Counsel, you have it from before.
It's the one that is work order 3239.
MR. TIMMONS: Got it.
Q (BY MR. CHADWICK) Now, here this is the one. Sorry to have confused you earlier.
This is the one that has some locations circled by someone in the description of work. And do you see in the third line where it appears to say "at Montclair Rec Center"?
A Yeah.
Q You can find that on the map?
A Right there.
Q So it's Building 629?
A Uh-huh.
Q Okay. Thanks. Is that still there as far as you know today?
A Yeah. It's a -- it's much bigger now. I think they -- I can't remember if they tore it down and built a new one or not.
Q Okay. I think that's all I have on No. 24.
(Deposition Exhibit 25 was marked.)
Q (BY MR. CHADWICK) No. 25, is four pages. The first page appears to be an LRA purchase order No. 02-3201. The second page appears to be a letter

Page 100

on EDI letterhead addressed to you. Third page is some sort of payment application. The fourth page is some LRA -- it looks like checking information.
If we focus on the first page here, up at the top in someone's handwriting it refers to Big Bear No. 460. Do you know where Big Bear is?
A Uh-huh.
Q We are back on Exhibit 2. Where is that referring to?
A (Indicating.)
Q Building 1499?
A Uh-huh.
Q And that is a skating rink or something?
A Yes. Big Bear Ice Arena.
Q And any idea why it says No. 460 on the document? Is that another building number in the area?
A What one do you say?
Q Exhibit 25 it says Big Bear No. 460. Any idea why it says No. 460?
A No.
Q Okay. I guess I should ask first, does the purchase order that's the first page of this exhibit, does it appear to go with the letter that is the second page?

Page 101

A Right.
Q It does. Do you remember the circumstances?
A The contractor hit some pipe digging a trench next to Big Bear, and the pipe got piled up.
Q And it's described as transite piping. Is that water pipe?
A Right.
Q Was that functioning, part of a functioning water system at the time?
A No, it was not live. Is that what you mean?
Q Right.
A No. It was not alive at the time.
Q Had it been a live water system? Was this property that the LRA owned at that time, do you recall?
A Yes.
Q Had the water system been live when LRA acquired the property?
A I don't know.
Q And what did EDI do? What work did they do?
A Just like the letter says, put it into a container and wrapped it -- into a lined container,

Page 102

wrapped it, and cleaned up any soil that had been associated with that that might have been clinging to the pipe or whatever.
Q And on the first page, the purchase order down toward the bottom "Reason Not Completed," it says "emergency spill response. Contractor was already working on site." First of all, did you write that?
A Yes.
Q And it does say "emergency spill response." Was the state, Colorado, to your recollection, notified about this situation?
A Were they notified?
Q Yes.
A Yes.
Q And did the state get involved in overseeing the LRA's response?
A I'm not sure if they ever came back there or not.
Q Do you have any recollection of reasons why the contractor ran into this pipe during excavation?
A No.
Q You don't have any idea, if it was somebody's fault, anybody to blame?
A I don't know.

Page 103

(Deposition Exhibit 26 was marked.)
Q (BY MR. CHADWICK) Exhibit 26 is two pages. First page is an EDI invoice No. 512. Second page is some sort of backup material. If you look on the second page, and there's a signature line for owner's representative. Is that your signature at the bottom?
A What was that?
Q Bottom right of the second page, is that your signature?
A That's my signature, yes.
Q The invoice here which is from May of 2002 is for asbestos abatement spill response. And do you have any recollection what this was about?
A I don't remember the project.
Q Someone has written on the invoice in the front next to the description that's typed, there's handwriting, "8th and Roslyn"?
A That's mine.
Q That's your handwriting?
A Yes.
Q When would you have written that?
A When was it written on there?
Q Yes.
A When I received the bill.

Page 104

Q So at this same time in '02?
A Right.
Q Not sometime later?
A Uh-huh.
Q Do you remember an asbestos situation at 8th and Roslyn?
A Yes.
Q What do you remember about it?
A In that area north of -- northwest of 8th and Roslyn we removed quite a bit of transite pipe.
Q And so why were you involved in that?
A It's transite pipe. It's asbestos pipe. I don't remember -- it was more than one project. I don't remember this particular, which one this was.
Q I think we talked about this earlier, but at this time in '02, May of '02 after you had removed transite pipe, would you have performed any soil testing at all?
A No. Visual.
Q Do you remember why the transite pipe was being removed?
A To have asbestos out of the way before they sold the property.
Q And do you have any recollection of whether they -- based on maps or whatever information that it

Page 105

had, whether the LRA had anticipated finding this pipe there or was it a surprise?
A Would you repeat that?
Q Whether you know or not, do you know whether this particular transite pipe here in this 8th and Roslyn area, was this pipe that the LRA had some reason to expect would be there based on maps?
A I don't know.
Q So do you have any recollection of who found it there?
A No.
(Deposition Exhibit 27 was marked.)
Q (BY MR. CHADWICK) Exhibit 27 is another EDI invoice. It's attached to EDI -- no. It's attached to an LRA purchase order. First of all, up in the upper right-hand corner of the document in some handwriting it says Big Bear. Do you know whose handwriting that is?
A No.
Q Your name appears in the bill to block on EDI's invoice. And the description is "Asbestos Abatement Great Lawn at Big Bear." Looking through these two pages, do you have any recollection of what this was about here?
A No. I didn't sign it, no.

Q Your signature is not one of those in the lower part of this purchase order, second page?
A Nope.
Q You don't recall if this was a cost of whatever it is, 12,500 and something, what this was about?
A No.
(Deposition Exhibit 28 was marked.)
Q (BY MR. CHADWICK) Exhibit 28, once again the first page is an EDI invoice. The second page is an LRA purchase order. Last page is some LRA checking account data. On the purchase order your name appears, I believe, as the requestor; is that right?
A Correct.
Q Does it look like you filled out the top part of the purchase order?
A Yes.
Q And in the description it looks like you wrote "abate steam lines at Building 961 found during" maybe "demo"?
A "Demo."
Q Do you recall on Exhibit 2 where Building 961 is?
A Right here (indicating).



Q So it's the one in green?
A That one right there (indicating).
Q It's in the eastern portion of this Lowry map?
A Right.
Q What do you remember, if anything, about the asbestos in the steam line there at the building?
A There was -- in Building 964 there was a steam plant that fit in these four buildings. And when we were demoing this building, we hit the steam line that was going out there.
Q Was it a surprise to the LRA that there was a steam line there?
A Yeah. We thought it had been removed.
Q Thought it had been removed by whom?
A I don't know.
Q And your -- did I take your exhibit -- you have written "emergency spill response contractor was already on site." Is this -- did you alert the CDPHE of hitting the steam line?
A Did I -- I can't remember if I did.
Q Do you know if anyone did?
A I'm sure someone did.
Q So you had a chance at this point -- did you actually see the steam line in the ground, go



look at it?
A Yes.
Q And so were you the inspector who made the judgment that you needed to test?
A Yes.
Q Okay. I think that's all on 28. You say you don't know who the LRA thought had removed that steam line before?
A I don't know.
Q Do you think they thought the Air Force had taken it out?
A Don't know.
(Deposition Exhibit 29 was marked.)
Q (BY MR. CHADWICK) Actually I think this goes with the other one, so this probably isn't necessary. I'm not sure if this is new or not, but let me ask about this one.
Is your signature any of the ones that you can see in the signature blocks at the bottom of this purchase order?
A Isn't this part of the same one?
Q I think it is. It got copied twice.
MR. TIMMONS: Let the record reflect it's the same as the second page of Exhibit 27.
MR. CHADWICK: And the same answer,



luckily.
MR. TIMMONS: Do you want to leave it in?
MR. CHADWICK: I don't care. We might as well. It's only one page.
(Deposition Exhibit 30 was marked.)
Q (BY MR. CHADWICK) Now, this is an invoice from EDI, No. 598, only for $220. Your name appears in the bill to block here. It's from August of '02. Do you have any recollection of what this is about, it says "removal and disposal of 60 feet of transite pipe at 8th and Ulster." Do you recall that at all?
A I don't remember the project.
(Deposition Exhibit 31 was marked.)
Q (BY MR. CHADWICK) Exhibit 31 is an EDI invoice No. 609 with some handwriting on it. It's up in the bill to block, your name appears as the LRA contact. Someone has written "filing 9." Do you know whose handwriting that is?
A Probably mine.
Q Yours?
A The more I look at it, no.
Q Okay.
A It's better handwriting than mine.
Q The description of work says "Asbestos Abatement - Transite Pipe - 585 linear feet." First