Page 122

it says here, "get sample results if they exist." Did you inquire as to whether any of those pipes had already been sampled?
A (Inaudible response.)
Q The next thing it says you'll do is "get sample results if they exist." Did you ask if some of those pipes had been sampled already, is that what that means?
A Where is that line?
Q It's in that same sentence, it says, "Billy will talk to Deb Anderson." It says "to locate and provide a map where those areas were." And then, comma, "get sample results if they exist," comma.
A That means if I had taken the samples.
Q If you had. Okay. And then it says -- the sentence ends, "and indicate where they've been cleaned up and where they haven't." Is that something you marked on the map?
A Yes.
Q Did you provide that map to anyone? Somebody within the LRA, did you give it to them?
A I don't remember.
Q Okay. I think that's all for that document. Thank you.
(Deposition Exhibit 34 was marked.)

Page 123

Q (BY MR. CHADWICK) Exhibit 34 is one page. It looks like an invoice from Reservoirs Environmental. Down where there's a -- anyway, there's a line for approved. It looks like it has your initials there, is that right, toward the bottom?
A Yes.
Q Only $54, but it's in the description of work and the main block there, the description says "1438 pile MRP." Do you know what that's referring to?
A 1438 would have been the building, yes.
Q Can you show me where 1438 is?
A (Indicating.)
Q It's one that's shown in green about a couple blocks south of 6th Avenue; is that fair to say?
A It's -- there is LRA's headquarters building.
Q Next to 1435.
Do you know what the reference to the "pile MRP" means?
A Yeah.
Q What does that mean?
A MRP?

Page 124

Q Yes. "Pile MRP," what does the whole --
A That's something wrap pipe.
Q I see. So this is an invoice for test -- sample testing?
A Right.
Q Do you remember the circumstances in Building 1438 that this relates to?
A I don't remember exactly this happening, no.
MR. CHADWICK: Why don't we take another break. Five minutes.
MR. TIMMONS: Sure.
(Recess taken, 2:42 p.m. to 2:50 p.m.)
(Deposition Exhibit 35 was marked.)
Q (BY MR. CHADWICK) Mr. Voigt, what we've marked as Exhibit 35 is a copy -- it's actually a copy of an e-mail attachment. It's a cover -- two e-mail attachments, I guess, cover letter dated May 8, 2003, from a Mr. Markham to a Jeff Edson of the CDPHE, and there's attached to it something called Recipients' Revised Response to Colorado Department of Public Health and Environment Compliance Advisory, Issued April 24, 2003, et cetera. And that document says, Date: Thursday, May 8th, 2003. Have you seen either or both of these, the letter or the revised

Page 125

response before?
A I'm not sure if I've seen this letter or not.
Q Looking at what they appear to be, do you think, to your recollection, you had any involvement in preparing, particularly the Recipients' Revised Response to the Compliance Advisory?
A Work plan.
Q You were consulted?
A You mean, talking about the work plan?
Q That entire document, if there's some parts of it, I guess I want to know what parts.
A Page 60.
Q Okay. And what was the nature of your involvement in this -- you're talking about Section 5.0, Work Plan?
A Uh-huh.
Q What was the nature of your involvement?
A I was in meetings along with the different builders and everything that were coming up with the work plan that was required by the compliance advisory.
Q You think you had a hand in this particular draft of it, assuming this was from May of 2003?
A What do you mean by that?

advisories you actually saw in the soil what you took to be fibers of asbestos?
A This right here (indicating).
Q Building 661 we talked about?
A Uh-huh.
Q When you --
A Were demoing.
Q A pipe was hit. Anywhere else? We have those three places. Anywhere else you saw fibers in the soil?
A No.
Q Still sort of talking about Exhibit 35, which is this response document. You said you -- really what I want to ask. You said you had some input on the work plan that was eventually approved by the state; correct?
A Correct. I mean, I sat in their whole meeting.
Q In addition to that did any of LRA, the LRA's own construction procedures, did they change after the compliance advisory period with relation to asbestos specifically? Any of your inspection protocols or anything like that?
A Yeah, I mean...
Q How did they change?



A When we had to put an asbestos inspector and dig in the dirt.
Q After compliance advisories and an asbestos inspector wherever there was excavation by LRA?
A Yes.
Q So did you do some of that work yourself?
A Yes.
Q Who else was an inspector?
A EEM personnel.
Q More than one person from EEM?
A Yes.
Q Was there at any time when Judy Blakemore was at that point functioning as an asbestos inspector?
A Yes.
Q She was. So what was the job of the -- after the compliance advisories when the LRA was doing excavation, what was the asbestos inspector supposed to do?
A Watch the dirt as it was being moved. See if you could visibly see any asbestos.
Q More or less just check on it all day every day?
A Uh-huh.
Q Why did LRA start doing that after the



compliance advisories?
A Because CDPHE said they wanted them to.
(Deposition Exhibit 36 was marked.)
Q (BY MR. CHADWICK) Mr. Voigt, I've handed you Exhibit 36, a letter with some attachments. It doesn't have any Bates stamps, so I can't for sure tell you why, but I think that may be because it's from the government's own files. It's a letter from Lowry signed by -- actually it's from the LRA signed by Mr. Markham to the director of the Air Force real property agency in Arlington, Virginia. It's from May 2003.
Take whatever time you need. I guess what I'm most interested in is if you look at -- there's an attachment that starts on or some attachments that start on the fourth page of this exhibit. The title is Attachment 1 - Actual Costs, and in the first sort of block there it says, LRA expenditures on asbestos and soil from March 25, 2003 through May 23, 2003. I'm just wondering did you have any input in gathering these figures together?
A Did what?
Q In getting these dollar figures together?
A No.
(Deposition Exhibit 37 was marked.)



Q (BY MR. CHADWICK) That's all I have on that one.
We have some more invoices. Some are before; some are after compliance advisories. We need to go through some of them.
Exhibit 37 is one page EDI Invoice No. 761. Your name appears in the billing line. It's -- typed in description says "soil cleanup." It's only for $165. Again, there's some handwriting on it. Handwriting says "6th and Syracuse." Does that look like your handwriting?
A No. The 6th and Syracuse, the handwriting?
Q Yes.
A No, it's not mine.
Q Other than the handwriting, is there any way for us to know looking at the -- this invoice, just the face of this invoice, what location we're dealing with here?
A No.
Q Because EDI -- your name appears in the billing line and because the description is soil cleanup, does that mean to you that this would have involved asbestos?
A What?
Q Would it have involved asbestos, is that

Page 138

the reason your name is in the --
A Yes.
(Deposition Exhibit 38 was marked.)
Q (BY MR. CHADWICK) I think you're noticing the same thing I'm seeing. Exhibit 37 was dated January 22, 2003, Invoice 761. Exhibit 38 is dated January 22, 2003, and it says invoice No. 761, and then maybe there's a point one or something after it. Is that what it looks like to you?
A It's the same.
Q Well, it's a different dollar amount, you notice. Do you recall, was it the practice of EDI to put in an invoice 761 and a 761.1?
A No.
Q And I take it it's not your handwriting here on the front of this invoice that says "6th and Syracuse" either; right?
A No.
Q This invoice has some backup here which would probably back up to the other one also. If we look at the second page of the exhibit, there's some soil cleanup itemized there.
A Uh-huh.
Q If you look down toward the bottom of the page, January 2003, there appears to be $165 for soil

Page 139

cleanup 6th and Syracuse. Then there's January 12, $935 for emergency cleanup, 6th and Syracuse; January 19th, $1700 for soil cleanup, 6th and Syracuse. Do you remember what this is about?
A I don't recall.
Q Did you keep any sort of log or diary of your inspection activity?
A No.
Q I know we could find it on a map, but does the address, 6th and Syracuse, mean anything to you? Is there a particular building or landmark there that comes to mind?
A Not that I can think of.
(Deposition Exhibit 39 was marked.)
Q (BY MR. CHADWICK) I've jumped ahead a year. Sorry about that. This is from January 29 of '03. This is an LRA purchase order. That's your signature down toward the bottom as the requestor; right?
A Correct.
Q And the description "clean up contaminated soil in 293 steam tunnel trench," that's your handwriting?
A Okay. Can I see your map a second?
Q Sure.

Page 140

A Okay.
Q Do you know what location is referred to here?
A Yeah. I know what they're referring to, yes.
Q What does this cleanup have to do with?
A We removed some steam line from here (indicating). No. 6th is here. From here back to about here (indicating).
Q So running past Building 293 to the east?
A Yeah. Make way for this alley.
Q The alley that's on the south side of Building 293?
A Yeah.
Q And you were removing some steam line, and this refers to contaminated soil.
A There was some contaminated soil when we uncovered the vault.
Q Did you personally inspect that soil?
A Yes.
Q And what did it look like? You said contaminated. How did you --
A It was pipe mag insulation.
Q So you had EDI perform this work?
A Yes.

Page 141

Q And had the LRA been removing that steam tunnel, did you say?
A We were abating that steam tunnel. EDI did the work of abating the steam tunnel.
Q So was the mag insulation that you saw in the soil, was that a result of what was sort of left over of work that the LRA had been doing or was that something else?
A No. It was dirt that was around the steam tunnel which was pretty common.
Q It was common to find the insulation in the soil around the steam tunnels?
A Yes.
Q And when you say cleanup, what did that involve? What was EDI's task to do that and clean up contaminated soil like that?
A At that time?
Q Yeah. This was January of '03 before the compliance advisory.
A This was before the compliance advisory?
Q Yes.
A So it would have been going through the soil and picking up any visible pieces in the dirt surrounding it.
Q I see. Was there then any follow-up

Page 142

asbestos testing of the soil?
A No.
Q I take it did that change, that process change after the compliance advisories then?
A Yes.
Q And after the compliance advisory -- were there times after the compliance advisories when you found sort of similar situations around those steam tunnels?
A Yes.
Q And how did you handle those? How were those handled?
A We went -- we would -- well, we would remove the soil, okay, totally, and at least two inches to four inches of dirt underneath them, the pile that we had taken out.
Q Would you do follow-up testing after you removed the --
A I beg your pardon?
Q Would you follow up with testing after the soil was removed?
A I don't remember that we had to test over. A couple of areas we had to test.
(Deposition Exhibit 40 was marked.)
Q (BY MR. CHADWICK) Exhibit 40 is another

Page 143

one page EDI invoice which is No. 1139. And it's billed to you. The description says, "Asbestos Abatement 225 Polar Street." Should that be Poplar?
A Poplar. There is no Polar there.
Q Is this in the Sunset Village area?
A Yes.
Q Do you have any recollection of what this description goes on to talk about removal and disposal of 200 feet of pipe?
A It would be gas pipe.
Q Now, we were just talking about work in steam trenches that went on after compliance advisories. This is August of '03 so that's after the compliance advisories. Now, when you're moving a gas pipe, would your procedures, would they be different than they would have been before the compliance advisories?
A No.
Q So would there be any testing around the pipe area of soil at all?
A No.
Q But this is -- this is -- EDI is billing this for you because at this point you're treating the gas pipes as containing asbestos though, I take it?

Page 144

A Well, I would have tested it. It would have been tested.
Q You still tested every gas pipe?
A Yes. Not all gas pipes out there were hot.
Q I see. So when a gas pipe was encountered, somebody would be there, and you would arrange for testing?
A Yes.
Q And so then if it came back hot for asbestos, then you would give it to EDI as an asbestos abatement job?
A Correct.
Q And how much of it -- how much of it would EDI remove? In other words, would they chase the pipe, this is post compliance advisories, would they chase the hot pipe or just remove what you needed for your excavation?
A If EDI did it for Lowry, it would have been on Lowry-owned property prior to the sales, and we would have chased it, yes.
(Deposition Exhibit 41 was marked.)
Q (BY MR. CHADWICK) Okay. This says three pages. I've given you Exhibit 41. It's another EDI invoice that has been provided to us. It's invoice

Page 145

No. 1404 with what appears to be some backup material. This description of work says, "LRA building 1052 off 6th Avenue." I imagine we could find that on the map; right? That refers to Building 1052?
A Uh-huh.
Q Do you remember what this is about? Pick up transite. This is in November of 2003. Do you have any recollection what EDI was doing here?
A No, I don't. I didn't sign the worksheet.
Q Right. Whose signature is that?
A Deborah Anderson.
Q That's all for that one.
(Deposition Exhibit 42 was marked.)
Q (BY MR. CHADWICK) Exhibit 42 is four pages relating to EDI invoice 1455, and this is from November of 2003. It looks like in that bill to box on the first page somebody wrote "OK." Is that your OK?
A It looks like it.
Q In the description box there on the first page appears that typed in had been "Sunset Village," and that's been crossed out and someone wrote in "Blue Spruce." Does that look like your handwriting?

A Yes.
Q Do you think you would have done that around the time you first saw this invoice?
A Right.
Q And this is a invoice for $2750 for removal of transite from soil at Building 1502. Do you recall what this job was about?
A Yes.
Q What happened here?
A We -- this is -- when the Air Force -- on some of the apartment buildings the a-plexes had remodeled and had gone in, and they had had -- they had transite shingles on the side. And they put porches on so a piece of the -- where the porch roof was attached, wherever the contractor was took and cut out and removed some of that shingling material and apparently just buried it in the soil underneath where the pad for the porch was going to be.
Q Right.
A There was about three, four buildings maybe right next to 6th Avenue and Blue Spruce. Was the only place in Blue Spruce that we found that to happen, but we found it quite a bit in Sunset Village. So after the demo and everything if we'd see some, they'd have to go through there and rake



through the soil to get it out of there.
Q So how was it that you noticed the shingleing in the soil?
A You know, maybe you saw a chip or two, and started digging a little more, and you saw more and more.
Q This was after you had either -- well, it was after buildings had been demolished?
A Correct. Because it was underneath them, underneath the concrete portion and everything in that area is where it was.
Q So then you'd see a bare demolition site, but then you would see some debris in the soil?
A Right.
MR. CHADWICK: I'm about to move to a new year. Why don't we take a quick break and stretch our legs.
(Recess taken, 3:37 p.m. to 3:43 p.m.)
(Deposition Exhibit 43 was marked.)
Q (BY MR. CHADWICK) Exhibit 43 is four pages that look like -- five pages that look like they go with EDI invoice No. 1523. As you can tell, I'm going to have the same questions about just about all these as we go along. The description here is "transite cleanup at 6th and Quebec." It's an



invoice for $1650. Do you recall what's at issue here, what's going on?
A Yes.
Q What is it?
A Same.
Q Same thing?
A Same thing as we had in the last one. And this is -- I want to make a distinction that transite or the pipe wrap on the gas pipe were both considered nonfriable asbestos, so we never had to look for fibers in the soil when we were dealing with that. Okay.
Q If you look at the second page, there's some backup here. There's 522.50 I guess is for "transite pickup near Building 1501"?
A It's the same as the last deal we looked at, the same area. That was just more of that.
Q It's like "1127.50 for remove five feet of transite pipe near Building 965." You want to see the map?
A That's where it was. That building (indicating).
Q Do you remember what that building is?
A That was the old -- what did they call it -- '50s club, the EM Club.



Q It looks like as of January 2006 that building was still there; is that right?
A Uh-huh. It's part of the college.
Q Do you know why someone is talking about removing five feet of transite pipe over there in December of 2003?
A No, I don't remember.
Q Transite pipe to you, does that refer to water pipe?
A Yes.
Q Would you have had EDI remove that transite pipe because you were treating it as an asbestos abatement issue? Is that why?
A What was your question?
Q The reason EDI was doing -- is the reason EDI would have removed the five feet of transite pipe, rather than some other contractors, because you were treating it as an asbestos abatement issue?
A With transite pipe it is an asbestos abatement issue. And from the price on five feet of pipe, it would have been pretty large pipe.
Q What does that price tell you about the size of pipe?
A That it was a larger diameter pipe.
Q It's not five feet of little?

Page 154

A If it tested to be asbestos, yes.
Q Weren't you simply relying on the Public Service Company representation that they didn't use asbestos in their gas lines?
A Well, we found out before the compliance advisory that from then on.
Q I see. From the point you found out, which was like '02?
A It was seven, eight months before that.
Q Did you deal with Parsons invoices like you did with EDI's and EEM's?
A Only if Judy was doing site observation.
Q All right. Let's look at -- let me make this 49.
(Deposition Exhibit 49 was marked.)
Q (BY MR. CHADWICK) This is a Parsons invoice from November 2004 for work in September and October 2004. Is there any indication that this -- that you looked at this invoice or checked off on it?
A No.
Q Who is the Sandra that's in the -- that this invoice is addressed to?
A Contract administrator at Lowry.
(Deposition Exhibit 50 was marked.)
Q (BY MR. CHADWICK) Okay. We've marked as

Page 155

Exhibit 50 an EDI Invoice No. 2498. Its description work says asbestos abatement, Lowry Northwest Neighborhood, 6th and Syracuse. The second page it says 6th and Syracuse gas line. Do you have any recollection what this is involved with?
A I don't remember the project.
Q Would you ordinarily say that 6th and Syracuse is in the northwest neighborhood?
A Let me explain what's a little confusing. To Lowry employees, everything north of 6th Avenue and west of Unita was always referred to as the northwest neighborhood. Then the clients advisory came along and said everything north of 8th Avenue was the northwest neighborhood, so it got kind of confusing.
Q I can see why.
(Deposition Exhibit 51 was marked.)
Q (BY MR. CHADWICK) Okay. Mr. Voigt, this is something else that was provided by the LRA as part of the disclosure in litigation. It's a report, expert report of William Schwartzkopf. Do you know Mr. Schwartzkopf?
A No.
Q Did he ever contact you for purposes of this litigation to get information?

Page 156

A I don't believe so.
Q If you could turn to page 7 of the reports, the page numbers are in the lower right. These are areas where the LRA is claiming it incurred costs outside the northwest neighborhood. A lot of these maybe we've talked about today, and we may need the map, but I'd like to ask you. Do you know what the area known as 3 Fields, where that is?
A We need the map. There was a place that had three ball fields right together.
Q Okay.
A And it's not -- they're not on here, so I can't tell you exactly where it was.
Q They're not on this 2006 map?
A No.
Q Also on this list -- I imagine we could find it by the street intersection, but it is referred to as 8th and Yosemite, Cerebral Palsy. Do you know what building that is referring to, if it's a building?
A 8th. It's right in this area (indicating).
Q And Yosemite.
A Right in here (indicating).
Q Do you know of any environmental cleanup costs that were incurred at that area, are you

Page 157

personally aware of?
A Not that I remember. I can't remember any.
Q Right below that on this list is something called 6th Avenue Lots. Do you know what that means? I'm sorry. We should go back. I'm sorry. You were referring that Cerebral Palsy was sort of near Building 775; is that fair?
A Right over this way over to north of Bonfils Blood Center.
Q 6th Avenue lots. Is that somewhere on the map?
A These lots (indicating).
Q Okay. Braiman, B-r-a-i-m-a-n, is that a location on the map?
A Uh-huh.
Q Where is that?
A Right in here (indicating).
Q You're pointing between Buildings 261 and...
A Yeah. Right in there.
Q So between Buildings 261 and 317.
A It's across the road from 360. It's on this side of the road.
Q It's on the north side.

Page 158

A What's this? I can't read that.
Q I think it looks like 261 or 291. Why is that area called Braiman?
A Jeff Braiman is the guy that bought the property.
Q I see. Do you know why LRA would be saying that the LRA incurred $546,000 of environmental costs at that spot?
A We hit some friable asbestos in that area, and then it looked like it was kind of a dump site because we found an old boiler buried in there, and we had to do it under containment, and you kind of get deeper and deeper, and we found more stuff.
Q Did we talk about any of that so far today?
A What?
Q Did we talk about any of that work so far today?
A Braiman.
Q Was that in approximately '97? The buildings shown in green there are shown as being demolished in '97.
A This is when Braiman was doing excavation half the buildings were gone.
Q The cost that you just talked about being incurred, approximately when did all of that happen?

Page 159

You said you found a dump and all that.
A Let me think. I can't tell you accurately.
Q Do you know what contractors performed the cleanup work there?
A EDI.
Q I thought we would have talked about this already. On the second page of this list I'm going through, there is a place called Great Lawn.
A What page?
Q It's on page 8 of the report. You can see there's a list of locations and costs, and I think it's the sixth one down. It says Great Lawn.
A Uh-huh.
Q Where is that?
A Right on -- this whole -- the huge park, this whole area that runs down through here until about here (indicating). I don't know -- this is all -- going to be undeveloped too, so I don't know if this is all still Great Lawn down in here or if they call it something else. So it's from right there, and then they come over to here, I guess, and it goes around like that and just off the back of -- right off the back of this (indicating), right along here, okay (indicating). See, this is a concrete walk trail.

Page 160

Q Okay.
A So it goes right along behind this building (indicating).
Q I'm just trying to figure out how we're going to describe this for the record. What is this large thoroughfare street?
A That is Lowry Boulevard.
Q Okay. So it starts off at Lowry Boulevard, somewhat to the southwest of Building 1475.
A Right.
Q And kind of curves off toward -- what is that? Unita?
A Yeah, Unita.
Q Okay. Do you remember what kind of environmental costs were incurred in connection with the Great Lawn?
A No, I can't remember.
Q Now, the next one below that, Crosswinds, that's an apartment complex?
A That's -- Crosswinds, that is right in here.
Q Okay. It's right to the west of Unita down near Lowry Boulevard intersection?
A Correct.
Q And what is Crosswinds? Is that housing?

Page 161

A Huh?
Q Is that a housing development?
A Houses? I'm not even -- there's houses. I'm not sure there is anything built on it yet.
Q Mr. Schwartzkopf lists here -- has close to $109,000 of environmental costs incurred in connection with Crosswinds. Do you have any idea what that's about?
A We had some pipe removal.
Q What of pipe?
A I think was transite.
Q What about Hampstead II, Roman numeral II, is that a location on the map?
A I'm not sure where Hampstead is.
Q Does it ring a bell? Do you know what kind of --
A I remember the name, but it's just not ringing a bell on where it is.
Q Okay. What about -- I mean we could probably find this from some sort of source. Do you recognize Parcel T?
A Yes.
Q What is Parcel T?
A It's a park now.
Q Mr. Schwartzkopf has attributed more than

$757,000 in environmental costs. Do you know what happened?
A We moved a lot of steam.
Q Steam pipes?
A Yeah.
Q Where is that park located?
A Right here (indicating).
Q So south of Building 293?
A Everything except this little corner (indicating).
Q Except the part that's shown as being demolished in the tan color.
A Right in front. Right here there's some buildings, but other than that, it's a pretty big park right here.
Q When did that work occur, the removal of the steam pipes?
A If I answer I'd be guessing. I'd guess 2006.
Q Okay. In the last two or three years?
A Yes.
Q What about Powerhouse Plaza? Do you know where that is?
A This area. This area in here (indicating).
Q Okay. Kind of to the east of Building



369.
A Across this little road from. Right in here between -- what is this, 1st and -- it's right in here (indicating).
Q And Mr. Schwartzkopf's report has something, looks like $121,000 of environmental costs. Do you know what that would be associated?
A We took out a bunch of transite line, some steam line and some, as we mentioned before, the fuel line.
Q This is near the POL yard?
A Across the street from it.
Q Across the street. And approximately when did this work take place?
A 2005, 2006, approximately, in there.
Q Another one with a number, it's about $61,000 associated with it by Mr. Schwartzkopf, something either called Reading or Reading Garden. Do you know where that is?
A Uh-huh.
Q Where is that?
A Right in here (indicating).
Q You're pointing at Building 318?
A Yeah.
Q And what -- do you know what the



environmental costs were associated with that site?
A We -- we had some dirt in there that were making mounds. It's kind of a funny -- I don't know how to describe it. I mean, park, but it's got some mounds and stuff like that.
And CDPHE was worried that there might be contamination in there -- well, Curtis Burns had found two pieces of mag on two -- one on each -- two of the mounds. And so they -- they wanted to check them. And what we did was we had two of the inspectors from CDPHE come out. We took a mini backhoe and trenched through a couple of the mounds and found a little bit more of friable asbestos, so we had to take that dirt out of there and replaced it with clean.
Q Who is Curtis Burns?
A Curtis Burns is an inspector for Colorado Department of Public Health and Environment.
Q And these mounds, these were landscape features that LRA had created there?
A Yeah.
Q There is also reference by Mr. Schwartzkopf to Sports Boulevard. I assume that's a street, but he has associated 26,000 and change to it. Do you know what that -- environmentally what he's referring



to on Sports Boulevard?
A No.
Q How about Falcon Point. Is that a location on the map?
A Falcon Point? I'd be guessing.
Q It's better than me. What's your guess?
A It may be right down in here (indicating).
Q It may be in the area where there are no buildings far to the east.
A It's in this area somewhere.
Q East of Buildings 960 and 961, and north of what looks like -- well, north of 1005 and 1006. Maybe in this area.
A This is Trimark in here so it would be between there and here.
Q Trimark is where they are showing some of the buildings in that dark purple.
A This is Trimark.
Q So it would be --
A I think that's the way it is.
Q That's a guess, though?
A That's a guess. It could be Falcon Point is here and Trimark is here (indicating).
MR. TIMMONS: For a second, are you going to go until five?