IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | ) | |
| Plaintiff, | ) | No. 06-75 C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ERRATUM CONCERNING MOTION
TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSE

Pursuant to Rules 7(b) and 11 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully advises the Court of a factual error in our June 27, 2008 motion to compel plaintiff, the Lowry Economic Redevelopment Authority ("the LRA"), to supplement an interrogatory response.

We stated on page 9 of the motion that the LRA "filed this lawsuit more than 53 months ago." In fact, the LRA filed the lawsuit approximately 30 months ago, in January 2006. We regret this error, while standing by the remainder of that sentence, and of our motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

DAVID R. VECERA
Deputy Chief
Air Force Legal Services
Agency
Environmental Law and
Litigation Division
Arlington, VA

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

July 1, 2008

CERTIFICATE OF FILING

I hereby certify that on July 1, 2008, this document was filed electronically. I understand that service is complete upon filing, and parties may access this filing through the Court's electronic system.

s/Kyle Chadwick