# In the United States Court of Federal Claims

No. 06-75L

(Filed: July 2, 2008)

```
************************************* *
                                      *
LOWRY ECONOMIC REDEVELOPMENT          *
AUTHORITY,                            *
                                      *
                    Plaintiff,        *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                    Defendant.        *
                                      *
************************************* *
```

**ORDER**

On July 2, 2008 the Court held a telephonic status conference with counsel for the parties to discuss Defendant's Motion to Compel Supplementary Interrogatory Response, filed on June 27, 2008. Pursuant to the Court's discussion with counsel, Defendant's motion is GRANTED. Plaintiff is directed to file its supplemental response to Defendant's Interrogatory No. 22 by not later than Friday, July 18, 2008. In addition, the parties shall observe the following briefing schedule for their respective dispositive motions:

1. Responses are due on or before July 21, 2008;

2. Replies are due on or before August 4, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge