# In the United States Court of Federal Claims

No. 06-75L

(Filed: July 15, 2008)

| | |
|---|---|
| ************************************* | * |
| | * |
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | * |

**ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on the record, on July 22, 2008 at 10:00 AM (EDT). Counsel for the parties shall be prepared to discuss their dispositive motions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge