IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWRY ECONOMIC DEVELOPMENT AUTHORITY, Plaintiff, | ) | |
| v. | ) | No. 06-75C (Judge Thomas C. Wheeler ) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court amend the scheduling order to postpone the trial in this matter. Pursuant to this Court's March 7, 2008 Pre-Trial Scheduling Order, the trial in this matter is to commence in Denver, Colorado, on September 8, 2008. This is our first request to amend the Pre-Trial Scheduling Order for this purpose. The contents of this motion have been discussed with Durward Earl Timmons, Jr., Esq., counsel for plaintiff. Mr. Timmons has indicated that he has discussed this matter with his client and his client has indicated that it will oppose the granting of this motion.

The United States requests that the trial date be postponed for at least two months for the following reasons:

Current Government counsel was asked to become counsel of record in this case on July 16, 2008, due to the imminent departure of then counsel of record, Kyle Eric Chadwick. Because of prior professional and personal commitments, it will be virtually impossible for undersigned counsel to prepare to properly and fully represent the interests of the Government by the September 8, 2008 trial date. Undersigned counsel's professional commitments include the following: (1) the post-trial brief in Lumbermens Mutual Casualty Company v. United States,

04-1255C, a case tried before the Honorable Robert Hodges in December 2007 and March 2008, is due on August 8, 2008; (2) the opening post-trial brief in Armour of America v. United States, 05-1731C, a case tried before the Honorable Marian Blank Horn in January 2008, is due on August 29, 2008, and the response post-trial brief is due on September 26., 2008; (3) the discovery deadline in the case of Nelson Construction Company v. United States, 05-1205C, is September 26, 2008. Undersigned counsel is scheduled to take the depositions of three witnesses in Boise, Idaho, on September 10, 11, and 12, 2008. In addition, undersigned counsel must complete her analysis of the propriety of attempting to assert a counterclaim in sufficient time to seek to amend the Government's answer prior to the discovery deadline; and (4) the discovery deadline in the case of Cumberland Casualty & Surety Company v. United States, 94-366C, is September 29, 2008.[1]

Moreover, and most importantly, the postponement of the trial is sought to give undersigned counsel the opportunity to attempt to resolve this matter through a formal settlement process during the week of October 20, 2008. Based upon her initial review of this case, it is undersigned counsel's opinion that this case should be, and can be, resolved short of trial.

Finally, in the interest of judicial economy, the postponement of the trial of this matter is warranted pending the outcome in the appeal filed in Richmond American Homes of Colo., et al. v. United States, Fed. Cir. No. -----, Fed. Cl. 05-280C, the outcome of which may affect the resolution of the liability issue in this matter.

---

[1] Undersigned counsel also has personal and family commitments in Connecticut the week of July27, 2008, and the week of August 24, 2008, which can not be changed.

Accordingly, we respectfully request the Court to postpone the trial of this matter for at least two months, or until the Federal Circuit issues a decision in Richmond American Homes of Colo., et al. v. United States.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 ( Fax)

July 21, 2008

Attorneys for Defendant