# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-75 C<br><br>Judge Wheeler |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO DISPOSITIVE MOTIONS

Plaintiff, Lowry Economic Redevelopment Authority ("Plaintiff"), through its attorneys, Sherman & Howard L.L.C., respectfully submits the following Unopposed Motion for Extension of Time to File Replies to Dispositive Motions ("Motion"). As grounds for its Motion, Plaintiff states as follows:

1. Plaintiff filed its Motion for Partial Summary Judgment on June 20, 2008.

2. Defendant, United States of America ("Defendant"), filed its Motion for Judgment upon the Pleadings, in Substantial Part, as to Count One ("Motion for Judgment") also on June 20, 2008.

3. Plaintiff filed its Response to Defendant's Motion for Judgment on July 21, 2008.

4. Defendant filed its Response to Plaintiff's Motion for Partial Summary Judgment also on July 21, 2008.

5. Plaintiff's Reply to Defendant's Response to the Motion for Partial Summary Judgment is due today, August 4, 2008.

6. Defendant's Reply to Plaintiff's Response to the Motion for Judgment also is due today, August 4, 2008.

7. During the Status Conference on July 22, 2008, counsel for Defendant indicated that she believed the parties could reach a settlement before trial.

8. Since the Status Conference, counsel for Plaintiff and Defendant have engaged in fruitful settlement negotiations and may be nearing a potential settlement, although any settlement amount will require various approvals by representatives of both Plaintiff and Defendant. Accordingly, the parties seek an additional 14 days to focus their attention on settlement.

9. The settlement process will conserve the resources of the parties, as well as the Court.

10. Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment from August 4, 2008 to August 18, 2008.

11. The requested extension of time to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment will not prejudice the parties or the Court.

12. Plaintiff has not requested a previous extension of time to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment.

13. Counsel for Plaintiff has conferred with counsel for Defendant concerning the Motion. Counsel for Defendant does not oppose the Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Motion and extend the deadline for Plaintiff and Defendant to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment from August 4, 2008 to August 18, 2008.

Respectfully submitted this 4th day of August, 2008.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of August, 2008, a true and correct copy of **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO DISPOSITIVE MOTIONS** was filed electronically and served on the following party. Service is complete upon filing, and parties may access this filing through the Court's system.

Leslie Cayer Ohta
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
Email: leslie.ohta@usdoj.gov

s/ Durward E. Timmons