# In the United States Court of Federal Claims

No. 06-75L

(Filed: August 12, 2008)

************************************ *
*
LOWRY ECONOMIC REDEVELOPMENT *
AUTHORITY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**AMENDED SCHEDULING ORDER**

On August 4, 2008, counsel for Plaintiff filed an unopposed motion for a 14-day enlargement of time for the parties to file replies to their respective dispositive motions. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the parties' replies shall be filed on or before August 18, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge