# In the United States Court of Federal Claims

No. 06-75L

(Filed: August 19, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

**SECOND AMENDED SCHEDULING ORDER**

On August 18, 2008, counsel for Plaintiff filed an unopposed motion for a 15-day enlargement of time for the parties to file replies to their respective dispositive motions. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the parties' replies shall be filed on or before September 2, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge