# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOWRY ECONOMIC REDEVELOPMENT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-75 C<br><br>Judge Wheeler |

**PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO DISPOSITIVE MOTIONS**

Plaintiff, Lowry Economic Redevelopment Authority ("Plaintiff"), through its attorneys, Sherman & Howard L.L.C., respectfully submits the following Third Unopposed Motion for Extension of Time to File Replies to Dispositive Motions ("Motion"). As grounds for its Motion, Plaintiff states as follows:

1. Plaintiff filed its Motion for Partial Summary Judgment on June 20, 2008.

2. Defendant, United States of America ("Defendant"), filed its Motion for Judgment upon the Pleadings, in Substantial Part, as to Count One ("Motion for Judgment") also on June 20, 2008.

3. Plaintiff filed its Response to Defendant's Motion for Judgment on July 21, 2008.

4. Defendant filed its Response to Plaintiff's Motion for Partial Summary Judgment also on July 21, 2008.

5. Plaintiff's Reply to Defendant's Response to the Motion for Partial Summary Judgment initially was due on August 4, 2008.

6. Defendant's Reply to Plaintiff's Response to the Motion for Judgment also initially was due on August 4, 2008.

7. On August 4, 2008, Plaintiff filed its Unopposed Motion for Extension of Time to File Replies to Dispositive Motions, which the Court granted on August 12, 2008. Plaintiff's Reply to Defendant's Response to the Motion for Partial Summary Judgment and Defendant's Reply to Plaintiff's Response to the Motion for Judgment were due August 18, 2008.

8. On August 18, 2008, filed its Second Unopposed Motion for Extension of Time to File Replies to Dispositive Motions, which the Court granted on August 19, 2008. Plaintiff's Reply to Defendant's Response to the Motion for Partial Summary Judgment and Defendant's Reply to Plaintiff's Response to the Motion for Judgment were due September 2, 2008.

9. In the Status Conference on July 22, 2008, counsel for Defendant indicated that she believed the parties could reach a settlement before trial.

10. Since the Status Conference and Unopposed Motion for Extension of Time to File Replies to Dispositive Motions, counsel for Plaintiff and Defendant have engaged in extensive settlement negotiations and are very close to a potential settlement. Accordingly, the parties seek an additional 21 days to continue focusing their attention on settlement.

11. The settlement process will conserve the resources of the parties, as well as the Court.

12. Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment from September 2, 2008 to September 23, 2008.

13. The requested extension of time to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment will not prejudice the parties or the Court.

14. This is Plaintiff's third request for an extension of time to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment.

15. Counsel for Plaintiff has conferred with counsel for Defendant concerning the Motion. Counsel for Defendant does not oppose the Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Motion and extend the deadline for Plaintiff and Defendant to file Replies to the Motion for Partial Summary Judgment and Motion for Judgment from September 2, 2008 to September 23, 2008.

Respectfully submitted this 3rd day of September, 2008.

SHERMAN & HOWARD L.L.C.

By: s/ Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of September, 2008, a true and correct copy of **PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO DISPOSITIVE MOTIONS** was filed electronically and served on the following party. Service is complete upon filing, and parties may access this filing through the Court's system.

Leslie Cayer Ohta
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530
Email: leslie.ohta@usdoj.gov

s/ Durward E. Timmons