# In the United States Court of Federal Claims

No. 06-75L

(Filed: September 4, 2008)

```
************************************ *
                                     *
LOWRY ECONOMIC REDEVELOPMENT         *
AUTHORITY,                           *
                                     *
                   Plaintiff,        *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                   Defendant.        *
                                     *
************************************ *
```

**THIRD AMENDED SCHEDULING ORDER**

On September 3, 2008, counsel for Plaintiff filed an unopposed motion for a 21-day enlargement of time for the parties to file replies to their respective dispositive motions. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the parties' replies shall be filed on or before September 23, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge